(Official Form 1) (9/01)

| FORM B1 | UNITED STATES BANKRUPTCY COURT<br>SOUTHERN DISTRICT OF TEXAS<br>HOUSTON DIVISION | Voluntary Petition |
|---|---|---|

| Name of Debtor (if individual, enter Last, First Middle):<br>**Golden Oil Company** | Name of Joint Debtor (Spouse) (if individual, enter Last, First Middle): |
|---|---|
| All Other Names used by the Debtor in the last 6 years<br>(include married, maiden, and trade names): | All Other Names used by the Joint Debtor in the last 6 years<br>(include married, maiden, and trade names): |
| Social Security/Tax Identification No. (if more than one, state all):<br>**84-0836562** | Social Security/Tax Identification No. (if more than one, state all): |
| Street Address of Debtor (No. and Street, City, State and Zip Code):<br>**550 Post Oak Blvd**<br>**Suite 550**<br>**Houston, Texas 77027** | Street Address of Joint Debtor (No. and Street, City, State and Zip Code): |
| County of Residence or of the Principal Place of Business:<br>**Harris** | County of Residence or of the Principal Place of Business: |
| Mailing Address of Debtor (if different from street address): | Mailing Address of Joint Debtor (if different from street address): |

Location of Principal Assets of Business Debtor (if different from street address above):
**Houston, Texas**
**Oklahoma**
**New Mexico**

## Information Regarding the Debtor (Check the Applicable Boxes)

**Venue** (Check any applicable box)
☑ Debtor has been domiciled or has had a residence, principal place of business, or principal assets in this District for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other District.
☐ There is a bankruptcy case concerning debtor's affiliate, general partner, or partnership pending in this District.

| **Type of Debtor** (Check all boxes that apply) | | **Chapter or Section of Bankruptcy Code Under Which the Petition is Filed** (Check one box) | |
|---|---|---|---|
| ☐ Individual(s) | ☐ Railroad | ☐ Chapter 7   ☑ Chapter 11   ☐ Chapter 13 | |
| ☑ Corporation | ☐ Stockbroker | ☐ Chapter 9   ☐ Chapter 12 | |
| ☐ Partnership | ☐ Commodity Broker | ☐ Section 304 - Case ancillary to foreign proceeding | |
| ☑ Other **Oil and Gas Operations and Development** | ☐ Clearing Bank | | |

| **Nature of Debts** (Check one box) | **Filing Fee** (Check one box) |
|---|---|
| ☐ Consumer/Non-Business    ☑ Business | ☑ Full Filing Fee attached |
| **Chapter 11 Small Business** (Check all boxes that apply) | ☐ Filing Fee to be paid in installments (Applicable to individuals only) Must attach signed application for the court's consideration certifying that the debtor is unable to pay fee except in installments. Rule 1006(b). See Official Form 3. |
| ☐ Debtor is a small business as defined by 11 U.S.C. Sec. 101. | |
| ☐ Debtor is & elects to be considered a small business under 11 U.S.C. § 1121(e) (Optional) | |

**Statistical/Administrative Information** (Estimates only)           THIS SPACE IS FOR COURT USE ONLY
☑ Debtor estimates that funds will be available for distribution to unsecured creditors.
☐ Debtor estimates that, after any exempt property is excluded and administrative expenses are paid, there will be no funds available for distribution to unsecured creditors.

| Estimated Number of Creditors | 1-15 | 16-49 | 50-99 | 100-199 | 200-999 | 1000-Over |
|---|---|---|---|---|---|---|
| | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |

| Estimated Assets | $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | 1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | More than $100 million |
|---|---|---|---|---|---|---|---|---|
| | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |

| Estimated Debts | $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | 1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | More than $100 million |
|---|---|---|---|---|---|---|---|---|
| | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |

*Computer software provided by LegalPRO Systems, Inc., San Antonio, Texas (210) 561-5300, Copyright 1996-2003 (Build 5.4.0.90, ID 3474807524)*

| **Voluntary Petition (page 2)**<br>*(This page must be completed and filed in every case)* | Name of Debtor(s): **Golden Oil Company** |
|---|---|

| **Prior Bankruptcy Case(s) Filed Within Last 6 Years**  (If more than two, attach additional sheet) |||
|---|---|---|
| Location Where Filed: | Case Number: | Date Filed: |
| Location Where Filed: | Case Number: | Date Filed: |

| **Pending Bankruptcy Case(s) Filed by any Spouse, Partner or Affiliate of this Debtor**  (If more than one, attach additional sheet) |||
|---|---|---|
| Name of Debtor: | Case Number: | Date Filed: |
| District: | Relationship: | Judge: |

