IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| In re: | § | |
| | § | |
| GOLDEN OIL COMPANY, | § | CASE NO. 03-36974-H2-11 |
| | § | |
| Debtor. | § | |
| | § | |

**OBJECTION OF THE UNITED STATES TO DEBTOR'S
<u>FIRST AMENDED AND RESTATED JOINT DISCLOSURE STATEMENT</u>**

The United States of America, on behalf of its agencies the Bureau of Land Management ("BLM") and Mineral Management Service ("MMS") object to the Debtor's First Amended and Restated Joint Disclosure Statement ("Disclosure Statement") showing as follows:

1. The BIA and MMS have filed timely proofs of claim in this case. (Claims No. # 36, 62, 63 (amends #22).

2. To date, the Debtor has not filed an objection to these proofs of claim. Pursuant to Rule 3001, a proof of claim filed in accordance with the Federal Rules of Bankruptcy Procedure constitutes prima facie evidence of the validity and amount of the claim.

3. The Disclosure Statement provides that the "Debtor indents to object to the claims shown on Exhibit 6.4." Disclosure Statement at ¶ 6.4. Exhibit 6.4 provides that claims listed herein are deemed objected to by the filing of the Disclosure Statement and Plan. Exhibit 6.4 to Disclosure Statement.

4. Debtor's attempt to bury its claim objections in Exhibit 6.4 does not comply with Fed. R. Bankr. P. 3007. Furthermore, inasmuch as an objection to claim is a contested matter governed by Fed. R. Bankr. P. 9014, any objection to a claim must be served in accordance with Fed. R. Bankr. P. 7004. *See: Fed. R. Bankr. P. 3007, Advisory Committee Notes.*

5. The Debtor has used this back door "objection" to justify its failure to treat the claims of BIA and MMS in the plan of reorganization. Such action is impermissible and fails to properly address the substantial claims of the BIA and MMS in the Disclosure Statement.

6. The United States objects to the Debtor impermissible attempt to object to its proofs of claim through an exhibit to the Disclosure Statement and prays that it Disclosure Statement be denied.

    Respectfully submitted,

    MICHAEL T. SHELBY
    UNITED STATES ATTORNEY

BY: *Judy A. Robbins*
    JUDY A. ROBBINS
    ASSISTANT UNITED STATES ATTORNEY
    TBN: 16984550
    Fed. Id. 3177
    910 Travis, Suite 1500
    P.O. Box 61129
    Houston, TX 77208
    (713) 567-9510
    FAX (713) 718-3303

Certificate of Service

I hereby certify that a true and correct copy of the foregoing Objection of the United State was service on all parties in interest as set forth on the attached Service List on December 17, 2003.

    *Judy A. Robbins*
    Judy A. Robbins

SERVICE LIST
GOLDEN OIL COMPANY
BKR: 03-36974

| | | |
|---|---|---|
| Golden Oil Company<br>550 Post Oak, S-550<br>Houston, TX 77027 | Peter Johnson, Attorney<br>Law Office of Peter Johnson<br>2200 Post Oak Blvd., Suite 720<br>Houston, Texas 77056 | Hector Duran, Trustee<br>Office of the U.S. Trustee<br>515 Rusk Street, Suite #3516<br>Houston, Texas 77002 |
| N.M. Taxation/Rev. Dept. Oil & Gas Bureau<br>1200 south St. Francis Dr.<br>POB 5374<br>Santa Fe, NM 87502<br>Attn: Mr. Valdean Severson | Aeropanel Corporation<br>550 Post Oak Blvd., Ste 525<br>Houston, TX 77027 | Instrument Specialties Co., Inc.<br>550 Post Oak Blvd., Ste 525<br>Houston, TX 77027 |
| Ralph T. McElvenny, Jr.<br>550 Post Oak Blvd, Ste 550<br>Houston, TX 77027 | Mineral Management Service<br>Bureau of Land Management of Dept of Interior<br>POB 5810 T.A.<br>Denver, CO 80217 | State of New Mexico<br>Oil Conservation Division<br>1000 Rio Brazos Road<br>Aztek, NM 87410 |
| Nortex Corporation<br>1415 Louisiana, Ste 3100<br>Houston, TX 77002 | Taurus Expoloration USA<br>2198 Bloomfield Hwy<br>Farmington, NM 87401 | Amoco Production Company<br>POB 841521<br>Dallas, TX 75284 |
| N.M. & AZ Land Co.<br>3033 North 44th St., #270<br>Phoenix, AZ 85018 | Brown Development<br>5600 W. Lovers Lane, Ste 305<br>Dallas, TX 75209 | Enron Oil & Gas Co.<br>POB 840321<br>Dallas, TX 75234 |
| Hanson-McBride Petroleum<br>POB 1515<br>Roswell, NM 88201 | Scythian, Ltd.<br>300 N. Marienfeld, Ste 850<br>Midland, TX 79701 | George O. Lotspeich<br>4011 Mesa Verde N.E.<br>Albuquerque, NM 87110 |
| Oxy USA, Inc.<br>POB 841735<br>Houston, TX 75284 | Ron J. Gordon<br>4900 Modoc Road<br>Las Cruces, NM 88011 | Davis, Graham & Stubbs<br>POB 185<br>Denver, CO 80201 |
| Triple P Well Services<br>POB 107<br>Farmington, NM 87401 | Cimarron Oilfield Services, Inc.<br>POB 3235<br>Farmington, NM 87499 | Compressor Systems, Inc.<br>POB 841807<br>Dallas, TX 75284 |
| Jicarilla Apache Nation<br>POB 950<br>Dulce, NM 87528 | | |

**PARTIES REQUESTING NOTICE**
Christopher D. Shaw
Dolan & Domenici, P.C.
6100 Seagull St., Ste 205
Albuquerque, Nm 87109

Michael A.Bisone
11939 Brook Meadows
Stafford, TX   77477

Phillip Eisenberg, Esquire
Elizabeth Freeman, Esquire
Locke Liddell & Sapp, LLP
600 Travis St., 3400 Chase Tower
Houston, TX 77002

Edward L. Rothberg
Hugh M. Ray, III
Weycer, Kaplan, Pulaski & Zuber
11 E. Greenway Plaza, Suite 1400
Houston, TX 77046

DeAnn L. Owen
Office of the solicitor
Rocky Mountain Region
755 Parfet St., Ste 151
Lakewood, CO 80215

Robert M. Fiser, P.C.
6100 Seagull St., NE, Ste 205
Albuquerque, NM 87109

Attn: Cherry M. Mallard,
Minerals Mgmt. Service
Office of Enforcement
PO Box 25165, Mail Stop 370b2
Denver,CO 80225

W. Hunter Shurtleff, Esquire
Coats, Rose, Yale, Ryman & Lee
1001 Fannin, S 800
Houston, TX 77002

Adam Q. Voyles
Heard, Robins, Cloud
910 Traivs, Suite 2020
Houston, TX 77002

John P. Dillman
Linebarger Goggan Blair & Sampson, LLP
POB 3064
Houston, TX 77253-3064

James S. Simko
Judith Matlock
Davis Graham & Stubbs LLP
1550 Seventeenth St., Ste 500
Denver, CO 80202

OXY USA
Douglas Muller
5 Greenway Plaza, Suite 1700
Houston, TX 77046

Douglas S. Draper
Heller, Draper, Hayden, Patrick & Horn LLC
650 Poydras, #2500
New Horleans, LA 70130