Exhibit 3.3.1

**Ralph T. McElvenny, Jr.**

President, Director of Golden Oil Company, Inc. and subsidiary corporations, diversified oil and gas operation and development, for more than 20 years. Director, Chairman of Audit Committee, Executive Committee of BF Enterprises, Inc., a publicly-held, diversified real estate and investment company, for more than 20 years. Director, Executive and Audit Committee of predecessor Robert Half International, Inc. and Accountemps, diversified accounting and temporary employment company listed on New York Stock Exchange (through 1994). Director and President of various privately-held manufacturing and real estate entities, including AeroPanel Corporation and Instrument Specialties Company, Inc. which respectively manufacture aircraft flight instrumentation and cockpit displays and panels, primarily for international aerospace, government and military customers, for more than 20 years. President of USR Industries, Inc. and subsidiary corporations, manufacture of components and instrumentation for consumer electronics, aircraft and automotive markets.

Began as special situations analyst, Insurance & Securities, Inc., a diversified, open-end investment company; Vice President and Secretary, ISI Realty, Inc. Thereafter Senior Analyst, Assistant Secretary, United Corporation, a closed-end investment and operating company listed on the New York Stock Exchange; Director, Vice President of operating subsidiaries engaged in manufacturing of instrumentation.

Graduate of Stanford University (BA, 1963); Harvard Business School (MBA, 1965); and the Columbia University School of Law (LLB, 1968).