IN RE: GOLDEN OIL COMPANY, DEBTOR  
AMENDED SCHEDULE F

CASE: 03-36974  
PAGE 1 OF 17

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE | CODEBTOR | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | JOINT BILLING RECEIVABLE | REVENUE PAYABLE | AMOUNT OF CREDITOR CLAIM |
|---|---|---|---|---|---|---|---|---|
| Chace Ltd I<br>C/O Golden Oil Company, Gen Ptnr<br>2200 Post Oak Blvd, S- 720<br>Houston, Texas 77056 | | Limited Partnership Creditor subject to setoff for joint billing owed to Debtor | | | X | $36,086.32 | $14,798.99 | $0.00 |
| Chace Ltd III<br>C/O Golden Oil Company, Gen Ptnr<br>2200 Post Oak Blvd, S- 720<br>Houston, Texas 77056 | | Limited Partnership Creditor subject to setoff for joint billing owed to Debtor | | | X | $45,636.00 | $1,373.95 | $0.00 |
| Chace Ltd IV<br>C/O Golden Oil Company, Gen Ptnr<br>2200 Post Oak Blvd, S- 720<br>Houston, Texas 77056 | | Limited Partnership Creditor subject to setoff for joint billing owed to Debtor | | | X | $58,171.59 | -$6,055.88 | $0.00 |
| Chace Ltd V<br>C/O Golden Oil Company, Gen Ptnr<br>2200 Post Oak Blvd, S- 720<br>Houston, Texas 77056 | | Limited Partnership Creditor subject to setoff for joint billing owed to Debtor | | | X | $70,800.40 | -$10,384.24 | $0.00 |
| Chace Ltd VI<br>C/O Golden Oil Company, Gen Ptnr<br>2200 Post Oak Blvd, S- 720<br>Houston, Texas 77056 | | Limited Partnership Creditor subject to setoff for joint billing owed to Debtor | | | X | $48,845.45 | $18,179.22 | $0.00 |
| Chace Ltd VII<br>C/O Golden Oil Company, Gen Ptnr<br>2200 Post Oak Blvd, S- 720<br>Houston, Texas 77056 | | Limited Partnership Creditor subject to setoff for joint billing owed to Debtor | | | X | $101,850.26 | $28,750.71 | $0.00 |
| Chace Ltd VIII<br>C/O Golden Oil Company, Gen Ptnr<br>2200 Post Oak Blvd, S- 720<br>Houston, Texas 77056 | | Limited Partnership Creditor subject to setoff for joint billing owed to Debtor | | | X | $59,741.91 | $23,030.86 | $0.00 |
| Chace Ltd IX<br>C/O Golden Oil Company, Gen Ptnr<br>2200 Post Oak Blvd, S- 720<br>Houston, Texas 77056 | | Limited Partnership Creditor subject to setoff for joint billing owed to Debtor | | | X | $68,041.44 | $10,592.08 | $0.00 |
| Chace Ltd XI<br>C/O Golden Oil Company, Gen Ptnr<br>2200 Post Oak Blvd, S- 720<br>Houston, Texas 77056 | | Limited Partnership Creditor subject to setoff for joint billing owed to Debtor | | | X | $107,089.42 | $24,719.41 | $0.00 |

