MOR-1

UNITED STATES BANKRUPTCY COURT

CASE NAME: Golden Oil Company
CASE NUMBER: 03-36974-H2-11
PROPOSED PLAN DATE: September 1, 2003

ORDER FOR RELI: 12-May-03
DISTRICT OF TEX: Southern
DIVISION: Houston

## MONTHLY OPERATING REPORT SUMMARY FC Jan-04

| MONTH | May-03 | Jun-03 | Jul-03 | Aug-03 | Sep-03 | Oct-03 | Nov-03 | Dec-03 | Jan-04 |
|---|---|---|---|---|---|---|---|---|---|
| REVENUES (MOR-6) | 18,284.17 | 30,861.54 | 35,878.75 | 59,386.03 | 59,836.74 | 67,087.35 | 51,593.55 | 46,780.20 | 84,995.00 |
| INCOME BEFORE INT. DEPREC./TAX (MOR-6) | -21,816.91 | -10,776.72 | 7,245.72 | 13,089.04 | 17,145.84 | 22,185.72 | 18,545.33 | 6,892.69 | 6,492.41 |
| NET INCOME (LOSS) (MOR-6) | -28,876.84 | -23,916.02 | 2,141.20 | 7,897.07 | 12,095.55 | 16,993.75 | 13,495.04 | 1,700.72 | 1,300.44 |
| PAYMENTS TO INSIDERS (MOR-9) | 11,666.66 | 5,000.00 | 5,000.00 | 5,000.00 | 5,000.00 | 0.00 | 5,000.00 | 0.00 | 5,000.00 |
| PAYMENTS TO PROFESSIONALS (MOR-9) | 0.00 | 0.00 | 0.00 | 0.00 | 7,500.00 | 5,305.75 | 0.00 | 0.00 | 0.00 |
| TOTAL DISBURSEMENTS (MOR-8) | 29,478.36 | 17,754.33 | 7,068.29 | 12,174.49 | 20,347.90 | 17,349.33 | 11,018.16 | 432.51 | 113,971.74 |

***The original of this document must be filed with the United States Bankruptcy Court and a copy must be sent to the United States Trustee***

Post Petition:

| | | CIRCLE ONE | |
|---|---|---|---|
| Are all accounts receivable being collected within terms? | | (Yes) | No |
| Are all post-petition liabilities, including taxes, being paid v | | (Yes) | No |
| Have any pre-petition liabilities been paid? | | Yes | (No) |
| If so, describe | | | |
| Are all funds received being deposited into DIP bank acco | | (Yes) | No |
| Were any assets disposed of outside the normal course of | | Yes | (No) |
| If so, describe | | | |
| Are all U.S. Trustee Quarterly Fee Payments current? | | (Yes) | No |
| What is the status of your Plan of Reorganization?To be filed within exclusivity period | | | |

| REQUIRED INSURANCE MAINTAINED | | EXP. DATE |
|---|---|---|
| AS OF SIGNATURE DATE | | |
| CASUALTY | YES (X) NO ( ) | 9/1/2004 |
| LIABILITY | YES (X) NO ( ) | 9/1/2004 |
| VEHICLE | YES ( ) NO ( ) | |
| WORKER'S COMP | YES (X) NO ( ) | |
| LIQUOR | YES( ) NO ( ) | |
| FLOOD | YES( ) NO ( ) | |

I certify under penalty of perjury that the following complete Monthly Operating Report (MOR), consisting of MOR-1 through MOR-9 plus attachments, is true and correct.

SIGNED X /s/ Ralph McElvenny, Jr. TITLE: President
Original Signed by Ralph McElvenny, Jr.

