Exhibit 5.1 --- Executory Contracts

**Limited Partrnerships**
Chace Ltd I
Chace Ltd III
Chace Ltd IV
Chace Ltd V
Chace Ltd VI
Chace Ltd VII
Chace Ltd VIII
Chace Ltd IX
Chace Ltd XI
Chace Ltd XII
Chace Ltd XIV
Chace Ltd XV
Chace Ltd XVI
Chace Ltd XVII
Chace Ltd XVIII
Chace Ltd XIX
Chace Ltd XX
Chace Ltd XXI
Chace Ltd XXII
Chace Ltd XXIV
Chace Ltd XXV

**Joint Venture Agreements**
Chace Brown JV
Chace Development JV
Chace Investors JV
Chace Utex JV
47-15 Joint Venture
47-18 Joint Venture
47-19 Joint Venture

**Operating Agreements with the Following**
Boyle Irrevocable Trust
Brown Development Company
Chace Oil Company
George Demas, George
Willliam Denison
Daniel Englehardt
Estate of Royce McCary
Ray Eyestone
Faye Gardner
H.F., Jr. and E.K. McKay Trust
Pauline Hyder
J. Johnson Rev Trust
Brian H. and Mary T. Jarchow
William Kaiser
George Lotspeich
John J. Mark
Thomas Muchmore

J. L. Nichols
Nortex Corp.
Marcel Schiess
Scythian, Ltd.
Scythian, Ltd. CIJV
R. D. Simmons
Dr. Albert G. Simms II
Taurus Exploration (now Energen)
Jerome Truskowski
F. R. Zemke

**Operating Agreements in All Wells Operated by Golden Oil**