**Golden Oil Company and Golden Holding Company**
**Unaudited Combined Proforma Balance Sheet**

| As of | 6/30/2004 | 12/31/04 | 12/31/05 | 12/31/06 | 12/31/07 | 12/31/08 | 12/31/09 |
|---|---|---|---|---|---|---|---|
| **Current Assets:** | | | | | | | |
| Cash | $ 20.000 | $ 16,416 | $ 107,689 | $ 159,829 | $ 144.918 | $ 84.812 | $ (2.173) |
| Accounts receivable | 326.54 | 326.536 | 326.536 | 326.536 | 326.536 | 326.536 | 326.536 |
| Accounts receivable - Int. rec. | 100.00 | 100.000 | 100.000 | 100.000 | 100.000 | 100.000 | 100.000 |
| Inventory | 27.55 | 27.550 | 27.550 | 27.550 | 27.550 | 27.550 | 27.550 |
| Other current assets | 150.000 | 150.000 | 150.000 | 150.000 | 150.000 | 150.000 | 150.000 |
| Total Current Assets | 624.086 | 620.502 | 711.775 | 763.915 | 749.004 | 688.898 | 601.913 |
| | | | | | | | |
| **Property, Plant and Equipment:** | | | | | | | |
| Oil and gas properties | 2,235.00 | 2,235.000 | 2,235.000 | 2,235.000 | 2,235.000 | 2,235.000 | 2,235.000 |
| Other | - | | | | | | |
| Accumulated DD&A | (2,138.24) | (2,145.740) | (2,160.740) | (2,175.740) | (2,190.740) | (2,205.740) | (2,220.740) |
| | 96.760 | 89.260 | 74.260 | 59.260 | 44.260 | 29.260 | 14.260 |
| | | | | | | | |
| Investment in Golden Resources | 531.49 | 531.490 | 531.490 | 531.490 | 531.490 | 531.490 | 531.490 |
| | | | | | | | |
| **Total Assets** | $ 1,252.336 | $ 1,241.252 | $ 1,317.525 | $ 1,354.665 | $ 1,324.754 | $ 1,249.648 | $ 1,147.663 |
| | | | | | | | |
| **Current Liabilities:** | | | | | | | |
| Accounts payable | $ 30.000 | $ 30.000 | $ 30.000 | $ 30.000 | $ 30.000 | $ 30.000 | $ 30.000 |
| Accrued liabilities | 100.000 | - | - | - | - | - | - |
| Current portion long term debt | 121.239 | 208.034 | 173.589 | 173.589 | 173.589 | 173.589 | 86.794 |
| Accrued interest | 99.586 | 152.111 | 204.636 | 257.161 | 309.685 | 362.210 | 414.735 |
| Total Current Liabilities | 350.825 | 390,145 | 408.225 | 460.749 | 513.274 | 565.799 | 531.530 |
| | | | | | | | |
| Long Term Debt | 1,887.541 | 1,679.507 | 1,505.918 | 1,332.329 | 1,158.740 | 985.151 | 898.356 |
| | | | | | | | |
| Deferred P&A costs | 1,350.000 | 1,275.000 | 1,150.000 | 1,025.000 | 875.000 | 725.000 | 575.000 |
| | | | | | | | |
| **Stockholder's Equity:** | | | | | | | |
| Common stock | 441.466 | 441.466 | 441.466 | 441.466 | 441.466 | 441.466 | 441.466 |
| Additional paid in capital | 13,907.478 | 13,907.478 | 13,907.478 | 13,907.478 | 13,907.478 | 13,907.478 | 13,907.478 |
| Retained earnings (deficit) | (16,684.974) | (16,452.343) | (16,095.561) | (15,812.357) | (15,571.204) | (15,375.246) | (15,206.167) |
| Total Stockholder's Equity | (2,336.030) | (2,103.399) | (1,746.617) | (1,463.413) | (1,222.260) | (1,026.302) | (857.223) |
| | | | | | | | |
| **Total Liabilities and Stockholder's Equity** | $ 1,252.336 | $ 1,241.252 | $ 1,317.525 | $ 1,354.665 | $ 1,324.754 | $ 1,249.648 | $ 1,147.663 |

