**Golden Oil Company**
**Best Interests Test**
**Estimated as of 6/30/04**
($000)

| | Chapter 7 | | | Plan | | |
|---|---|---|---|---|---|---|
| | Estimated Allowed Amount $ | Estimated Recovery $ | Estimated Recovery % | Estimated Allowed Amount $ | Estimated Recovery $ | Estimated Recovery % |
| **Post-Petition** | | | | | | |
| Chapter 7 Administrative Expenses | $ 249 | $ 249 | 100.0% | $ - | $ - | 100.0% |
| Administrative Claims of Chapter 11 | 511 | 511 | 100.0% | 511 | 511 | 100.0% |
| Priority Tax Claims | - | - | 100.0% | - | - | 100.0% |
| Other Priority Claims | - | - | 100.0% | - | - | 100.0% |
| DIP loans | 366 | 366 | 100.0% | 366 | 366 | 100.0% |
| | - | - | 100.0% | - | - | 100.0% |
| | - | - | 100.0% | - | - | 100.0% |
| **Pre-Petition** | | | | | | |
| Class 1 - Priority Claims | 252 | 191 | 75.8% | 252 | 252 | 100.0% |
| Class 2 - Secured Claims | 893 | - | 0.0% | 893 | 893 | 100.0% |
| Class 3 - Unsecured Claims | 2,965 | - | 0.0% | 2,965 | 2,946 | 99.4% |
| Class 4 - Equity Interests | - | - | 0.0% | - | - | 0.0% |
| | $ 4,987 | $ 1,317 | | $ 4,987 | $ 4,968 | |

Note: The above calculations are based on the independent reserve reports set forth in Exhibit 3.4.3.2, and, as applied to them, a set of standard mid-cap pricing assumptions use for the purchase and sale valuations for oil and gas properties. For further discussion concerning such methodology, see "significant assumptions" in Exhibit 9.1. The Debtor's management agrees with the total value of assets at liquidation, but disagrees with the specific value assesed to Oklahoma and New Mexico wells.

EXHIBIT 12.5

**Golden Oil Company**
**Liquidation Analysis - Unaudited**
**Estimated as of 6/30/04**
**($000)**

|  | Chapter 7 Liquidation |
|---|---:|
| **CURRENT ASSETS** |  |
| Cash | $ 20 |
| Accounts receivable | 619 |
| Prepaids/deposits | - |
| Total current assets | 639 |
|  |  |
| **PROPERTY AND EQUIPMENT** |  |
| Oil & gas properties | 270 |
| Mineral rights | - |
| Unproven properties | - |
| Office equipment | - |
| Accumulated depreciation, depletion and amortization | - |
| Investment in subsidiaries | 409 |
| Deferred bond costs | - |
| Prospects held for resale | - |
| Other | - |
|  |  |
| **ASSETS AVAILABLE FOR DISTRIBUTION** | $ 1,317 |

**Golden Oil Company**
**den Resources Liquidation Analysis - Unaudited**
**Estimated as of 6/30/04**
**($000)**

|  | Chapter 7 Liquidation |
|---|---:|
| **ASSETS** |  |
| Cash | $ - |
| Accounts receivable | - |
| Prepaids/deposits | - |
| Oil & gas properties | 415 |
| Mineral rights | - |
| Unproven properties | - |
| Office equipment | - |
| Accumulated depreciation, depletion and amortization | - |
| Investment in subsidiaries | - |
| Deferred bond costs | - |
| Prospects held for resale | - |
| Other | - |
| ASSETS AVAILABLE FOR DISTRIBUTION | 415 |
| **LIABILITIES** |  |
| Accounts payable | - |
|  | - |
|  | - |
| Liquidation fees | 6 |
|  | - |
|  | - |
|  | - |
|  | 6 |
| NET ASSETS AVAILABLE FOR DISTRIBUTION | $ 409 |

Note: The Debtor's management agrees with the total value of assets at liquidation, but disagrees with the specific value assesed to Oklahoma and New Mexico wells.