IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| In re: | § | |
| | § | |
| GOLDEN OIL COMPANY, | § | Case No. 03-36974-H2-11 |
| | § | Chapter 11 |
| Debtor. | § | |

## ORDER APPROVING DISCLOSURE STATEMENT #223

On consideration of the Joint Disclosure Statement proposed by the Debtor and Ralph T. McElvenny, Jr., Aeropanel Corporation, and Instrument Specialties Co., Inc. ("Plan Proponents"), the Court finds that the Third Amended and Restated Disclosure Statement *with amendments announced in open court* contains "adequate information" for the Estate's creditors to determine whether to vote for the proposed Third Amended Plan of Reorganization. Notice of the Disclosure Statement hearing was proper, and all objections have been overruled or are moot or withdrawn. Accordingly, the Court APPROVES the Third Amended and Restated Disclosure Statement.

The Court has previously set the deadline for objection to the Plan of Reorganization for May 21, 2004, and the hearing on Plan Confirmation for May 28, 2004. Any objections must be filed with the Court and served on the Plan Proponents, U.S. Trustee and the Committee Counsel. The Plan Proponents must mail the Plan and Disclosure Statement by April 30, 2004. Ballots to accept or reject the Plan must be received by Debtor's counsel by May 25, 2004.

Dated: April 23, 2004

_____
WESLEY W. STEEN,
UNITED STATES BANKRUPTCY JUDGE

L:\mce004\00001\0336464.WPD\HMR

BAE SYSTEMS
Enterprise Systems Incorporated
11487 Sunset Hills Road
Reston, Virginia 20190-5234

# CERTIFICATE OF SERVICE

```
District/off: 0541-4          User: vcur              Page 1 of 4                Date Rcvd: Apr 26, 2004
Case: 03-36974                Form ID: pdf001         Total Served: 159


The following entities were served by first class mail on Apr 28, 2004.
db           Golden Oil Company,    550 Post Oak Blvd,    Suite 550,    Houston, TX 77027
aty          Adam Q Voyles,    Heard Robins et al,    910 Travis,    Ste 2020,    Houston, TX 77002
aty          Christopher D Shaw,    Dolan & Domenici PC,    6100 Seagull St NE,    Ste 205,    Albuquerque, NM 87109
aty          DeAnn L Owen,    Dept of Interior,    755 Parfet St,    Ste 151,    Lakewood, CO 80215
aty          Douglas S Draper,    Heller Draper et al,    650 Poydras St,    Ste 2500,    New Orleans, LA 70130
aty          Douglas S Draper,    Heller Draper Hayden Patrick & Horn, LLC,    650 Poydras Street,    Suite 2500,
              New Orleans, LA 70130
aty          Edward L Rothberg,    Weycer Kaplan Pulaski & Zuber,    11 Greenway Plz,    Ste 1400,
              Houston, TX 77046
aty          Elizabeth Carol Freeman,    Locke Liddell et al,    600 Travis,    Ste 3500,    Houston, TX 77002
aty          Hector Duran,    Office of U S Trustee,    515 Rusk St,    Ste 3516,    Houston, TX 77002
aty          Hugh Massey Ray, III,    Weycer Kaplan Pulaski and Zuber PC,    Eleven Greenway Plz,    Ste 1400,
              Houston, TX 77046-1104
aty          James C Jacobsen,    NM Attorney Generals Office,    111 Lomas Blvd NW,    Ste 300,
              Albuquerque, NM 87102-2368
