IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| In re: | § | |
| | § | |
| GOLDEN OIL COMPANY, | § | Case No. 03-36974-H2-11 |
| | § | Chapter 11 |
| Debtor. | § | |

## CERTIFICATE OF SERVICE

I hereby certify that true and correct copies of the Debtor Golden Oil Company and Ralph T. McElvenny, Jr., Aeropanel Corporation, Inc., and Instrument Specialties Company's Third Amended and Restated Joint Chapter 11 Plan of Reorganization; Third Amended Joint Disclosure Statement; the Order Approving Third Amended Disclosure Statement and Fixing Time for Filing Acceptances or Objections to Plan, Combined with Notice Thereof; and Ballots for Accepting or Rejecting Plan, were served on the parties listed on the attached Service List by first class mail, on the 30th day of April, 2004.

DATED: May 25, 2004.

        Respectfully submitted,

        WEYCER, KAPLAN, PULASKI & ZUBER, P.C.

By:  */s/ Edward L. Rothberg*
        EDWARD L. ROTHBERG
        State Bar No. 17313990, Fed. I.D. No. 2780
        HUGH M. RAY, III
        State Bar No. 24004246, Fed. I.D. No. 22090
        Eleven Greenway Plaza, Suite 1400
        Houston, Texas 77046
        Telephone:    713.961.9045
        Facsimile:    713.961.5341

ATTORNEYS FOR RALPH T. MCELVENNY, JR., AEROPANEL CORPORATION, INC., AND INSTRUMENT SPECIALTIES COMPANY