## Signatures

**Signature(s) of Debtor(s) (Individual/Joint)**

I declare under penalty of perjury that the information provided in this petition is true and correct.
[If petitioner is an individual whose debts are primarily consumer debts and has chosen to file under chapter 7]  I am aware that I may proceed under chapter 7, 11, 12 or 13 of title 11, United States Code, understand the relief available under each such chapter, and choose to proceed under chapter 7.
I request relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X _____

X _____

Telephone Number (If not represented by an attorney)

Date

**Exhibit A**
(To be completed if debtor is required to file periodic reports (e.g., forms 10K and 10Q) with the Securities and Exchange Commission pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934 and is requesting relief under chapter 11)

☑  Exhibit A is attached and made a part of this petition.

**Exhibit B**
(To be completed if debtor is an individual whose debts are primarily consumer debts)  I, the attorney for the petitioner named in the foregoing petition, declare that I have informed the petitioner named in the foregoing petition that [he or she] may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each such chapter.

X _____
                                                              Date

**Exhibit C**
Does the debtor own or have possession of any property that poses or is alleged to pose a threat of imminent and identifiable harm to public health or safety?

☑  Yes, and Exhibit C is attached and made a part of this petition.
☐  No

**Signature of Attorney**

X  **/s/ Peter Johnson**
   **Peter Johnson**                Bar No. **10778400**

**Law Offices of Peter Johnson**
**11 Greenway Plaza**
**Suite 2820**
**Houston, Texas 77046**

Phone No. **(713) 552-0025**     Fax No **(713) 552-1433**

Date

**Signature of Non-Attorney Petition Preparer**
I certify that I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110, that I prepared this document for compensation, and that I have provided the debtor with a copy of this document.

_____
Printed Name of Bankruptcy Petition Preparer

Social Security Number

_____
Address

Names and Social Security numbers of all other individuals who prepared or assisted in preparing this document:

If more than one person prepared this document, attach additional sheets conforming to the appropriate official form for each person.

**Signature of Debtor (Corporation/Partnership)**

I declare under penalty of perjury that the information provided in this petition is true and correct, and that I have been authorized to file this petition on behalf of the debtor.

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

**Golden Oil Company**

X  **/s/ Ralph T. McElvenny, Jr.**
   **Ralph T. McElvenny, Jr.**
   Printed Name of Authorized Individual
   **President**
   Title of Authorized Individual

Date

X _____
Signature of Bankruptcy Petition Preparer

Date
A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both (11 U.S.C. § 110; 18 U.S.C. § 156).

*Peter Johnson*   10778400
*Law Offices of Peter Johnson*
*11 Greenway Plaza*
*Suite 2820*
*Houston, Texas 77046*
*(713) 552-0025*
*Attorney for the Petitioner*

# UNITED STATES BANKRUPTCY COURT FOR THE

*SOUTHERN DISTRICT OF TEXAS*
*HOUSTON DIVISION*

In re:   Case No.:
**Golden Oil Company**   SSN: **84-0836562**
   SSN:

Debtor(s)   **Numbered Listing of Creditors**

Address:
**550 Post Oak Blvd**   Chapter:   **11**
**Suite 550**
**Houston, Texas 77027**

| Creditor name and mailing address | Category of claim | Amount of claim |
|---|---|---|
| 1. AeroPanel Corporation<br>550 Post Oak Blvd., Suite 525<br>Houston, TX 77027 | Secured Claim | $309,375.00 |
| 2. Amoco Production Company<br>P.O. Box 841521<br>Dallas, TX 75284 | Unsecured Claim | $87,933.00 |
| 3. Brown Development<br>5600 W. Lovers Lane, Suite 305<br>Dallas, TX 75209 | Unsecured Claim | $30.00 |
| 4. Cimmaron Oilfield Services, Inc.<br>P.O. Box 3235<br>Farmington, NM 87499 | Unsecured Claim | $16,262.00 |
| 5. Compressor Systems, Inc.<br>P.O. Box 841807<br>Dallas, TX 75284 | Unsecured Claim | $15,834.00 |
| 6. Davis, Graham & Stubbs<br>P.O. Box 185<br>Denver, CO 80201 | Unsecured Claim | $50,000.00 |