EXHIBIT  
3.4.1.2

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE | CODEBTOR | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | JOINT BILLING RECEIVABLE | REVENUE PAYABLE | AMOUNT OF CREDITOR CLAIM |
|---|---|---|---|---|---|---|---|---|
| Chace Ltd XII<br>C/O Golden Oil Company, Gen Ptnr<br>2200 Post Oak Blvd, S- 720<br>Houston, Texas 77056 | | Limited Partnership Creditor subject to setoff for joint billing owed to Debtor | | | X | $45,855.03 | $22,620.79 | $0.00 |
| Chace Ltd XIV<br>C/O Golden Oil Company, Gen Ptnr<br>2200 Post Oak Blvd, S- 720<br>Houston, Texas 77056 | | Limited Partnership Creditor subject to setoff for joint billing owed to Debtor | | | X | $57,228.67 | $38,037.17 | $0.00 |
| Chace Ltd XV<br>C/O Golden Oil Company, Gen Ptnr<br>2200 Post Oak Blvd, S- 720<br>Houston, Texas 77056 | | Limited Partnership Creditor subject to setoff for joint billing owed to Debtor | | | X | $47,790.48 | $2,955.08 | $0.00 |
| Chace Ltd XVI<br>C/O Golden Oil Company, Gen Ptnr<br>2200 Post Oak Blvd, S- 720<br>Houston, Texas 77056 | | Limited Partnership Creditor subject to setoff for joint billing owed to Debtor | | | | $41,232.81 | $59,093.91 | $17,861.10 |
| Chace Ltd XVII<br>C/O Golden Oil Company, Gen Ptnr<br>2200 Post Oak Blvd, S- 720<br>Houston, Texas 77056 | | Limited Partnership Creditor subject to setoff for joint billing owed to Debtor | | | | $51,023.12 | $70,383.78 | $19,360.66 |
| Chace Ltd XVIII<br>C/O Golden Oil Company, Gen Ptnr<br>2200 Post Oak Blvd, S- 720<br>Houston, Texas 77056 | | Limited Partnership Creditor subject to setoff for joint billing owed to Debtor | | | X | $35,960.24 | $20,928.39 | $0.00 |
| Chace Ltd XIX<br>C/O Golden Oil Company, Gen Ptnr<br>2200 Post Oak Blvd, S- 720<br>Houston, Texas 77056 | | Limited Partnership Creditor subject to setoff for joint billing owed to Debtor | | | X | $86,530.82 | $46,614.57 | $0.00 |
| Chace Ltd XX<br>C/O Golden Oil Company, Gen Ptnr<br>2200 Post Oak Blvd, S- 720<br>Houston, Texas 77056 | | Limited Partnership Creditor subject to setoff for joint billing owed to Debtor | | | | $99,544.91 | $114,598.48 | $15,053.57 |
| Chace Ltd XXI<br>C/O Golden Oil Company, Gen Ptnr<br>2200 Post Oak Blvd, S- 720<br>Houston, Texas 77056 | | Limited Partnership Creditor subject to setoff for joint billing owed to Debtor | | | | $114,207.68 | $157,210.97 | $43,003.29 |

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE | CODEBTOR | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | JOINT BILLING RECEIVABLE | REVENUE PAYABLE | AMOUNT OF CREDITOR CLAIM |
|---|---|---|---|---|---|---|---|---|
| Chace Ltd XXII<br>C/O Golden Oil Company, Gen Ptnr<br>2200 Post Oak Blvd, S- 720<br>Houston, Texas 77056 | | Limited Partnership Creditor subject to setoff for joint billing owed to Debtor | | | | $96,105.14 | $124,219.31 | $28,114.17 |
| Chace Ltd XXIV<br>C/O Golden Oil Company, Gen Ptnr<br>2200 Post Oak Blvd, S- 720<br>Houston, Texas 77056 | | Limited Partnership Creditor subject to setoff for joint billing owed to Debtor | | | | $34,228.00 | $55,751.09 | $21,523.09 |
| Chace Ltd XXV<br>C/O Golden Oil Company, Gen Ptnr<br>2200 Post Oak Blvd, S- 720<br>Houston, Texas 77056 | | Limited Partnership Creditor subject to setoff for joint billing owed to Debtor | | | | $36,654.94 | $53,680.41 | $17,025.47 |
| | | **TOTAL LIMITED PARTNERSHIP** | | | | | | **$161,941.35** |

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE | CODEBTOR | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | JOINT BILLING RECEIVABLE | REVENUE PAYABLE | AMOUNT OF CREDITOR CLAIM |
|---|---|---|---|---|---|---|---|---|
| Andre Birdsell<br>236 FREDERICK<br>AZTEC, NM  87410 | | Working Interest Other Than Partnerships & Joint Ventures subject to setoff for joint billing owed to Debtor | | | | $1,471.19 | $3,156.16 | $1,684.97 |
| B. W. Miller<br>1409 STAGECOACH LANE SE<br>ALBUQUERQUE, NM  87123 | | Working Interest Other Than Partnerships & Joint Ventures subject to setoff for joint billing owed to Debtor | | | | $25,985.79 | $34,395.23 | $8,409.44 |
| Boyle Irrevocable Trust<br>JORGE MIGUEL DEL LA TORRE, TR<br>1425 STAGECOACK ROAD SE<br>ALBUQUERQUE, NM  87123 | | Working Interest Other Than Partnerships & Joint Ventures subject to setoff for joint billing owed to Debtor | | | X | $10,198.62 | $4,128.93 | $0.00 |
| Brian H. and Mary T. Jarchow<br>3580 W. OAK TRAIL RD.<br>SANTA YNEZ, CA  93460 | | Working Interest Other Than Partnerships & Joint Ventures subject to setoff for joint billing owed to Debtor | | | X | $5,992.08 | $538.29 | $0.00 |
| Brown Development<br>5600 W. LOVERS LANE, STE. 305<br>DALLAS, TX  75209 | | Working Interest Other Than Partnerships & Joint Ventures subject to setoff for joint billing owed to Debtor | | | X | $64,472.74 | $51,945.97 | $0.00 |
| Chace Oil Company<br>c/o Robert Fiser & Christopher Shaw<br>6100 Seagull St. NE #205<br>Albuquerque, NM 87109 | | Working Interest Other Than Partnerships & Joint Ventures subject to setoff for joint billing owed to Debtor | | | X | $2,325.65 | $1,535.17 | $0.00 |
| Daniel Englehardt | | Working Interest Other Than Partnerships & Joint Ventures subject to setoff for joint billing owed to Debtor | | | X | $12,630.64 | $3,492.28 | $0.00 |
| Donald Welker<br>P.O. BOX 947<br>ELEPHANT BUTTE, NM  87935 | | Working Interest Other Than Partnerships & Joint Ventures subject to setoff for joint billing owed to Debtor | | | | $3,727.09 | $7,413.80 | $3,686.71 |
| Dorothy R. Day<br>c/o Robert Fiser & Christopher Shaw<br>6100 Seagull St. NE #205<br>Albuquerque, NM 87109 | | Working Interest Other Than Partnerships & Joint Ventures subject to setoff for joint billing owed to Debtor | | | | $11,994.00 | $18,762.18 | $6,768.18 |