DATE: 3/8/2004

ATTORNEY NAME: Peter Johnson
FIRM NAME: Law Offices of Peter Johnson
ADDRESS: 11 Greenway Plaza
Suite 2820
CITY, STATE, ZIP: Houston, TX 77046
TELEPHONE/FAX: 713-552-0025   713-552-1433

MOR-1

CASE NAME: Golden Oil Company
CASE NUMBER: 03-36974-H2-11

## COMPARATIVE BALANCE SHEETS

| ASSETS | FILING DATE* 5/12/2003 | MONTH 31-May-03 | MONTH 30-Jun-03 | MONTH 31-Jul-03 | MONTH 31-Aug-03 | MONTH 30-Sep-03 | MONTH 31-Oct-03 | MONTH 30-Nov-03 | MONTH 31-Dec-03 | MONTH 31-Jan-04 |
|---|---|---|---|---|---|---|---|---|---|---|
| **CURRENT ASSETS** | | | | | | | | | | |
| Cash | 1,293.45 | 1,457.29 | 602.96 | 3,037.11 | 7,862.62 | 514.72 | 592.89 | 574.73 | 142.22 | 1,239.21 |
| Accounts Receivable-Pre-petition | 799,407.19 | 799,407.19 | 799,407.19 | 799,407.19 | 799,407.19 | 799,407.19 | 799,407.19 | 799,407.19 | 799,407.19 | 799,407.19 |
| Accounts Receivable-Golden Oil Holding Corp. | | | 2,681.09 | 19,307.54 | 37,643.57 | 60,944.81 | 91,052.36 | 118,115.69 | 133,440.89 | 168,498.25 |
| Inventory: Lower of Cost or Market* | 25,642.90 | 25,642.90 | 25,642.90 | 25,642.90 | 25,642.90 | 28,220.00 | 28,220.00 | 28,220.00 | 28,220.00 | 28,220.00 |
| Prepaid Expenses (Legal Retainer Fees) | 40,000.00 | 37,000.00 | 34,000.00 | 31,000.00 | 28,000.00 | 25,000.00 | 22,000.00 | 19,000.00 | 16,000.00 | 13,000.00 |
| Investments | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| Other-Interest Receivable | 0.00 | 0.00 | 0.00 | 8,446.09 | 16,892.18 | 25,065.81 | 33,511.90 | 41,685.53 | 50,131.62 | 58,577.71 |
| **TOTAL CURRENT ASSETS** | 866,343.54 | 863,507.38 | 862,334.14 | 886,840.83 | 915,448.46 | 939,152.53 | 974,784.34 | 1,007,003.14 | 1,027,341.92 | 1,068,942.36 |
| PROPERTY, PLANT & EQUIP. @ COST | 2,228,239.00 | 2,228,239.00 | 2,228,239.00 | 2,228,239.00 | 2,228,239.00 | 2,229,982.00 | 2,229,982.00 | 2,229,982.00 | 2,229,982.00 | 2,229,982.00 |
| Less Accumulated Depreciation | 2,117,640.42 | 2,118,440.42 | 2,119,240.42 | 2,120,040.42 | 2,120,840.42 | 2,121,640.42 | 2,122,440.42 | 2,123,240.42 | 2,124,040.42 | 2,124,840.42 |
| NET BOOK VALUE OF PP & E | 110,598.58 | 109,798.58 | 108,998.58 | 108,198.58 | 107,398.58 | 108,341.58 | 107,541.58 | 106,741.58 | 105,941.58 | 105,141.58 |
| **OTHER ASSETS** | | | | | | | | | | |
| 1. Contingent Litigation Claim-NGFC | 150,000.00 | 150,000.00 | 150,000.00 | 150,000.00 | 150,000.00 | 150,000.00 | 150,000.00 | 150,000.00 | 150,000.00 | 150,000.00 |
| 2. NOL Carryforward | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| Investment in Subsidiaries | 531,490.00 | 531,490.00 | 531,490.00 | 531,490.00 | 531,490.00 | 531,490.00 | 531,490.00 | 531,490.00 | 531,490.00 | 531,490.00 |
| **TOTAL ASSETS** | $1,658,432.12 | $1,654,795.96 | $1,652,822.72 | $1,676,529.41 | $1,704,337.04 | $1,728,984.11 | $1,763,815.92 | $1,795,234.72 | $1,814,773.50 | $1,855,573.94 |