GOC Pro forma 6-30-04, Proforma stmts, 4/22/2004



EXHIBIT 9.1

**Golden Oil Company and Golden Holding Company**
**Unaudited Combined Proforma Income Statement excluding Debt and Plan Distributions**

| For the periods ended | Six Months 12/31/04 | Year 12/31/05 | Year 12/31/06 | Year 12/31/07 | Year 12/31/08 | Year 12/31/09 |
|---|---|---|---|---|---|---|
| **Revenues:** | | | | | | |
| Oil and gas revenues | $ 245.564 | $ 412.104 | $ 359.711 | $ 319.410 | $ 288.031 | $ 250.088 |
| Operating revenues | 305.900 | 611.800 | 600.880 | 600.880 | 589.960 | 589.960 |
| Dividend - Golden Resources | 113.394 | 170.224 | 128.523 | 100.957 | 75.360 | 52.829 |
| | 664.859 | 1194.128 | 1089.114 | 1021.247 | 953.351 | 892.878 |
| **Expenses:** | | | | | | |
| Production taxes | 48.337 | 81.119 | 70.806 | 62.873 | 56.696 | 49.228 |
| Direct operating expenses | 131.821 | 261.966 | 252.291 | 244.823 | 238.715 | 223.005 |
| Other expenditures | 0.000 | 0.000 | 0.000 | 0.000 | 0.000 | 0.000 |
| Depreciation, depletion and amortization | 7.500 | 15.000 | 15.000 | 15.000 | 15.000 | 15.000 |
| General and administrative expenses | 186.125 | 372.250 | 372.250 | 372.250 | 372.250 | 372.250 |
| Interest expenses | 58.445 | 107.011 | 95.563 | 85.147 | 74.732 | 64.317 |
| | 432.228 | 837.346 | 805.910 | 780.094 | 757.393 | 723.799 |
| Net income (loss) before taxes | 232.631 | 356.782 | 283.204 | 241.153 | 195.958 | 169.079 |
| Taxes | | | | | | |
| Net income (loss) after taxes | $ 232.631 | $ 356.782 | $ 283.204 | $ 241.153 | $ 195.958 | $ 169.079 |

Golden Oil Company and Golden Holding Company
Unaudited Combined Proforma Cash Flow

| For the periods ended | Six Months 12/31/04 | Year 12/31/05 | Year 12/31/06 | Year 12/31/07 | Year 12/31/08 | Year 12/31/09 |
|---|---|---|---|---|---|---|
| Net income (loss) after taxes | $ 232,631 | $ 356,782 | $ 283,204 | $ 241,153 | $ 195,956 | $ 169,079 |
| Depreciation, depletion and amortization | 7,500 | 15,000 | 15,000 | 15,000 | 15,000 | 15,000 |
| Accrued interest | 52,525 | 52,525 | 52,525 | 52,525 | 52,525 | 52,525 |
| Debt repayments | (121,239) | (208,034) | (173,589) | (173,589) | (173,589) | (173,589) |
|  | (61,215) | (140,509) | (106,064) | (106,064) | (106,064) | (106,064) |
| Other: |  |  |  |  |  |  |
| Accrued P & A expenditures | (75,000) | (125,000) | (125,000) | (150,000) | (150,000) | (150,000) |
| Accrued professional fees | (100,000) |  |  |  |  |  |
|  | (175,00) | (125,00) | (125,00) | (150,00) | (150,00) | (150,00) |
| Net cash flow | $ (3,584) | $ 91,273 | $ 52,140 | $ (14,911) | $ (60,106) | $ (86,986) |

# GOLDEN OIL COMPANY

## Financial Analysis

**Projected Financial Statements**

The attached schedules set forth the Company's projected balance sheets and statements of projected operations as of and for the six year period ended December 31, 2009, hereinafter referred to as the "Financial Analysis". The Financial Analysis assumes confirmation of the Plan on December 31, 2003.