aty          Jeffery R Koch,    Shannon Martin et al,    909 Fannin St,    Ste 2400,    Houston, TX 77010
aty          John P Dillman,    PO Box 3064,    Houston, TX 77253-3064
aty          Judy Aschenbeck Robbins,    Office of U S Attorney,    P O Box 61129,    Houston, TX 77208
aty          Marcy E Kurtz,    Bracewell & Patterson,    711 Louisiana,    Ste 2900,    Houston, TX 77002
aty          Pete V Domenici, Jr,    Dolan & Domenici PC,    6100 Seagull St NE,    Ste 205,
              Albuquerque, NM 87125
aty          Peter Johnson,    Summit Tower,    11 Greenway Plaza,    Suite 2820,    Houston, TX 77046
aty          Peter Johnson,    Law Offices of Peter Johnson,    Eleven Greenway Plaza,    2820 Summit Tower,
              Houston, TX 77046
aty          Robert M Fiser,    Attorney at Law,    6100 Seagull St NE,    Ste 205,    Albuquerque, NM 87109
aty          Steven Douglas Shurn,    Hughes Watters and Askanase,    1415 Louisiana,    Ste 3700,
              Houston, TX 77002
aty          W Steven Bryant,    Locke Liddell et al,    600 Travis,    Ste 3400,    Houston, TX 77002
ust          US Trustee,    Office of the US Trustee,    515 Rusk Ave,    Ste 3516,    Houston, TX 77002
sp           Andrew L. Strong,    Campbell George & Strong LLP,    4265 San Felip Ste 700,    Houston, TX 77027
crcm         Committee of Unsecured Creditors,    Heller Draper Hayden Patrick & Horn, LLC,    Douglas S. Draper,
              650 Poydras Street,    Suite 2500,    New Orleans, LA 70130
intp         Gary Norlander,    2724 Quincy NE,    Albuquerque, NM 87110
cr           Harris County,    c/o John Dillman,    PO Bx 3064,    Houston, TX 77253-3064
intp         Henry Morgan,    3828 Colgate Avenue,    PO Box 12117,    Dallas, TX 75225
sp           Jeffrey R Koch,    Shannon, Martin et al,    2400 Two Houston Center,    909 Fannin,
              Houston, TX 77010
cr           Michael Bisone,    11939 Brook Meadows,    Stafford, TX 77477
consult      Michael E Luttrell,    13602 Fawcett Drive,    Houston, TX 77069
cr           State of New Mexico , Taxation and Revenue Dept,    c/o James C Jacobsen, Assist Atty Genera,
              111 Lomas Blvd, NW, Ste 300,    Albuquerque, NM 87102-2368
cr           United States of America (MMS/BIA),    910 Travis, Suite 1500,    P.O. Box 61129,    Houston, TX 77208
cr           Wilburn Lee Bentley,    2722 Morris Ave,    Clovis, CA 93611
3305528      Adam Q Voyles,    910 Travis Suite 2020,    Houston Tx 77002
2707555      AeroPanel Corporation,    550 Post Oak Blvd., Suite 525,    Houston, TX 77027
2707556      Amoco Production Company,    P.O. Box 841521,    Dallas, TX 75284
2935620      Andre Birdwell,    Robert Fiser & Christopher Shaw,    6100 Seagull St Ne #205,    Albuquerque NM 87109
2723093      BERKSHIRE, GARY OBERG,    P.O. BOX 295,    ESTANCIA, NM 87016
2723095      BREWER, J. MARK,    BREWER & PRITCHARD PC,    THREE RIVERWAY STE 1800,    Houston, TX 77056
2935632      Babetta Berkshire,    Robert Fiser & Christopher Shaw,    6100 Seagull St NE #205,
              Albuquerque NM 87109
2723092      Bankruptcy Section,    Securities & Exchange Commission,    500 West Madison, Suite 1400,