in re: **Golden Oil Company**

| Debtor | | Case No. (if known) |
|---|---|---|
| Creditor name and mailing address | Category of claim | Amount of claim |
| 7. ECCRA | Unsecured Claim | $0.00 |
| 8. Elliott S. Slusky | Unsecured Claim | |
| 9. Enron Oil Gas<br>P.O. Box 840321<br>Dallas, TX 75234 | Unsecured Claim | $20,000.00 |
| 10. EOG Resources, Inc. | Unsecured Claim | |
| 11. FASB | Unsecured Claim | $0.00 |
| 12. GAAP | Unsecured Claim | $0.00 |
| 13. George Lotspeich<br>4011 Mesa Verde N.E.<br>Albuquerque, NM 87110 | Unsecured Claim | $10,000.00 |
| 14. Hanson-McBride Petroleum<br>P.O. Box 1515<br>Roswell, NM 88201 | Unsecured Claim | $134.00 |
| 15. Harvey E. Slusky | Unsecured Claim | |

in re:  **Golden Oil Company**

| | Debtor | Case No. (if known) |
|---|---|---|
| Creditor name and mailing address | Category of claim | Amount of claim |
| 16. Instrument Specialties Company<br>550 Post Oak Blvd., Suite 525<br>Houston, TX 77027 | Secured Claim | $183,954.00 |
| 17. Jicarilla Apache Tribe<br>P.O. Box 950<br>Dulce, NM 87528 | Unsecured Claim | $0.00 |
| 18. Matteucci | Unsecured Claim | |
| 19. Minerals Management Service<br>Bureau of Land Management<br>Dept of Interior<br>P.O. Box 5810 T.A.<br>Denver, CO 80217 | Unsecured Claim | $30,000.00 |
| 20. Minerals Managment Services<br>Bureau of Land Mangement<br>Dept of Interior<br>P.O. Box 5810 T.A.<br>Denver, CO 80217 | Unsecured Claim | $122,888.00 |
| 21. Natural Gas Fuel Company | Unsecured Claim | $0.00 |
| 22. New Mexico & Arizona Land Company<br>3033 North 44th Street #270<br>Phoenix, AZ 85018 | Unsecured Claim | $46.00 |
| 23. Nortex Corporation<br>1415 Louisiana, Suite 3100<br>Houston, TX 77002 | Unsecured Claim | $130,000.00 |
| 24. Oxy USA, Inc.<br>P.O. Box 841735<br>Houston, TX 75284 | Unsecured Claim | $7,000.00 |

in re: **Golden Oil Company**

| | Debtor | | Case No. (if known) |
|---|---|---|---|
| | Creditor name and mailing address | Category of claim | Amount of claim |
| 25. | Paradigm Technologies Computer, Inc. | Unsecured Claim | $43,264.00 |
| 26. | Ralph T. McElvenny, Jr.<br>550 Post Oak Blvd., Suite 550<br>Houston, TX 77024 | Secured Claim | $800,000.00 |
| 27. | Ron J. Gorden<br>4900 Modoc Road<br>Las Cruces, NM 88011 | Unsecured Claim | $7,000.00 |
| 28. | Scythian, Ltd.<br>300 N. Marienfeld, Suite 850<br>Midland, TX 79701 | Unsecured Claim | $12,000.00 |
| 29. | SEC | Unsecured Claim | $0.00 |
| 30. | State of New Mexico<br>Oil Conservation Division<br>1000 Rio Brazos Road<br>Aztek, NM 87410 | Unsecured Claim | $200,000.00 |
| 31. | State of New Mexico/ Oil and Gas Bureau<br>Taxation and Revenue Department<br>1200 South St. Francis Drive<br>P.O. Box 5374<br>Sante Fe, NM 87502 | Priority Claim | $200,000.00 |
| 32. | Taurus Exploration USA<br>2198 Bloomfield Highway<br>Farmington, NM 87401 | Unsecured Claim | $44,374.00 |
| 33. | Triple P Well Services<br>P.O. Box 107<br>Farmington, NM 87401 | Unsecured Claim | $20,248.00 |

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

IN RE: **Golden Oil Company**     CASE NO

*Debtor(s)*     CHAPTER **11**

# EXHIBIT "A" TO VOLUNTARY PETITION

1. Debtor's employer identification number is _____**84-0836562**_____.

2. If any of debtor's securities are registered under section 12 of the Securities and Exchange Act of 1934, the SEC file number is _____**0-9946**_____.