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE | CODEBTOR | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | JOINT BILLING RECEIVABLE | REVENUE PAYABLE | AMOUNT OF CREDITOR CLAIM |
|---|---|---|---|---|---|---|---|---|
| Dr. Albert G. Simms II<br>P.O. BOX 2470<br>SANTA FE, NM   87504 | | Working Interest Other Than Partnerships & Joint Ventures subject to setoff for joint billing owed to Debtor | | | X | $13,768.89 | $1,211.36 | $0.00 |
| Enerdyne Corp<br>12814 CENTRAL AVE., S.E.<br>ALBUQUERQUE, NM   87103 | | Working Interest Other Than Partnerships & Joint Ventures subject to setoff for joint billing owed to Debtor | | | | $4,922.90 | $9,875.66 | $4,952.77 |
| Enron Oil and Gas<br>P.O. BOX 840321<br>DALLAS, TX   75234-0321 | | Working Interest Other Than Partnerships & Joint Ventures subject to setoff for joint billing owed to Debtor | | | X | $275,452.55 | $263,347.07 | $0.00 |
| Estate of Royce McCary<br>1402 CR 231<br>VALLEY VIEW, TX   76272 | | Working Interest Other Than Partnerships & Joint Ventures subject to setoff for joint billing owed to Debtor | | | X | $22,354.51 | $21,913.16 | $0.00 |
| F. R. Zemke<br>7313 RIO GRANDE BLVD., NW<br>ALBUQUERQUE, NM   87107 | | Working Interest Other Than Partnerships & Joint Ventures subject to setoff for joint billing owed to Debtor | | | X | $6,865.71 | $1,175.23 | $0.00 |
| Faye Gardner<br>10500 ACADEMY, N.E. #331<br>ALBUQUERQUE, NM   87111 | | Working Interest Other Than Partnerships & Joint Ventures subject to setoff for joint billing owed to Debtor | | | X | $6,865.71 | $1,175.23 | $0.00 |
| Faye Berkshire<br>c/o Robert Fiser & Christopher Shaw<br>6100 Seagull St. NE #205<br>Albuquerque, NM 87109 | | Working Interest Other Than Partnerships & Joint Ventures subject to setoff for joint billing owed to Debtor | | | | $31,073.32 | $35,107.15 | $4,033.83 |
| Geneva Huff<br>408 CIMARRON TRAIL<br>CARLSBAD, NM   88220 | | Working Interest Other Than Partnerships & Joint Ventures subject to setoff for joint billing owed to Debtor | | | X | $3,453.43 | $1,850.65 | $0.00 |
| George Demas<br>309-A WASHINGTON S.E.<br>ALBUQUERQUE, NM   87108 | | Working Interest Other Than Partnerships & Joint Ventures subject to setoff for joint billing owed to Debtor | | | X | $4,098.10 | -$748.63 | $0.00 |