* Per Schedules and Statement of Affairs

MOR-2

Revised 07/01/98   Revised 07/01/98   Revised 07/01/98

CASE NAME: Golden Oil Company
CASE NUMBER: 03-36974-H2-11

## COMPARATIVE BALANCE SHEETS

| LIABILITIES & OWNER'S EQUITY | FILING DATE* 12-May-03 | MONTH 31-May-03 | MONTH 30-Jun-03 | MONTH 31-Jul-03 | MONTH 31-Aug-03 | MONTH 30-Sep-03 | MONTH 31-Oct-03 | MONTH 30-Nov-03 | MONTH 31-Dec-03 | MONTH 31-Jan-04 |
|---|---|---|---|---|---|---|---|---|---|---|
| **LIABILITIES** | | | | | | | | | | |
| POST-PETITION LIABILITIES(MOR-4): Trade | | 0.00 | 0.00 | 0.00 | 72.50 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| POST-PETITION LIABILITIES(MOR-4): Shareholder (Secured Party)* (1) | | 15,259.93 | 24,952.71 | 37,703.32 | 57,541.38 | 70,165.30 | 88,003.36 | 105,927.28 | 123,765.34 | 163,265.34 |
| POST-PETITION LIABILITIES(MOR-4): Other (2) | | 7,500.00 | 19,750.00 | 19,500.00 | 19,500.00 | 19,500.00 | 19,500.00 | 19,500.00 | 19,500.00 | 19,500.00 |
| **PRE-PETITION LIABILITIES (See Note 2)** | | | | | | | | | | |
| Notes Payable - Secured Party (Officer & Shareholder) (1) | 933,895.77 | 933,895.77 | 933,895.77 | 933,895.77 | 933,895.77 | 933,895.77 | 933,895.77 | 933,895.77 | 933,895.77 | 933,895.77 |
| Priority Debt (Wage Claims) | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| Priority Debt (Pers Prop Tax) | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| Priority Claim-State of NM Taxes | 251,970.00 | 251,970.00 | 251,970.00 | 251,970.00 | 251,970.00 | 251,970.00 | 251,970.00 | 251,970.00 | 251,970.00 | 251,970.00 |
| FICA Withholding (incl. SUTA/FUTA) | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| Unsecured Debt (Including Disputed) | 1,005,170.00 | 1,005,170.00 | 1,005,170.00 | 1,005,170.00 | 1,005,170.00 | 1,005,170.00 | 1,005,170.00 | 1,005,170.00 | 1,005,170.00 | 1,005,170.00 |
| Shareholder Payable | | | | | | | | | | |
| Other Debt | | | | | | | | | | |
| Provision for Plug & Abandonment | 1,919,027.77 | 1,919,027.77 | 1,919,027.77 | 1,919,027.77 | 1,919,027.77 | 1,919,027.77 | 1,919,027.77 | 1,919,027.77 | 1,919,027.77 | 1,919,027.77 |
| | 4,110,063.54 | 4,110,063.54 | 4,110,063.54 | 4,110,063.54 | 4,110,063.54 | 4,110,063.54 | 4,110,063.54 | 4,110,063.54 | 4,110,063.54 | 4,110,063.54 |
| **TOTAL PRE-PETITION LIABILITIES** | 4,110,063.54 | 4,132,823.47 | 4,154,766.25 | 4,147,766.86 | 4,167,677.42 | 4,180,228.84 | 4,198,066.90 | 4,215,990.82 | 4,233,828.88 | 4,273,328.88 |
| **OWNER'S EQUITY (DEFICIT)** | | | | | | | | | | |
| PREFERRED STOCK | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| COMMON STOCK (includes Class B Common Stock at Par) | 16,466.00 | 16,466.00 | 16,466.00 | 16,466.00 | 16,466.00 | 16,466.00 | 16,466.00 | 16,466.00 | 16,466.00 | 16,466.00 |
| ADDITIONAL PAID-IN CAPITAL | 13,907,478.00 | 13,907,478.00 | 13,907,478.00 | 13,907,478.00 | 13,907,478.00 | 13,907,478.00 | 13,907,478.00 | 13,907,478.00 | 13,907,478.00 | 13,907,478.00 |
| RETAINED EARNINGS: Filing Date | -16,375,575.42 | -16,401,971.51 | -16,425,887.53 | -16,395,181.45 | -16,387,284.38 | -16,375,188.73 | -16,358,194.98 | -16,344,700.10 | -16,342,999.38 | -16,341,698.94 |
| | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| **TOTAL OWNER'S EQUITY (NET WORTH)** | -2,451,631.42 | -2,478,027.51 | -2,501,943.53 | -2,471,237.45 | -2,463,340.38 | -2,451,244.73 | -2,434,250.98 | -2,420,756.10 | -2,419,055.38 | -2,417,754.94 |
| **TOTAL LIABILITIES & OWNERS EQUITY** | $1,658,432.12 | $1,654,795.96 | $1,652,822.72 | $1,676,529.41 | $1,704,337.04 | $1,728,984.11 | $1,763,815.92 | $1,795,234.72 | $1,814,773.50 | $1,855,573.94 |