The Financial Analysis presents, to the best of Management's belief, the expected results of operations for the projected periods, utilizing the assumptions referred to below. Accordingly, the Financial Analysis reflects Management's judgment, based on current facts and circumstances, of the expected conditions and Management's anticipated course of action upon the Effective Date of the Plan. While Management believes the assumptions set forth below are reasonable, their validity may be affected by the occurrence of events and the existence of conditions not now contemplated and by other factors, many of which are beyond the control of Management. The Financial Analysis is, therefore, not intended to be a representation of the Company's actual future performance. Actual operating results during the projected periods may vary from the Financial Analysis and such variations may be material. The projections assume the Plan will be implemented in accordance with its terms, and present the anticipated effects of the consummation of the Plan and various other factors on the Company's consolidated financial condition and results of operations for 2004 through 2009.

The Company does not generally publish its business plans and strategies or make external projections of its anticipated financial position or results of operations. Accordingly, after the expected date of consummation of the Plan, the Company does not intend to update or otherwise revise the projections to reflect circumstances existing since their preparation or to reflect the occurrence of unanticipated events, even in the event that any or all of the underlying assumptions are shown to be in error. Furthermore, the Company does not intend to update or revise the projections to reflect changes in general economic or industry conditions.

The Financial Analysis has not been prepared with a view towards compliance with published guidelines of the Securities and Exchange Commission and the American Institute of Certified Public Accountants regarding projections or forecasts. Neither the Company's independent auditors, not any other independent accountants or financial advisors, have compiled, examined, or performed any procedures with respect to the projected consolidated financial information contained herein, nor have they expressed any opinion or any other form of assurance on such information or its achievability, and assume no responsibility for, and disclaim any association with, the projected consolidated financial information.

## Accounting Treatment

The restructuring assumes that the transaction will be consummated pursuant to a Plan. Since the Plan is assumed, the Company would implement the provisions of SOP 90-7, "Financial Reporting by Entities in Reorganization under the Bankruptcy Code". Pursuant to SOP 90-7, the Company assumes that the reorganization value of the Company on the effective date of the Plan will not exceed the amount of affected claims and expected post-petition liabilities but that existing shareholders will continue to own in excess of a majority of the outstanding stock. Under SOP 90-7, if the existing shareholders retain a majority of the outstanding shares after confirmation, fresh start accounting would not apply. As such, the Company presently assumes that fresh start accounting will not be implemented.

## Effective Date

The projections assume that the Plan will be confirmed in accordance with its terms and that all transactions contemplated will be consummated as of December 31, 2003. Any significant delay in the expected date of consummation could have an unfavorable impact on financial performance and could result in additional professional and other fees.

## New Capital Structure

In accordance with the Plan, the Company will issue 100 % of the shares of common stock to Ralph T. McElvenny, Jr. in exchange for conversion of $400,000 in existing debt to Mr. McElvenny. No warrants or stock options have been assumed exercised in the Financial Analysis.

**Significant Assumptions**

**Income Statement Assumptions**

### Pricing

The markets for oil and gas have historically been, and will continue to be, volatile. Prices for oil and gas may fluctuate in response to relatively minor changes in supply and demand, market uncertainty and a variety of factors beyond the control of Management. For purposes of the financial analysis, prices were obtained from an average of four middle market merger and acquisition-oriented exploration and development companies. Differential adjustments were made to give effect to grade, quantity and location variations.

The Company's revenues and cash flows are affected by changes in oil and gas prices. Oil and gas prices are subject to substantial seasonal, political and other fluctuations that Management is unable to control or accurately predict. The Company historically has entered into transactions to hedge a portion of its production against changes in oil and gas prices or interest rates. The Financial Analysis does not assume that the Company will hedge a significant portion of its oil and gas production or interest rates during the projected period.

### Production Volumes

The Company's reserve reports prepared by its independent engineers were used for oil and gas production volumes, operating costs and capital expenditures during the projected periods.

### General and Administrative Expense

The Financial Analysis assumes general and administrative expenses subsequent to the Effective Date are projected to be approximately $416,000 on an annual basis.

### Interest Expense

The projected interest expense has been estimated giving effect to the following:

- A rate of 6% inclusive of bank fees.

### Income Taxes

The Financial Analysis assumes that any current taxable income will be offset by the Company's net operating loss carryovers resulting in no income tax expense.