              Chicago, Illinois 60661
2933569      Boyle Irrevocable Trust,    Robert Fiser & Christopher Shaw,    6100 Seagull St Ne #205,
              Albuquerque MN 87109
2982981      Brewer & Pritchard PC,    Allison Waters,    #3 Riverway Suite 1800,    Houston Tx 77056
2707557      Brown Development,    5600 W. Lovers Lane, Suite 305,    Dallas, TX 75209
2723097      CHACE OIL COMPANY,    3170 Royal Lane,    Dallas, TX 75229
2723098      CHRISTESSON, JOE,    2301 SOUTHSIDE RIVER ROAD,    FARMINGTON, NM 87401
2723101      CONSOLIDATED NORTH AMER RESOURCES,    CONSOLIDATED NORTH AMER. RESOURCES, INC.,    820 PIEDRA VISTA NE,
              ALBUQUERQUE, NM 87123
2723102      CRABTREE, W.R. AND L.,    1201 EAST 16TH STREET,    FARMINGTON, NM 87401
2935476      Camille McRae J.V.,    6100 Seagull St. NE #205,    Alburquerque NM 87109
2933540      Chace Oil Company Inc,    c/o Robert Fiser & Christopher Shaw,    6100 Seagul St NE #205,
              Albuquerque NM 87109
2934468      Charles Cobb V,    Robert Fiser & Christopher Shaw,    6100 Seagul ST NE #205,    Albuquerque NM 87109
2933538      Chase Oil company Inc,    c/o Robert Fiser & Christopher Shaw,    6100 Seagull ST NE #205,
              Albuquerque MN 87109
2707558      Cimmaron Oilfield Services, Inc.,    P.O. Box 3235,    Farmington, NM 87499
3225586      Citicorp Vendor Finance Inc,    1800 Overcenter Drive,    Moberly MO 65270
2707559      Compressor Systems, Inc.,    P.O. Box 841807,    Dallas, TX 75284
2934487      D J Elkins,    Robert Fiser & christopher Shaw,    6100 Seagul St Ne #205,    Albuquerque NM 87109
2723104      DAY, DORTHY R.,    141 WOLF RUN,    BARTONSVILLE, TX 76226
2934459      Daniel E Boyle Jr,    Robert Fiser & Christopher Shaw,    6100 Seagul St NE #205,
              Albuuquerque NM 87109
2933543      Dave P Elkins,    c/o Robert Fiser & Christopher Shaw,    6100 Seagull St NE #205,
              Albuquerque MN 87109
2707560      Davis, Graham & Stubbs,    P.O. Box 185,    Denver, CO 80201
2935085      Donald J Welker,    Robert Fiser & Christopher Shaw,    6100 Seagull Street NE  #205,
              Albuquerque NM  87109
2933547      Dorothy R Day,    Robert Fiser & Christopher Shaw,    6100 Seagull St Ne #205,    Albuquerque NM 87109
2723105      ELKINS, D.J. AND D.P.,    P.O. BOX 1326,    AZTEC, NM 87410
2723106      ELKINS, LYNN E.,    P.O. BOX 1377,    GRANTS, NM 87020
```

```
District/off: 0541-4          User: vcur                  Page 2 of 4              Date Rcvd: Apr 26, 2004
Case: 03-36974                Form ID: pdf001             Total Served: 159

2723107     ENERDYNE CORPORATION,    ENERDYNE LLC,    12814 CENTRAL AVE. SE,    ALBUQUERQUE, NM 87103
2934001     EOG Resources Inc,    c/o Greg Danielson,    1550 17th Street Suite 500,    Denver CO 80202
2723109     EOG Resources, Inc.,    333 Clay Street, Suite 4200,    P.O. Box 4362,    Houston, Texas 77210-4362
2933542     El Pamco Inc,    Robert Fiser & Christopher Shaw,    6100 Seagull St NE #205,    Albuquerque MN 87109
2931937     Energen Resources Corp,    c/o Philip G eisenberg,    600 Travis Suite 3400,    Houston Tx 77002