3. The following financial data is the latest available information and refers to the debtor's condition on_____.

   a. Total Assets

   b. Total Liabilities

| Secured debt | Amounts | Approximate number of holders |
|---|---|---|
| Fixed, liquidated secured debt | | |
| Contingent secured debt | | |
| Disputed secured debt | | |
| Unliquidated secured debt | | |
| **Unsecured debt** | **Amounts** | **Approximate number of holders** |
| Fixed, liquidated unsecured debt | | |
| Contingent unsecured debt | | |
| Disputed unsecured debt | | |
| Unliquidated unsecured debt | | |
| **Stock** | **Amounts** | **Approximate number of holders** |
| Number of shares of preferred stock | | |
| Number of shares of common stock | 1646545 | 2500 |

*Comments, if any*
*Debtor has not traded stock effective 1999*

4. Brief description of debtor's business:
   *Oil and Gas Operations and Developments*

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

IN RE:  **Golden Oil Company**                                       CASE NO

*Debtor(s)*                                                            CHAPTER   **11**

## EXHIBIT "A" TO VOLUNTARY PETITION

*Continuation Sheet No. 1*

5. List the name of any person who directly or indirectly owns, controls, or holds, with power to vote, 20% or more of the voting securities of the debtor:

   *Ralph T. McElvenny, Jr.*

6. List the name of all corporations 20% or more of the outstanding voting securities of which are directly or indirectly owned, controlled, or held, with power to vote, by debtor:

I, the _____**President**_____ of the corporation named as the debtor in this case, declare under penalty of perjury that I have read the foregoing Exhibit "A" to Voluntary Petition, and that it is true and correct to the best of my information and belief.

Date:_____         Signature:__/s/ Ralph T. McElvenny, Jr._____
                                                                         *Ralph T. McElvenny, Jr.*
                                                                         **President**

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

IN RE:   **Golden Oil Company**                                            CASE NO

*Debtor(s)*                                                               CHAPTER   11

## LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS

Following is the list of the debtor's creditors holding the 20 largest unsecured claims. The list is prepared in accordance with Fed. R. Bankr. P. 1007(d) for filing in this Chapter 11 case. The list does not include (1) persons who come within the definition of "insider" set forth in 11 U.S.C. Sec. 101(30), or (2) secured creditors unless the value of the collateral is such that the unsecured deficiency places the creditor among the holders of the 20 largest unsecured claims.

| Name of creditor and complete mailing address including zip code | Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted | Nature of claim (trade debt, bank loan, goverment contract, etc.) | Indicate if claim is contingent, unliquidated, disputed, or subject to setoff | Amount of claim (if secured, also state value of security) |
|---|---|---|---|---|
| AeroPanel Corporation<br>550 Post Oak Blvd., Suite 525<br>Houston, TX 77027 | | ? | | $309,375.00<br>**Value: $0.00** |
| State of New Mexico/ Oil and Gas Bureau<br>Taxation and Revenue Department<br>1200 South St. Francis Drive | | Production taxes, penalties and interest | | $200,000.00 |
| State of New Mexico<br>Oil Conservation Division<br>1000 Rio Brazos Road<br>Aztek, NM 87410 | | Workovers, plug and abadonment's due on New Mexico | | $200,000.00 |
| Instrument Specialties Company<br>550 Post Oak Blvd., Suite 525<br>Houston, TX 77027 | | ? | | $183,954.00<br>**Value: $0.00** |
| Nortex Corporation<br>1415 Louisiana, Suite 3100<br>Houston, TX 77002 | | Overriding Royalty Insterest - Working interest | Disputed | $130,000.00 |
| Minerals Managment Services<br>Bureau of Land Mangement<br>Dept of Interior<br>P.O. Box 5810 T.A.<br>Denver, CO 80217 | | Alleged penalty for "chronic" late payment of roya | Disputed | $122,888.00 |
| Amoco Production Company<br>P.O. Box 841521<br>Dallas, TX 75284 | | Overriding Royalty Insterest | Disputed | $87,933.00 |