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE | CODEBTOR | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | JOINT BILLING RECEIVABLE | REVENUE PAYABLE | AMOUNT OF CREDITOR CLAIM |
|---|---|---|---|---|---|---|---|---|
| George O Lotspeich<br>c/o Robert Fiser & Christopher Shaw<br>6100 Seagull St. NE #205<br>Albuquerque, NM 87109 | | Working Interest Other Than Partnerships & Joint Ventures subject to setoff for joint billing owed to Debtor | | | X | $33,448.67 | $23,191.30 | $0.00 |
| H.F., Jr. and E.K. McKay Trust<br>P.O. BOX 14738<br>ALBUQUERQUE, NM 87191 | | Working Interest Other Than Partnerships & Joint Ventures subject to setoff for joint billing owed to Debtor | | | X | $25,472.88 | $5,870.15 | $0.00 |
| Horace F. McKay Jr.<br>c/o Robert Fiser & Christopher Shaw<br>6100 Seagull St. NE #205<br>Albuquerque, NM 87109 | | Working Interest Other Than Partnerships & Joint Ventures subject to setoff for joint billing owed to Debtor [Claim filed] | | | X | $5,180.02 | $2,775.90 | $0.00 |
| J. Johnson Rev Trust<br>P.O. BOX 1305<br>ALBUQUERQUE, NM 87103 | | Working Interest Other Than Partnerships & Joint Ventures subject to setoff for joint billing owed to Debtor | | | X | $8,959.50 | $1,511.01 | $0.00 |
| J. L. Nichols<br>P.O. BOX 782<br>ANNA MARIA, FL 34216 | | Working Interest Other Than Partnerships & Joint Ventures subject to setoff for joint billing owed to Debtor | | | X | $4,210.11 | $1,164.27 | $0.00 |
| Jack Hammack<br>118 WEST 116TH STREET<br>KANSAS CITY, MO 64114 | | Working Interest Other Than Partnerships & Joint Ventures subject to setoff for joint billing owed to Debtor | | | | $2,942.38 | $6,312.33 | $3,369.95 |
| Jerome Truskowski<br>33939 134TH AVE. S.E.<br>AUBURN, WA 98002 | | Working Interest Other Than Partnerships & Joint Ventures subject to setoff for joint billing owed to Debtor | | | X | $846.36 | $221.38 | $0.00 |
| Joe Spar | | Working Interest Other Than Partnerships & Joint Ventures subject to setoff for joint billing owed to Debtor | | | X | $1,058.60 | $1,792.54 | $733.95 |
| John J. Mark<br>100 N. WESTHAVEN DRIVE<br>SUITE D<br>OSKOSH, WI 54904 | | Working Interest Other Than Partnerships & Joint Ventures subject to setoff for joint billing owed to Debtor | | | X | $8,420.59 | $2,328.04 | $0.00 |

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE | CODEBTOR | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | JOINT BILLING RECEIVABLE | REVENUE PAYABLE | AMOUNT OF CREDITOR CLAIM |
|---|---|---|---|---|---|---|---|---|
| Kleinegger Citfarm<br>P.O. BOX 898<br>FARMINGTON, NM  87499 | | Working Interest Other Than Partnerships & Joint Ventures subject to setoff for joint billing owed to Debtor | | | | $7,172.64 | $15,702.39 | $8,529.75 |
| Marcel Schiess<br>R.R. 2 BOX 174B<br>CANTON, PA  17724 | | Working Interest Other Than Partnerships & Joint Ventures subject to setoff for joint billing owed to Debtor | | | X | $1,692.85 | $443.29 | $0.00 |
| Michael Oberg<br>FNB ATTN: SPECIAL ASSETS<br>P.O. BOX 1305<br>ALBUQUERQUE, NM  87103 | | Working Interest Other Than Partnerships & Joint Ventures subject to setoff for joint billing owed to Debtor | | | | $13,317.02 | $15,045.78 | $1,728.77 |
| N.M. & Arizona Land Co.<br>3033 NORTH 44TH STREET #270<br>PHOENIX, AZ  85018-722 | | Working Interest Other Than Partnerships & Joint Ventures subject to setoff for joint billing owed to Debtor | | | | $4,234.38 | $7,170.17 | $2,935.79 |
| Nortex Corporation<br>1415 Louisiana, S-3100<br>Houston, Texas 77002 | | Working Interest Other Than Partnerships & Joint Ventures subject to setoff for joint billing owed to Debtor | | | | $132,410.60 | $197,509.38 | $65,098.79 |
| Pauline Hyder<br>7313 RIO GRANDE BLVD., NW<br>ALBUQUERQUE, NM  87107 | | Working Interest Other Than Partnerships & Joint Ventures subject to setoff for joint billing owed to Debtor | | | X | $10,319.14 | $3,025.93 | $0.00 |
| R. D. Simmons<br>5704 VILLA VIEW DR.<br>FARMINGTON, NM  87401 | | Working Interest Other Than Partnerships & Joint Ventures subject to setoff for joint billing owed to Debtor | | | X | $819.70 | -$149.65 | $0.00 |
| Ray Eyestone<br>4010 CARLISLE NE<br>ALBUQUERQUE, NM  87110 | | Working Interest Other Than Partnerships & Joint Ventures subject to setoff for joint billing owed to Debtor | | | X | $4,098.10 | -$748.63 | $0.00 |
| Scythian, Ltd.<br>300 N. Marienfeld, S-850<br>Las Cruces, New Mexico 79701 | | Working Interest Other Than Partnerships & Joint Ventures subject to setoff for joint billing owed to Debtor | | | X | $65,051.70 | $46,533.85 | $0.00 |