* Per Schedules and Statement of Affairs

MOR-3                                                                                          Revised 07/01/98

*(1) Post-Petition and Pre-Petition Liabilities (Notes Payable) to Secured Party (Shareholder) are Joint & Several with subsidiary corporations.

(2) Represent accrued legal fees

(3) Additional liabilities have been asserted prior to deadline for claims to be made.

CASE NAME: Golden Oil Company
CASE NUMBER: 03-36974-H2-11

## SCHEDULE OF POST-PETITION LIABILITIES

| | MONTH<br>May-03 | MONTH<br>Jun-03 | MONTH<br>Jul-03 | MONTH<br>Aug-03 | MONTH<br>Sep-03 | MONTH<br>Oct-03 | MONTH<br>Nov-03 | MONTH<br>Dec-03 | MONTH<br>Jan-04 |
|---|---|---|---|---|---|---|---|---|---|
| *TRADE ACCOUNTS PAYABLE* | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| TAX PAYABLE | | | | | | | | | |
| Federal Payroll Taxes (FICA, Medicare, FIT, FUTA) | 0.00 | 0.00 | 0.00 | 72.50 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| State Payroll & Sales Taxes | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| Ad Valorem Taxes | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| Other Taxes (Liquor Taxes) | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| TOTAL TAXES PAYABLE | 0.00 | 0.00 | 0.00 | 72.50 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| SECURED DEBT POST-PETITION | 15,259.93 | 24,952.71 | 37,703.32 | 57,541.58 | 70,165.30 | 83,003.36 | 100,927.28 | 113,765.34 | 133,765.34 |
| ACCRUED INTEREST PAYABLE | | | | | | | | | |
| ACCRUED PROFESSIONAL FEES* | 7,500.00 | 19,750.00 | 19,500.00 | 19,500.00 | 19,500.00 | 19,500.00 | 19,500.00 | 19,500.00 | 19,500.00 |
| OTHER ACCRUED LIABILITIES | | | | | | 5,000.00 | 5,000.00 | 10,000.00 | 10,000.00 |
| 1 Accrued Salaries | | | | | | | | | |
| 2. | | | | | | | | | |
| 3. | 0.00 | | | | | | | | |
| **TOTAL POST-PETITION LIABILITIES (MOR-3)** | $22,759.93 | $44,702.71 | $57,203.32 | $77,186.58 | $89,665.30 | $107,503.36 | $125,427.28 | $143,265.34 | $163,265.34 |

*Payment requires Court Approval

MOR-4

Revised 07/01/98

CASE NAME: **Golden Oil Company**
CASE NUMBER: **03-36974-H2-11**

## AGING OF POST-PETITION LIABILITIES
MONTH ___Jan-04___

| DAYS | TOTAL | TRADE ACCOUNTS | CREDIT CARD DEBT | SALES & LIQUOR TAXES | AD VALOREM, OTHER TAXES | PAYROLL | PAYROLL | PAYROLL |
|---|---|---|---|---|---|---|---|---|
| 0-30 | | | | | | | | |
| 31-60 | | | | | | | | |
| 61-90 | | | | | | | | |
| 91+ | | | | | | | | |
| TOTAL | | | | | | | | |