2707563     Enron Oil Gas,    P.O. Box 840321,    Dallas, TX 75234
2934398     Faye Berkshire,    Robert Fiser & Christopher Shaw,    6100 Seagull St NE #205,    Albuquerque NM 87109
2935618     Frank A Welker,    6100 Seagull St. NE #205,    Alburquerque, NM 87109
2935086     Fred J Matteucci,    Robert Fiser & Christopher Shaw,    6100 Seagull Street NE,    #205,
            Albuquerque NM  87109
2723111     GONZALES, MARK AND ELSIE,    1100 JUAN TABO N.E.,    ALBUQUERQUE, NM 87112
2933550     Gary Berkshire,    Robert Fiser & Christopher Shaw,    6100 Seagull ST NE #205,    Albuquerque MN 87109
2964323     Geneve W Huffy,    408 Cimmarron Trl,    Carlsbad Hm 88220
2707567     George Lotspeich,    4011 Mesa Verde N.E.,    Albuquerque, NM 87110
2935636     George O Lotspeich,    Robert Fiser & Christopher Shaw,    6100 Seagull St NE #205,
            Albuquerque NM 87109
2707568     Golden Oil Company,    2200 Post Oak Blvd,    Suite 720,    Houston, TX 77056
2933548     H.F., Jr. & E.K. McKay Trust,    Robert Fiser & Christopher Shaw,    6100 Seagull ST NE #205,
            Albuquerque NM 87109
2723112     HAGLER, WILLIAM H.,    4421 BELLA VISTA CIRCLE,    FARMINGTON, NM 87401
2707569     Hanson-McBride Petroleum,    P.O. Box 1515,    Roswell, NM 88201
2773631     Harris County/City of Houston,    Attorney for Creditor,    PO Box 3064,    Houston TX 77253-3064
2924843     Harvey & Elliot Slushky,    c/o Adam Q kVoyles,    910 Travis Sutie 2020,    Houston Tx 77002
2934403     Horace F McKay Jr,    Robert Fiser & Christopher Shaw,    6100 Seagul St NE #205,
            Albuquerque MN 87109
2773633     Houston ISD,    Attorney for Creditor,    PO Box 3064,    Houston TX 77253-3064
2927805     Instrument Specialties Co., Inc.,    550 Post Oak Blvd.,    Suite 545,    Houston, TX 77056
2707571     Instrument Specialties Company,    550 Post Oak Blvd., Suite 525,    Houston, TX 77027
2707572     Internal Revenue Service,    Special Procedures Branch,    Bankruptcy Section, Mail Code 5022HOU,
            1919 Smith Street,    Houston, TX 77002
3305576     Internal Revenue Services,    1919 Smith Street,    Houston Tx 77027
2819908     Ivy Realty Trust,    5847 San Felipe,    Suite 850,    Houston, Texas 77057
2723115     Ivy Realty Trust,    C/O Bradford Management,    12801 North Central Expressway,    Suite 1600,
            Dallas, TX
2723116     JAMES MARTIN TRUSS,Esq,    Attorney for NGFC,    COX & SMITH INC.,    112 E PECAN ST STE 1800,
            San Antonio, TX 78205-1521
2707573     Jicarilla Apache Tribe,    P.O. Box 950,    Dulce, NM 87528
2723118     KLEIST, KEITH,    12032 NORTH 114TH WAY,    SCOTTSDALE, AZ 85259
2935642     Kyle E Rutledge,    Robert Fiser & Christopher shaw,    6100  Seagul St Ne #205,
            Albuquerque NM 87109
2931646     Lillian Crabtree,    1201 E 16th St,    Farmington New Mexico 87401
2933544     Lynn E Elkins,    Robert Fiser & Christopher Shaw,    6100 Seagull ST NE #205,    Albuquerque NM 87109
2723119     M.T. PARTNERS II,    C/O BUTLER COMPANY,    6101 ROGERS AVE. NE,    ALBUQUERQUE, NM 87110