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

IN RE:  **Golden Oil Company**                                    CASE NO

*Debtor(s)*                                                        CHAPTER   **11**

## LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS

*Continuation Sheet No. 1*

| Name of creditor and complete mailing address including zip code | Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted | Nature of claim (trade debt, bank loan, goverment contract, etc.) | Indicate if claim is contingent, unliquidated, disputed, or subject to setoff | Amount of claim (if secured, also state value of security) |
|---|---|---|---|---|
| Davis, Graham & Stubbs P.O. Box 185 Denver, CO 80201 | | Vendor | *Disputed* | $50,000.00 |
| Taurus Exploration USA 2198 Bloomfield Highway Farmington, NM 87401 | | Overriding Royalty Insterest | *Disputed* | $44,374.00 |
| Paradigm Technologies Computer, Inc. | | Computer and software for oil and gas accounting | | $43,264.00 |
| Minerals Management Service Bureau of Land Management Dept of Interior P.O. Box 5810 T.A. Denver, CO 80217 | | Estimated interest on late payments of royalties | | $30,000.00 |
| Triple P Well Services P.O. Box 107 Farmington, NM 87401 | | Field workover | | $20,248.00 |
| Enron Oil Gas P.O. Box 840321 Dallas, TX 75234 | | Overriding Royalty Insterest | *Disputed* | $20,000.00 |
| Cimmaron Oilfield Services, Inc. P.O. Box 3235 Farmington, NM 87499 | | Environmental | | $16,262.00 |
| Compressor Systems, Inc. P.O. Box 841807 Dallas, TX 75284 | | Field Compressor services | | $15,834.00 |

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

IN RE:  **Golden Oil Company**                              CASE NO

*Debtor(s)*                                                  CHAPTER  **11**

## LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS

*Continuation Sheet No. 2*

| Name of creditor and complete mailing address including zip code | Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted | Nature of claim (trade debt, bank loan, goverment contract, etc.) | Indicate if claim is contingent, unliquidated, disputed, or subject to setoff | Amount of claim (if secured, also state value of security) |
|---|---|---|---|---|
| Scythian, Ltd.<br>300 N. Marienfeld, Suite 850<br>Midland, TX 79701 | | Working interest | *Disputed* | $12,000.00 |
| George Lotspeich<br>4011 Mesa Verde N.E.<br>Albuquerque, NM 87110 | | Working interest | *Disputed* | $10,000.00 |
| Ron J. Gorden<br>4900 Modoc Road<br>Las Cruces, NM 88011 | | Overriding Royalty Insterest | *Disputed* | $7,000.00 |
| Oxy USA, Inc.<br>P.O. Box 841735<br>Houston, TX 75284 | | Overriding Royalty Insterest | *Disputed* | $7,000.00 |
| Hanson-McBride Petroleum<br>P.O. Box 1515<br>Roswell, NM 88201 | | Overriding Royalty Insterest | *Disputed* | $134.00 |

**Form B1, Exhibit C**
**(9/01)**

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

IN RE:  **Golden Oil Company**                                      CASE NO

*Debtor(s)*                                                         CHAPTER    **11**

# EXHIBIT "C" TO VOLUNTARY PETITION

   1. **Identify and briefly describe all real or personal property owned by or in possession of the debtor that, to the best of the debtor's knowledge, poses or is alleged to pose a threat of imminent and identifiable harm to the public health or safety (attach additional sheets if necessary):**

State of New Mexico has made demand that certain wells be brought into compliance with State of New Mexico law by either plugging or restoring to production operation

   2. **With respect to each parcel of real property or item of personal property identified in question 1, describe the nature and location of the dangerous condition, whether environmental or otherwise, that poses or is alleged to pose a threat of imminent and identifiable harm to the public health or safety (attach additional sheets if necessary):**

Rio Arriba, and Sandoval Counties, New Mexico