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE | CODEBTOR | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | JOINT BILLING RECEIVABLE | REVENUE PAYABLE | AMOUNT OF CREDITOR CLAIM |
|---|---|---|---|---|---|---|---|---|
| Energen Resources Corp.<br>c/o Phillip G Eisenberg<br>600 Travis, Suite 3400<br>Houston, TX 77002 | | Working Interest Other Than Partnerships & Joint Ventures subject to setoff for joint billing owed to Debtor | | | | $178,020.29 | $238,514.75 | $60,494.46 |
| Thomas M. Muchmore<br>c/o Robert Fiser & Christopher Shaw<br>6100 Seagull St. NE #205<br>Albuquerque, NM 87109 | | Working Interest Other Than Partnerships & Joint Ventures subject to setoff for joint billing owed to Debtor | | | X | $791.99 | $95.35 | $0.00 |
| Western Bank of Albuquerque<br>ATTN: JOHN STEWART<br>505 MARQUETTE, NW<br>ALBUQUERQUE, NM  87102 | | Working Interest Other Than Partnerships & Joint Ventures subject to setoff for joint billing owed to Debtor | | | X | $1,726.72 | $925.32 | $0.00 |
| William Kaiser<br>TRULST L25 13461<br>P.O. BOX 13461<br>ALBUQUERQUE, NM  87192 | | Working Interest Other Than Partnerships & Joint Ventures subject to setoff for joint billing owed to Debtor | | | X | $4,098.10 | -$748.63 | $0.00 |
| Willliam Denison | | Working Interest Other Than Partnerships & Joint Ventures subject to setoff for joint billing owed to Debtor | | | X | $846.36 | $517.55 | $0.00 |
| | | **TOTAL WORKING INTEREST** | | | | | | $172,427.35 |

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE | CODEBTOR | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | JOINT BILLING RECEIVABLE | REVENUE PAYABLE | AMOUNT OF CREDITOR CLAIM |
|---|---|---|---|---|---|---|---|---|
| AMOCO PRODUCTION COMPANY<br>P.O. BOX 841521<br>DALLAS, TX   75284-1521 | | Override Royalty due | | | X | | | $154,890.20 |
| RON J. GORDON<br>4900 MODOC RD<br>LAS CRUCES, NM   88011 | | Override Royalty due | | | X | | | $7,268.21 |
| GRACE F. RAWDON<br>12201 KEY WEST N.E.<br>ALBUQUERQUE, NM   87111 | | Override Royalty due | | | X | | | $771.59 |
| HANSON-MCBRIDE PETROLEUM<br>P.O. BOX 1515<br>ROSWELL, NM   88201 | | Override Royalty due | | | X | | | $27,052.86 |
| OXY USA INC.<br>P.O. BOX 841735<br>HOUSTON, TX   75284-1735 | | Override Royalty due | | | X | | | $12,433.34 |
| ELIZABETH A. FARRIS<br>8912 N. MAY AVE.<br>OKLAHOMA CITY, OK   73120 | | Override Royalty due | | | X | | | $2,974.27 |
| ARRA CHANEY | | Override Royalty due | | | X | | | $9,735.38 |
| ENRON OIL & GAS CO.<br>P.O. BOX 840321<br>DALLAS, TX   75234-0321 | | Override Royalty due | | | X | | | $57,254.59 |
| NORTEX CORPORATION<br>1415 LOUISIANA<br>SUITE 3100<br>HOUSTON, TX   77002 | | Override Royalty due | | | X | | | $162,034.80 |