## AGING OF ACCOUNTS RECEIVABLE

| MONTH | May-03 | June-03 | July-03 | August-03 | September-03 | October-03 | November-03 | December-03 | January-04 |
|---|---|---|---|---|---|---|---|---|---|
| 0-30 DAYS | 0.00 | 2,681.09 | 16,626.45 | 28,336.03 | 55,516.74 | 67,087.35 | 51,593.55 | 46,780.20 | 35,057.36 |
| 31-60 DAYS | 0.00 | 0.00 | 2,681.09 | 9,307.54 | 5,428.07 | 23,965.01 | 66,522.14 | 51,593.55 | 46,780.20 |
| 61-90 DAYS | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 35,067.14 | 86,660.69 |
| 91+ DAYS | 799,407.19 | 799,407.19 | 799,407.19 | 799,407.19 | 799,407.19 | 799,407.19 | 799,407.19 | 799,407.19 | 799,407.19 |
| TOTAL | $799,407.19 | $802,088.28 | $818,714.73 | $837,050.76 | $860,352.00 | $890,459.55 | $917,522.88 | $932,848.08 | $967,905.44 |

MOR-5

*Revised 07/01/98*

CASE NAME: **Golden Oil Company**
CASE NUMBER: **03-36974-H2-11**

## STATEMENT OF INCOME (LOSS)

| | MONTH May-03 | MONTH Jun-03 | MONTH Jul-03 | MONTH Aug-03 | MONTH Sep-03 | MONTH Oct-03 | MONTH Nov-03 | MONTH Dec-03 | MONTH Jan-04 | FILING TO DATE |
|---|---|---|---|---|---|---|---|---|---|---|
| REVENUES (MOR-1) | 18,284.17 | 30,861.54 | 35,878.75 | 59,386.03 | 55,516.74 | 67,087.35 | 51,593.55 | 46,780.20 | 100,850.00 | 318,608.13 |
| TOTAL COST OF REVENUES | 0.00 | 0.00 | 0.00 | 0.00 | 4,320.00 | 0.00 | 0.00 | 0.00 | 15,855.00 | 4,320.00 |
| GROSS PROFIT | 18,284.17 | 30,861.54 | 35,878.75 | 59,386.03 | 59,836.74 | 67,087.35 | 51,593.55 | 46,780.20 | 84,995.00 | 314,288.13 |
| OPERATING EXPENSES: | | | | | | | | | | |
| Selling & Marketing | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| General & Administrative | 17,934.42 | 1,407.81 | 1,233.89 | 7,246.99 | 7,775.40 | 11,293.58 | 6,018.00 | 432.51 | 34,043.59 | 52,910.09 |
| Insiders Compensation | 11,666.66 | 5,000.00 | 5,000.00 | 5,000.00 | 5,000.00 | 5,000.00 | 5,000.00 | 5,000.00 | 5,000.00 | 41,666.66 |
| Professional Fees | 10,500.00 | 15,000.00 | 3,000.00 | 3,000.00 | 10,500.00 | 8,305.75 | 3,000.00 | 3,000.00 | 3,000.00 | 53,305.75 |
| Other--Lease Operating Expenses | 0.00 | 19,980.45 | 19,399.14 | 31,050.00 | 19,415.50 | 19,552.30 | 19,030.22 | 31,455.00 | 35,959.00 | 128,427.61 |
| US Trustee Fees | 0.00 | 250.00 | 0.00 | 0.00 | 0.00 | 750.00 | 0.00 | 0.00 | 500.00 | 1,000.00 |
| TOTAL OPERATING EXPENSES | 40,101.08 | 41,638.26 | 28,633.03 | 46,296.99 | 42,690.90 | 44,901.63 | 33,048.22 | 39,887.51 | 78,502.59 | 277,310.11 |
| INCOME BEFORE INT. DEPR/TAX (MOR-1) | -21,816.91 | -10,776.72 | 7,245.72 | 13,089.04 | 17,145.84 | 22,185.72 | 18,545.33 | 6,892.69 | 6,492.41 | 36,978.02 |
| INTEREST EXPENSE (To Secured Party) | 7,059.93 | 12,339.30 | 12,750.61 | 12,838.06 | 12,423.92 | 12,838.06 | 12,423.92 | 12,838.06 | 12,838.06 | 82,673.80 |
| DEPRECIATION | 0.00 | 800.00 | 800.00 | 800.00 | 800.00 | 800.00 | 800.00 | 800.00 | 800.00 | 4,800.00 |
| OTHER (INCOME) EXPENSE* | 0.00 | 0.00 | -8,446.09 | -8,446.09 | -8,173.63 | -8,446.09 | -8,173.63 | -8,446.09 | -8,446.09 | -41,685.53 |
| OTHER ITEMS** | | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| TOTAL INT, DEPR & OTHER ITEMS | 7,059.93 | 13,139.30 | 5,104.52 | 5,191.97 | 5,050.29 | 5,191.97 | 5,050.29 | 5,191.97 | 5,191.97 | 45,788.27 |
| NET INCOME BEFORE TAXES | -28,876.84 | -23,916.02 | 2,141.20 | 7,897.07 | 12,095.55 | 16,993.75 | 13,495.04 | 1,700.72 | 1,300.44 | -8,810.25 |
| FEDERAL INCOME TAXES | ($28,876.84) | ($23,916.02) | $2,141.20 | $7,897.07 | $12,095.55 | $16,993.75 | $13,495.04 | $1,700.72 | $1,300.44 | ($8,810.25) |
| NET INCOME (LOSS) (MOR-1) | | | | | | | | | | |