2723121     MICHAEL, JOSEPHINE,    P.O. BOX 2636,    MILAN, NM 87021
2723122     MICHAEL, TOBY,    4617 RIO GRANDE BLVD., NW,    ALBUQUERQUE, NM 87107
2723123     MILLER, B.W.,    B.W. OR MARY JANE MILLER,    1409 STAGECOACH LANE S.E.,    ALBUQUERQUE, NM 87123
2934449     Malcolm G. Colberg,    Robert Fiser & Christopher Shaw,    6100 Seagull ST NE #205,
            Albuquerque NM 87109
2723120     Matteucci, Fred J.,    P.O. Box 91782,    Albuquerque, New Mexico  87199
2755502     Michael A Bisone, x-Controller,    11939 Brook Meadows,    Stafford Tx 77477
2933535     Michael Oberg,    c/o Robert Fiser & Christopher Shaw,    6100 Seagull ST NE #205,
            Albuquerque MN 87109
2934498     Michael T Hamilton,    Robert Fiser & Christopher Shaw,    6100 Seagul St Ne #205,
            Albuquerque NM 87109
2707575     Minerals Management Service,    Bureau of Land Management,    Dept of Interior,    P.O. Box 5810 T.A.,
            Denver, CO 80217
2932616     Minerals Management Service,    PO Box 25165,    Denver, CO 80225
2964220     Minerals Management Service,    PO Box 25165, MS370B2,    Denver CO 80225
2707576     Minerals Managment Services,    Bureau of Land Mangement,    Dept of Interior,    P.O. Box 5810 T.A.,
            Denver, CO 80217
2723126     Minolta,    100 Williams Drive,    Ramsey, NJ 07446
2723127     N.M. & ARIZONA LAND COMPANY,    3033 NORTH 44TH ST. #270,    PHOENIX, AZ 85018
2723128     Natural Gas Fuel Company,    621 17th Street, Suite 1450,    Denver, Colorado  80293
2707578     New Mexico & Arizona Land Company,    3033 North 44th Street #270,    Phoenix, AZ 85018
2707579     Nortex Corporation,    1415 Louisiana, Suite 3100,    Houston, TX 77002
2764134     Nortex Corporation,    Attorney for Creditor,    800 First City Tower, 1001 Fannin Street,
            Houston, Texas 77002-6707
2935626     O L Ely,    Robert Fiser & Christopher Shaw,    6100 Seagull St NE #205,    Albuquerque NM 87109
2723132     OBERG, MICHAEL L.,    MICHAEL & LINDA OBERG,    FNB ATTN: SPECIAL ASSETS,    P.O. BOX  1305,
            ALBUQUERQUE, NM 87103
2935662     Oxy USA Inc,    #5 Greenway Plaza, Suite 110,    Houston Tx 77046
2707580     Oxy USA, Inc.,    P.O. Box 841735,    Houston, TX 75284
2933532     Pamela Mayhew,    c/o Robert Fiser & Christopher Shaw,    6100 Seagull St NE #205,
            Albuquerque MN 87109
2707581     Paradigm Technologies Computer, Inc.,    1099 18th Street, Suite 2400,    Denver, CO 80202
2686289     Paradigm Technologies, Inc.,    1099 18th Street, Suite 2400,    Denver, CO 80202
2934473     Patrick O Russell,    Robert Fiser & Christopher Shaw,    6100 Seagull St NE #205,
            Albuquerque NM 87109
2934453     Pauline L Hyder,    Robert Fiser & Christopher Shaw,    6100 Seagull St NE #205,
            Albuquerque NM 87109
2723136     ROBERTSON, GUERRIE B.,    2126 HARBOR LANE,    VERO BEACH, FL 32963
2723137     ROCKY MOUNTAIN GEOTECH,    C/O MATTHEW J. TERRY,    825 PENNSYLVANIA N.E.,    ALBUQUERQUE, NM 87110
2707582     Ralph T. McElvenny, Jr.,    550 Post Oak Blvd., Suite 550,    Houston, TX 77024
2934478     Richard E Hyder,    Robert Fiser & Christopher Shaw,    6100 Seagul St NE #205,    Albuquerque NM 87109