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE | CODEBTOR | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | JOINT BILLING RECEIVABLE | REVENUE PAYABLE | AMOUNT OF CREDITOR CLAIM |
|---|---|---|---|---|---|---|---|---|
| ELM RIDGE EXPLORATION CO<br>4925 GREENVILLE AVE<br>#1305<br>DALLAS, TX   75206 | | Override Royalty due | | | X | | | $7,283.35 |
| Energen Resources Corp.<br>c/o Phillip G Eisenberg<br>600 Travis, Suite 3400<br>Houston, TX 77002 | | Override Royalty due | | | X | | | $55,704.25 |
| | | **TOTAL OVERRIDE ROYALTY DUE TO OWNER** | | | | | | $497,402.84 |

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE | CODEBTOR | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | JOINT BILLING RECEIVABLE | REVENUE PAYABLE | AMOUNT OF CREDITOR CLAIM |
|---|---|---|---|---|---|---|---|---|
| Compressor Systems, Inc.<br>P.O. Box 841807<br>Dallas, TX 75284 | | Vendor and other Services rendered to the Debtor | | | | | | $12,079.52 |
| Michael A Bisone<br>11939 Brook Meadows<br>Stafford Tx 77477 | | Vendor and other Services rendered to the Debtor | | | X | | | $33,671.00 |
| Davis, Graham & Stubbs<br>P.O. Box 185<br>Denver, CO 80201 | | Vendor and other Services rendered to the Debtor | | | X | | | $50,000.00 |
| Natural Gas Fuel Company<br>621 17th Street, Suite 1450<br>Denver, CO 80293 | | Vendor and other Services rendered to the Debtor [Litigation pending 2002-30405] | | | X | | | $0.00 |
| Brewer, J. Mark<br>Brewer & Pritchard PC<br>Three Riverway, Ste 1800<br>Houston, TX 77056 | | Vendor and other Services rendered to the Debtor | | | X | | | $5,247.73 |
| Cimmaron Oilfield Services, Inc.<br>P.O. Box 3235<br>Farmington, NM 87499 | | Vendor and other Services rendered to the Debtor | | | | | | $16,262.00 |
| EOG Resources, Inc.<br>c/o Greg Danielson<br>1550 17th Street, Suite 500<br>Denver, CO 80202 | | First Judicial District Court State of NM Cause No. D-101-CV-2002-02733 | | | X | | | Unknown |
| Jicarilla Apache Tribe<br>P.O. Box 950<br>Dulce, NM 87528 | | Other | | | | | | Notice Only |
| Minolta<br>100 Williams Drive<br>Ramsey, NJ 07446 | | Contract Lease<br>Minolta office copier lease | | | | | | Notice Only |

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE | CODEBTOR | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | JOINT BILLING RECEIVABLE | REVENUE PAYABLE | AMOUNT OF CREDITOR CLAIM |
|---|---|---|---|---|---|---|---|---|
| Paradigm Technologies Computer, Inc.<br>1099 18th Street, Suite 2400<br>Denver, CO 80202 | | Computer and software for oil and gas accounting | | | | | | $ 43,264.00 |
| Slusky, Elliott S.<br>3782 Plumb St.<br>Houston, TX 77005 | | Cause No. D-0117-CV-2000-00819<br>First Judicial District Court State of New Mexico | | | X | | | Unknown |
| Slusky, Harvey E.<br>P.O. Box 57849<br>Webster, TX 77005 | | Cause No. D-0117-CV-2000-00819<br>First Judicial District Court State of New Mexico | | | X | | | Unknown |
| Ivy Realty Trust<br>5847 San Felipe, Suite 850<br>Houston, Texas 77057 | | Lease rejection claim Office Lease at 550 Post Oak Blvd. | | | X | | | Unknown |
| Triple P Well Services<br>P.O. Box 107<br>Farmington, NM 87401 | | Services on Field work | | | | | | $ 20,248.00 |
| The Westar Company<br>P.O. Box 55347<br>Houston, TX 77255 | | Claim Filed | | | X | | | $ 0.00 |
| Consolidated North Amer Resources<br>820 Piedra Vista NE<br>Albuquerque, NM 87123 | | Claim Filed | | | X | | | $ 0.00 |
| Lillian Crabtree<br>1201 E 16th St.<br>Farmington, NM 87401 | | Claim Filed | | | X | | | $ 0.00 |
| Pamela Mayhew<br>c/o Robert Fiser & Christopher Shaw<br>6100 Seagull St., NE #205<br>Albuquerque, NM 87109 | | Claim Filed | | | X | | | $ 0.00 |