*Accrual Accounting Required, Otherwise Footnote with Explanation.*
* *Footnote Mandatory.*
** *Unusual and/or infrequent item(s) outside the ordinary course of business requires footnote.*

**MOR-6**

*Revised 07/01/98*

(1) Revenues reflect working interest ownership in New Mexico leases operated by Golden Oil Holding Corporation.
(2) Costs reflect pro rata share of monthly joint interest billing for lease operations, including a non-cash charge for plug and abandonment.
(3) Insider compensation reflects allocation of President's salary.
(4) Professional fees include accrual for retainer of law firms Shannon, Martin, Finkelstein & Sayre, Houston, TX and Dubois, Cooksey & Bischoff, Albuquerque, NM.
(5) Loss reflects material unusual legal and administrative expenses incurred in connection with restructuring.
(6) Other Income is interest charged at a rate of 15% per annum on outstanding past due pre-petition Joint interest Billing receivables, as provided for in the operating agreements.

Case Name: Golden Oil Company
Case Number: 03-36974-H2-11

Attachment to MOR-7 Cash Receipts & Disbursements

| | May-03 | June-03 | Jul-03 | Aug-03 | Sep-03 | Oct-03 | Nov-03 | Dec-03 | Jan-04 |
|---|---|---|---|---|---|---|---|---|---|
| **Line 4, Loans & Advances** | | | | | | | | | |
| Transfer from Subsidiary to Golden Oil Company | $8,200.00 | $8,700.00 | $2,500.00 | $7,000.00 | $200.00 | | | | |
| Loan from Ralph T. McElvenny, Jr. | | | | | | | $5,500.00 | | 20,000.00 |
| **Line 6, Other Cash Receipts** | | | | | | | | | |
| Reconciliation-DIP Account | $4,087.44 | | | | | 4,927.50 | | | |
| **Line 18, Disbursements** | | | | | | | | | |
| Common Paymaster: Amount reflects payroll allocated to other entities. | | $11,249.86 | | | | | | | |