```

```
District/off: 0541-4          User: vcur              Page 3 of 4             Date Rcvd: Apr 26, 2004
Case: 03-36974                Form ID: pdf001         Total Served: 159

2707583     Ron J. Gorden,   4900 Modoc Road,   Las Cruces, NM 88011
2935598     Royce McCary,   c/o Robert Fiser & Christopher Shaw,   6100 Seagull St NE d#205,
              Albuquerque MN 87109
2723143     SLUSKY, LOUIS,   LOUIS SLUSKY,   2626 SOUTH LOOP WEST  SUITE #110,   HOUSTON, TX 77054
2723144     SPAR, JOE,   J.D. SPHAR,   P.O. BOX  2438,   CORRALES, NM 87048
2707584     Scythian, Ltd.,   300 N. Marienfeld, Suite 850,   Midland, TX 79701
2723141     Slusky, Elliott S.,   3782 Plumb St,   Houston, TX 77005
2723142     Slusky, Harvey E.,   450 MEDICAL CENTER BLVD., #104,   Webster, TX 77598
3028066     State Of New Mexico,   Taxation and Revenue Department,   PO Box 22690,
              Santa Fe New Mexico 87502-2690
2979497     State Of New Mexico Energy, Minerals and etc,   Attn David K Brooks,
              New Mexico Oil Conservation Division,   1220 S St Francis Drive,   Santa Fe NM 87505
2707586     State of New Mexico,   Oil Conservation Division,   1000 Rio Brazos Road,   Aztek, NM 87410
2707587     State of New Mexico/ Oil and Gas Bureau,   Taxation and Revenue Department,
              1200 South St. Francis Drive,   P.O. Box 5374,   Sante Fe, NM 87502
2934463     Steven R Hyder,   Robert Fiser & Christopher Shaw,   6100 Seagul St NE #205,   Albuquerque NM 87109
2723148     TAURUS EXPLORATION USA, INC.,   TAURUS EXPLORATION INC.,   2198 BLOOMFIELD HIGHWAY,
              FARMINGTON, NM 87401
2723149     TEAM RESOURCES,   TEAM RESOURCES CORP.,   646 EDGEWATER RD.,   WICHITA, KS 67230
2723150     THOMPSON, DON,   P.O. BOX 656,   HENDERSON, KY 42426
2723152     TRUBEY, D.B. AND G.L.,   1380 DEER CREEK DRIVE,   P.O. BOX 609,   CEDAREDGE, CO 81413
2707588     Taurus Exploration USA,   2198 Bloomfield Highway,   Farmington, NM 87401
2918190     The Westar Company,   PO Box 55347,   Houston Tx 77255
2933546     Thomas M Muchmore,   c/o Robert Fiser & Chrispher Shaw,   6100 Seagull St NE #205,
              Albuquerque NM 87109
2707589     Triple P Well Services,   P.O. Box 107,   Farmington, NM 87401
2723153     UPSTART EXPLORATION INC.,   339 N. STERLING ST.,   LAFAYETTE, LA 70501
2954678     United States Of America/Bureau of Indian Affairs,   c/o Judy Robbin,   PO Box 61129,
              Houston Tx 77208-1129
2723154     WADE, TERRY,   P.O. BOX 3004,   FARMINGTON, NM 87499
2723155     WELKER, DONALD J.,   P.O. BOX  947,   ELEPHANT BUTTE, NM 87935
2836971     Westar,   P.O. Box 55347,   Houston, TX 77255
2933537     William J Mayhew,   c/o Robert Fiser & Christopher Shaw,   6100 Seagull St NE #205,
              Albuquerque MN 87109
3017948     William Lee Bethery,   2722 Morris Ave,   Clovis GA 93611
2723157     YOUNG, JAMES P.,   4715 SHERWOOD N.E.,   ALBUQUERQUE, NM 87109
2925085     onsolidted North America Resources Inc,   820 Predorce Vista NE,   Albuquenque MC 87123

The following entities were served by electronic transmission.