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE | CODEBTOR | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | JOINT BILLING RECEIVABLE | REVENUE PAYABLE | AMOUNT OF CREDITOR CLAIM |
|---|---|---|---|---|---|---|---|---|
| Michael Oberg<br>c/o Robert Fiser & Christopher Shaw<br>6100 Seagull St NE #205<br>Albuquerque, NM 87109 | | Claim Filed | | | X | | | $ 0.00 |
| William J. Mayhew<br>c/o Robert Fiser & Christopher Shaw<br>6100 Seagull St. NE #205<br>Albuquerque, NM 87109 | | Claim Filed | | | X | | | $ 0.00 |
| El Pamco Inc.<br>Robert Fiser & Christopher Shaw<br>6100 Seagull St NE #205<br>Albuquerque, NM 87109 | | Claim Filed | | | X | | | $ 0.00 |
| Dave P. Elkins<br>c/o Robert Fiser & Christopher Shaw<br>6100 Seagull St. NE #205<br>Albuquerque, NM 87109 | | Claim Filed | | | X | | | $ 0.00 |
| Lynn E. Elkins<br>c/o Robert Fiser & Christopher Shaw<br>6100 Seagull St. NE #205<br>Albuquerque, NM 87109 | | Claim Filed | | | X | | | $ 0.00 |
| Dorothy R. Day<br>c/o Robert Fiser & Christopher Shaw<br>6100 Seagull St. NE #205<br>Albuquerque, NM 87109 | | Claim Filed | | | X | | | $ 0.00 |
| Gary Berkshire<br>c/o Robert Fiser & Christopher Shaw<br>6100 Seagull St. NE #205<br>Albuquerque, NM 87109 | | Claim Filed | | | X | | | $ 0.00 |
| Faye Berkshire<br>c/o Robert Fiser & Christopher Shaw<br>6100 Seagull St. NE #205<br>Albuquerque, NM 87109 | | Claim Filed | | | X | | | $ 0.00 |
| Linda Oberg<br>c/o Robert Fiser & Christopher Shaw<br>6100 Seagull St. NE #205<br>Albuquerque, NM 87109 | | Claim Filed | | | X | | | $ 0.00 |

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE | CODEBTOR | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | JOINT BILLING RECEIVABLE | REVENUE PAYABLE | AMOUNT OF CREDITOR CLAIM |
|---|---|---|---|---|---|---|---|---|
| Malcolm G. Colberg<br>c/o Robert Fiser & Christopher Shaw<br>6100 Seagull St. NE #205<br>Albuquerque, NM 87109 | | Claim Filed | | | X | | | $ 0.00 |
| Pauline L. Hyder<br>c/o Robert Fiser & Christopher Shaw<br>6100 Seagull St. NE #205<br>Albuquerque, NM 87109 | | Claim Filed | | | X | | | $ 0.00 |
| Daniel E. Boyle, Jr.<br>c/o Robert Fiser & Christopher Shaw<br>6100 Seagull St. NE #205<br>Albuquerque, NM 87109 | | Claim Filed | | | X | | | $ 0.00 |
| Steven R. Hyder<br>c/o Robert Fiser & Christopher Shaw<br>6100 Seagull St. NE #205<br>Albuquerque, NM 87109 | | Claim Filed | | | X | | | $ 0.00 |
| Charles Cobb V<br>c/o Robert Fiser & Christopher Shaw<br>6100 Seagull St. NE #205<br>Albuquerque, NM 87109 | | Claim Filed | | | X | | | $ 0.00 |
| Patrick O Russell<br>c/o Robert Fiser & Christopher Shaw<br>6100 Seagull St. NE #205<br>Albuquerque, NM 87109 | | Claim Filed | | | X | | | $ 0.00 |
| Richard E. Hyder<br>c/o Robert Fiser & Christopher Shaw<br>6100 Seagull St. NE #205<br>Albuquerque, NM 87109 | | Claim Filed | | | X | | | $ 0.00 |
| D.J. Elkins<br>c/o Robert Fiser & Christopher Shaw<br>6100 Seagull St. NE #205<br>Albuquerque, NM 87109 | | Claim Filed | | | X | | | $ 0.00 |
| Michael T. Hamilton<br>c/o Robert Fiser & Christopher Shaw<br>6100 Seagull St. NE #205<br>Albuquerque, NM 87109 | | Claim Filed | | | X | | | $ 0.00 |