CASE NAME: **Golden Oil Company**
CASE NUMBER: 03-36974-H2-11

| CASH RECEIPTS AND DISBURSEMENTS | MONTH May-03 | MONTH Jun-03 | MONTH Jul-03 | MONTH Aug-03 | MONTH Sep-03 | MONTH Oct-03 | MONTH Nov-03 | MONTH Dec-03 | MONTH Jan-04 | FILING TO DATE |
|---|---|---|---|---|---|---|---|---|---|---|
| 1. CASH-BEGINNING OF MONTH | $1,293.45 | $1,457.29 | $602.96 | $3,037.11 | $7,862.62 | $514.72 | $592.89 | $574.73 | $142.22 | $1,293.45 |
| RECEIPTS: | | | | | | | | | | |
| 2. CASH SALES | 14,074.01 | 0.00 | 7,002.44 | 0.00 | 0.00 | 0.00 | | | 55,350.00 | 76,426.45 |
| 3. COLLECTION OF ACCOUNTS RECEIVABLE | 3,280.75 | 8,200.00 | | 10,000.00 | 12,800.00 | 12,500.00 | 5,500.00 | | 39,718.73 | 91,999.48 |
| 4. LOANS & ADVANCES (attach list) | 8,200.00 | 8,700.00 | 2,500.00 | 7,000.00 | 200.00 | | 5,500.00 | | 20,000.00 | 52,100.00 |
| 5. SALE OF ASSETS | | | | | | | | | | 0.00 |
| 6. OTHER (attach list) | 4,087.44 | 0.00 | | | | 4,927.50 | | | | 9,014.94 |
| TOTAL RECEIPTS** | 29,642.20 | 16,900.00 | 9,502.44 | 17,000.00 | 13,000.00 | 17,427.50 | 11,000.00 | 0.00 | 115,068.73 | 114,472.14 |
| (Withdrawal/Contribution by Individual Debtor MFR-2 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | | | | 0.00 |
| DISBURSEMENTS: | | | | | | | | | | 0.00 |
| 7. NET PAYROLL | 21,298.47 | 4,927.50 | 4,927.50 | 4,927.50 | 4,927.50 | 0.00 | 4,927.50 | | 21,377.94 | 67,313.91 |
| 8. PAYROLL TAXES PAID | 6,990.60 | 524.36 | 1,875.45 | 108.41 | 472.02 | 0.00 | 530.66 | | 9,796.88 | 20,298.38 |
| 9. SALES, USE & OTHER TAXES PAID | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 29,808.00 | | 29,808.00 | 29,808.00 |
| 10. SECURED RENTAL-LEASES | 0.00 | 0.00 | 0.00 | 7,138.58 | 7,138.58 | 7,138.58 | 3,150.00 | | 3,500.00 | 28,065.74 |
| 11. UTILITIES & TELEPHONE | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | | | 1,102.03 | 1,102.03 |
| 12. INSURANCE | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | | | 5,560.12 | 5,560.12 |
| 13. INVENTORY PURCHASES | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | | | | 0.00 |
| 14. VEHICLE EXPENSES | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | | | 467.89 | 0.00 |
| 15. TRAVEL & ENTERTAINMENT | 364.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | | | 1,641.19 | 364.00 |
| 16. REPAIRS, MAINTENANCE & SUPPLIES | 825.29 | 1,052.61 | 15.34 | 0.00 | 309.80 | 4,155.00 | 2,410.00 | 432.51 | 12,717.69 | 9,200.55 |
| 17. ADMINISTRATIVE & SELLING | | 11,249.86 | 0.00 | 0.00 | 0.00 | 0.00 | | | 27,500.00 | 11,249.86 |
| 18. OTHER (attach list) | | | | | | | | | | |
| TOTAL DISBURSEMENTS FROM OPERATIONS | 29,478.36 | 17,754.33 | 6,818.29 | 12,174.49 | 12,847.90 | 11,293.58 | 11,018.16 | 432.51 | 113,471.74 | 101,385.11 |
| 19. PROFESSIONAL FEES | 0.00 | 0.00 | 0.00 | 0.00 | 7,500.00 | 5,305.75 | | | | 12,805.75 |
| 20. U.S. TRUSTEE FEES | 0.00 | 0.00 | 250.00 | 0.00 | 0.00 | 750.00 | | | 500.00 | 1,000.00 |
| 21. OTHER REORGANIZATION EXPENSES (attach list) | | | | | | | | | | 0.00 |
| TOTAL DISBURSEMENTS** | 29,478.36 | 17,754.33 | 7,068.29 | 12,174.49 | 20,347.90 | 17,349.33 | 11,018.16 | 432.51 | 113,971.74 | 115,190.86 |
| 22. NET CASH FLOW | 163.84 | -854.33 | 2,434.15 | 4,825.51 | -7,347.90 | 78.17 | -18.16 | -432.51 | 1,096.99 | -718.72 |
| 23. CASH - END OF MONTH (MOR-2) | $1,457.29 | $602.96 | $3,037.11 | $7,862.62 | $514.72 | $592.89 | $574.73 | $142.22 | $1,239.21 | $574.73 |

\* Applies to Individual debtors only
\*\*Numbers for the current month should balance (match)
RECEIPTS and CHECKS/OTHER DISBURSEMENTS lines on MOR-8