NONE.                                                                                      TOTAL: 0

            ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
aty         Simko
cr          Aeropanel Corporation
cr          City Of Houston
cr          EOG Resources Inc
cr          Elliot Slusky
cr          Energen Resources Corporation
cr          George O Lotspeich
cr          Houston I S D
cr          Instrument Specialties Co., Inc.
cr          Ivy Realty Trust
cr          Mineral Management Services
cr          New Mexico Limited Partners
cr          Ralph McElvenny
2723094     BODIAN, EUGENE L.
2707561     ECCRA
2707564     EOG Resources, Inc.
2707562     Elliott S. Slusky
2707565     FASB
2707566     GAAP
2707570     Harvey E. Slusky
2934399     Linda Oberg,   Robert Fiser & Christopher Shaw,   6100 Seagul St NE #205
2707574     Matteucci
2707577     Natural Gas Fuel Company
2894224     Natural Gas Fuel Company, Inc.
2894313     Natural Gas Fuel Company, Inc.
2723140     SCYTHIAN, LTD. (CIJV)
2707585     SEC
2723156     WILLIAM KAISER TRUST
2934395     lllll
2723091*    Amoco Production Company,   P.O. Box 841521,   Dallas, TX 75284
2723096*    Brown Development,   5600 W. Lovers Lane, Suite 305,   Dallas, TX 75209
2723099*    Cimmaron Oilfield Services, Inc.,   P.O. Box 3235,   Farmington, NM 87499
2723100*    Compressor Systems, Inc.,   P.O. Box 841807,   Dallas, TX 75284
2723103*    Davis, Graham & Stubbs,   P.O. Box 185,   Denver, CO 80201
2723108*    Enron Oil Gas,   P.O. Box 840321,   Dallas, TX 75234
2723110*    George Lotspeich,   4011 Mesa Verde N.E.,   Albuquerque, NM 87110
2723113*    Hanson-McBride Petroleum,   P.O. Box 1515,   Roswell, NM 88201
2723114*    Internal Revenue Service,   Special Procedures Branch,   Bankruptcy Section, Mail Code 5022HOU,
              1919 Smith Street,   Houston, TX 77002
2723117*    Jicarilla Apache Tribe,   P.O. Box 950,   Dulce, NM 87528
2723124*    Minerals Management Service,   Bureau of Land Management,   Dept of Interior,   P.O. Box 5810 T.A.,
              Denver, CO 80217
```

```
District/off: 0541-4          User: vcur              Page 4 of 4             Date Rcvd: Apr 26, 2004
Case: 03-36974                Form ID: pdf001         Total Served: 159

              ***** BYPASSED RECIPIENTS (continued) *****
2723125*     Minerals Managment Services,   Bureau of Land Mangement,   Dept of Interior,   P.O. Box 5810 T.A.,
               Denver, CO 80217
2723131*     NORTEX CORPORATION,   1415 LOUISIANA SUITE 3100,   HOUSTON, TX 77002
2723129*     New Mexico & Arizona Land Company,   3033 North 44th Street #270,   Phoenix, AZ 85018
2723130*     Nortex Corporation,   1415 Louisiana, Suite 3100,   Houston, TX 77002
2723133*     Oxy USA, Inc.,   P.O. Box 841735,   Houston, TX 75284
2723134*     Paradigm Technologies Computer, Inc.,   1099 18th Street, Suite 2400,   Denver, CO 80202
2723135*     Ralph T. McElvenny, Jr.,   550 Post Oak Blvd., Suite 550,   Houston, TX 77024
2723138*     Ron J. Gorden,   4900 Modoc Road,   Las Cruces, NM 88011
2723139*     Scythian, Ltd.,   300 N. Marienfeld, Suite 850,   Midland, TX 79701
2723145*     State of New Mexico,   Oil Conservation Division,   1000 Rio Brazos Road,   Aztek, NM 87410
2723146*     State of New Mexico/ Oil and Gas Bureau,   Taxation and Revenue Department,
               1200 South St. Francis Drive,   P.O. Box 5374,   Sante Fe, NM 87502
2723147*     Taurus Exploration USA,   2198 Bloomfield Highway,   Farmington, NM 87401
2723151*     Triple P Well Services,   P.O. Box 107,   Farmington, NM 87401
                                                                                       TOTALS: 29, * 24
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have served the attached document on the above listed entities in the manner shown, and prepared the Certificate of Service and that it is true and correct to the best of my information and belief.**

**First Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Apr 28, 2004**          **Signature:**   _Joseph Speetjens_