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE | CODEBTOR | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | JOINT BILLING RECEIVABLE | REVENUE PAYABLE | AMOUNT OF CREDITOR CLAIM |
|---|---|---|---|---|---|---|---|---|
| Donald J. Welker<br>c/o Robert Fiser & Christopher Shaw<br>6100 Seagull St. NE #205<br>Albuquerque, NM 87109 | | Claim Filed | | | X | | | $ 0.00 |
| Fred J. Matteucci<br>c/o Robert Fiser & Christopher Shaw<br>6100 Seagull St. NE #205<br>Albuquerque, NM 87109 | | Cause No. D-101-CV-2002-01924<br>First Judicial District State of New Mexico | | | X | | | Unknown |
| Camille McRae, J.V.<br>c/o Robert Fiser & Christopher Shaw<br>6100 Seagull St. NE #205<br>Albuquerque, NM 87109 | | Claim Filed | | | X | | | $ 0.00 |
| Frank A. Welker<br>c/o Robert Fiser & Christopher Shaw<br>6100 Seagull St. NE #205<br>Albuquerque, NM 87109 | | Claim Filed | | | X | | | $ 0.00 |
| Andre Birdwell<br>c/o Robert Fiser & Christopher Shaw<br>6100 Seagull St. NE #205<br>Albuquerque, NM 87109 | | Claim Filed | | | X | | | $ 0.00 |
| O.L. Ely<br>c/o Robert Fiser & Christopher Shaw<br>6100 Seagull St. NE #205<br>Albuquerque, NM 87109 | | Claim Filed | | | X | | | $ 0.00 |
| Babetta Berkshire<br>c/o Robert Fiser & Christopher Shaw<br>6100 Seagull St. NE #205<br>Albuquerque, NM 87109 | | Claim Filed | | | X | | | $ 0.00 |
| Kyle E. Rutledge<br>c/o Robert Fiser & Christopher Shaw<br>6100 Seagull St. NE #205<br>Albuquerque, NM 87109 | | Claim Filed | | | X | | | $ 0.00 |
| Oxy USA Inc.<br>#5 Greenway Plaza, Suite 110<br>Houston, TX 77046 | | Claim Filed | | | X | | | $ 0.00 |

IN RE: GOLDEN OIL COMPANY, DEBTOR
AMENDED SCHEDULE F

CASE: 03-36974
PAGE 16 OF 17

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE | CODEBTOR | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | JOINT BILLING RECEIVABLE | REVENUE PAYABLE | AMOUNT OF CREDITOR CLAIM |
|---|---|---|---|---|---|---|---|---|
| Upstart Exploration, Inc.<br>339 N. Sterling St.<br>LaFayette, LA 70501 | | Claim Filed | | | X | | | $ 0.00 |
| United States of America<br>Bureau of Indian Affairs<br>c/o Judy Robbin<br>P.O. Box 61129<br>Houston, TX 77208-1129 | | Claim Filed | | | X | | | $ 0.00 |
| Minerals Management Service<br>P.O. Box 25165<br>Denver, CO 80225 | | Claim Filed | | | X | | | Unknown |
| Geneve W Huffy<br>408 Cimmarron Tri<br>Carlisbad Hm 88220 | | Claim Filed | | | X | | | $ 0.00 |
| State of New Mexico Energy Minerals etc<br>Attn: David K. Brooks<br>New Mexico Oil Conservation Division<br>1220 S St Francis Drive<br>Santa Fe, NM 87505 | | Claim Filed | | | X | | | $ 0.00 |
| | | TOTAL OTHER | | | | | | $180,772.25 |

IN RE: GOLDEN OIL COMPANY, DEBTOR
AMENDED SCHEDULE F

CASE: 03-36974
PAGE 17 OF 17

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE | CODEBTOR | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | JOINT BILLING RECEIVABLE | REVENUE PAYABLE | AMOUNT OF CREDITOR CLAIM |
|---|---|---|---|---|---|---|---|---|
| Ralph T. McElvenny, Jr.<br>550 Post Oak Blvd., Suite 550<br>Houston, TX 77024 | | Claim Filed - Insider Claim | | | | | | $ 270,250.55 |
| AeroPanel Corporation<br>550 Post Oak Blvd., Suite 525<br>Houston, TX 77027 | | Claim Filed - Insider Claim | | | | | | $ 399,677.88 |
| Instrument Specialties Co., Inc.<br>550 Post Oak Blvd., Suite 525<br>Houston, TX 77056 | | Claim Filed - Insider Claim | | | | | | $ 264,992.64 |
| | | **TOTAL INSIDER** | | | | | | **$934,921.07** |
| | | **TOTAL UNSECURED:** | | | | | | **$1,947,464.86** |

I, THE PRESIDENT OF GOLDEN OIL COMPANY, DECLARE UNDER THE PENALTY OF PERJURY THAT I HAVE READ THE FOREGOING SCHEDULE "F", AND THAT IT IS TRUE AND CORRECT TO THE BEST OF MY INFORMATION AND BELIEF.

DATED:_____          _____
                                Ralph T. McElvenny, Jr.