MOR-7

Revised 07/01/98

CASE NAME: **Golden Oil Company**
CASE NUMBER: **03-36974-H2-11**

## CASH ACCOUNT RECONCILIATION
### MONTH OF Jan-04

| BANK NAME | | Compass Bank | Wells Fargo Bank | Wells Fargo Bank | |
|---|---|---|---|---|---|
| ACCOUNT NUMBER | | 12579111 | 7158628441 | 7158627922 | |
| ACCOUNT TYPE | | OPERATING | NEW DIP OPER | NEW DIP TAX ACCT | TOTAL |
| BANK BALANCE | | - | 6,953.88 | 195.11 | 7,148.99 |
| DEPOSITS IN TRANSIT | | - | - | - | - |
| OUTSTANDING CHECKS | | - | - | - | - |
| ADJUSTED BANK BALANCE | | - | 6,953.88 | 195.11 | 7,148.99 |
| BEGINNING CASH - PER BOOKS | | - | 110.23 | 31.99 | 142.22 |
| RECEIPTS* (Note 1) | | - | 105,068.73 | 10,000.00 | 115,068.73 |
| TRANSFERS BETWEEN ACCOUNTS | | - | - | - | - |
| (WITHDRAWAL) OR INDIVIDUAL | | - | - | - | - |
| CHECKS/OTHER DISBURSEMENTS* | | - | 104,134.86 | 9,836.88 | 113,971.74 |
| ENDING CASH - PER BOOKS | | 0.00 | 1,044.10 | 195.11 | 1,239.21 |

**MOR-8**

*Numbers should balance (match) TOTAL RECEIPTS and
TOTAL DISBURSEMENTS lines on MOR-7

Revised 07/01/98

CASE NAME: **Golden Oil Company**
CASE NUMBER: **03-36974-H2-11**

## PAYMENTS TO INSIDERS AND PROFESSIONALS

Of the total disbursements shown for the month, list the amount paid to insiders (as defined in Section 101(31)(A)-(F) of the U.S. Bankruptcy Code) and the professionals. Also, for insiders, identify the type of compensation paid (e.g., salary, commission, bonus, etc.) (Attach additional pages as necessary).

| INSIDERS: NAME/COMP TYPE | MONTH May-03 | MONTH Jun-03 | MONTH Jul-03 | MONTH Aug-03 | MONTH Sep-03 | MONTH Oct-03 | MONTH Nov-03 | MONTH Dec-03 | MONTH Jan-04 |
|---|---|---|---|---|---|---|---|---|---|
| 1. Ralph McElvenny, Jr./Salary | 11,666.66 | 5,000.00 | 5,000.00 | 5,000.00 | 5,000.00 | 0.00 | 5,000.00 | 0.00 | 5,000.00 |
| 2. | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| 3. | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| 4. | | | | | | | | | |
| 5. | | | | | | | | | |
| 6. | | | | | | | | | |
| TOTAL INSIDERS (MOR-1) | $11,666.66 | $5,000.00 | $5,000.00 | $5,000.00 | $5,000.00 | $0.00 | $5,000.00 | $0.00 | $5,000.00 |

| PROFESSIONALS | MONTH May-03 | MONTH Jun-03 | MONTH Jul-03 | MONTH Aug-03 | MONTH Sep-03 | MONTH Oct-03 | MONTH Nov-03 | MONTH Dec-03 | MONTH Jan-04 |
|---|---|---|---|---|---|---|---|---|---|
| 1. Law Offices of Peter Johnson | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| 2. Shannon, Martin, Finkelstein & Sayre | 0.00 | 0.00 | 0.00 | 0.00 | 7,500.00 | 5,305.75 | 0.00 | 0.00 | 0.00 |
| 3 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| 4 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| 5. | | | | | | | | | |
| 6. | | | | | | | | | |
| TOTAL PROFESSIONALS (MOR-1) | $0.00 | $0.00 | $0.00 | $0.00 | $7,500.00 | $5,305.75 | $0.00 | $0.00 | $0.00 |

MOR-9

*Revised 07/01/98   Revised 07/01/98   Revised 07/01/98*