In re Golden Oil Company
Case No. 03-36974

Golden Oil Company
2200 Post Oak Blvd, S-720
Houston, Texas 77056

Peter Johnson
Law Offices of Peter Johnson
Eleven Greenway Plaza
2820 Summit Tower
Houston, TX 77046

United States Trustee
515 Rusk Ave., Suite 3516
Houston, TX 77002

Securities & Exchange Commission
Attn: Angela Dodd
175 W. Jackson Blvd, Suite 900
Chicago, IL 60604-2908

Internal Revenue Service
Special Procedures - Bankruptcy Section
1919 Smith St., Mail STOP 5022HOU
Houston, TX 77002

**Committee of Unsecured Creditors:**

Nortex Corporation
Attn: Al Dugan
1415 Louisiana, Suite 3100
Houston, TX 77002

Energen Resources fka Taurus Exploration
Attn: Joe (Rusty) Cook
605 Richard Arrington Jr. Blvd N.
Birmingham, AL 35203-2707

George Lotspeich
4011 Mesa Verda
NE Albuquerque, NM 87110

Douglas S. Draper, Esq
Heller, Draper, Hayden, Patrick & Horn
650 Poydras St., Suite 2500
New Orleans, LA 70130

**Priority and Secured Creditors:**

New Mexico Taxation and Revenue Department
Oil and Gas Bureau/Attn: Mr. Valdean Severson
1200 South St. Francis Drive
PO Box 5374
Santa Fe, NM 87502

Aeropanel Corporation
550 Post Oak Blvd. Suite 525
Houston, TX 77027

Instrument Specialties Company, Inc.
550 Post Oak Blvd. Suite 525
Houston, TX 77027

Ralph T. McElvenny, Jr.
550 Post Oak Blvd., Suite 550
Houston, TX 77027

**20 Largest Unsecured Creditors:**

Mineral Management Service
Bureau of Land Mgmt/ Dept. Of the Interior
P.O. Box 5810 T.A.
Denver, CO 80217

State of New Mexico
Oil Conservation Division
1000 Rio Brazos Road
Aztek, NM 87410

Brown Development
5600 W. Lovers Lane, Suite 305
Dallas, TX 75209

Enron Oil & Gas Company
P.O. Box 840321
Dallas, TX 75234

Hanson-Mcride Petroleum
P.O. Box 1515
Roxwell, NM 88201

Scythian, Ltd.
300 N. Marienfeld, Suite 850
Midland, TX 79701

George O. Lotspeich
4011 Mesa Verde N.E.
Albuquerque, NM 87110

Ron J. Gordon
4900 Modoc Road
Las Cruces, NM 88011

| | | |
|---|---|---|
| Davis, Graham & Stubbs<br>P.O. Box 185<br>Denver, CO 80201 | Triple P Well Services<br>P.O. Box 107<br>Farmington, NM 87401 | Cimarron Oilfield Services, Inc.<br>P.O. Box 3235<br>Farmington, NM 87499 |
| Compressor Systems, Inc.<br>P.O. Box 841807<br>Dallas, TX 75284 | **Lease Holders:** | Jicarilla Apache Nation<br>P.O. Box 950<br>Dulce, NM 87528 |
| **Parties Requesting Service:** | James S. Simko / Judith Matlock<br>Davis Graham & Stubbs, LLP<br>1550 Seventeeth Street, Suite 500<br>Denver, CO 80202 | Minerals Management Service Royalty Management Program-Office of Enforcement<br>Attn: Cherry M. Mallard<br>P.O. Box 25165, Mail Stop 370b2<br>Denver, CO 80225 |
| Michael A. Bisone<br>11939 Brook Meadows<br>Stafford, TX 77477 | Christopher D Shaw, Esq<br>Dolan & Domenici, P.C.<br>6011 Seagull Street NE, S205<br>Albuquerque, NM 87109 | Robert M. Fiser, Esq.<br>6011 Seagull Street NE, S205<br>Albuquerque, NM 87109 |
| Phillip Eisenberg, Esq./Elizabeth Freeman, Esq.<br>Locke,Liddell & Sapp, LLP<br>600 Travis Street<br>3400 Chase Tower<br>Houston, TX 77002 | W. Hunter Shurtleff<br>Davis & Davis<br>P O Box 3610<br>Bryan, TX 77805-3610 | Adam Q. Voyles<br>Heard Robins Cloud Lubel & Greenwood<br>910 Travis, Suite 2020<br>Houston, TX 77002 |
| DeAnn L. Owen, Attorney<br>Office of Solicitor, Rocky Mt. Region<br>755 Parfet St., Suite 151<br>Lakewood, CO 80215 | EOG Resources, Inc.<br>c/o Marcy E. Kurtz<br>Bracewell & Patterson, LLP<br>711 Louisiana, Suite 2900<br>Houston, TX 77002 | |
| **All Creditors:** | Chace Ltd. I<br>c/o Golden Oil Company, Gen Ptnr<br>2200 Post Oak Blvd. S 720<br>Houston, TX 77056 | Andre Birdwell<br>236 Frederick<br>Aztec, NM 87410 |
| B.W. and Mary Jane Miller<br>1409 Stagecoach Lane SE<br>Albuquerque, NM 87123 | Boyle Irrevocable Trust<br>Jorge Miguel Del La Torre, Tr<br>1425 Stagecoach Road SE<br>Albuquerque, NM 87123 | Brian H and Mary T Jarchow<br>3580 W Oak Trail Rd.<br>Santa Ynez, CA 93460 |
| Brown Development<br>5600 W Lovers Lane Suite 305<br>Dallas, TX 75209 | Chace Oil Company<br>3170 Royal Lane<br>Dallas, TX 75229 | Donald Welker<br>P O Box 947<br>Elephant Butte, NM 87935 |
| Dorothy R. Day<br>c/o Robert Fiser & Christopher Shaw<br>6100 Seagull St. NE #205<br>Albuquerque, NM 87109 | Dr. Albert G. Simms, II<br>P O Box 2470<br>Santa Fe, NM 87504 | Enerdyne Corp<br>12814 Central Ave. S.E.<br>Albuquerque, NM 87103 |

Enron Oil & Gas
P O Box 840321
Dallas, TX 75234-0321

Estate of Royce McCrary
1402 CR 231
Valley View, TX 76272

F. R. Zemke
7313 Rio Grande Blvd. NW
Albuquerque, NM 87107

Faye Gardner
10500 Academy, NE #331
Albuquerque, NM 87111

Faye Berkshire
c/o Robert Fiser & Christopher Shaw
6100 Seagull St. NE #205
Albuquerque, NM 87109

Geneva Huff
309-A Washington SE
Albuquerque, NM 87108

H. F. Jr. and E. K. McKay Trust
P O Box 14738
Albuquerque, NM 87191

Horace F. McKay, Jr.
c/o Robert Fiser & Christopher Shaw
6100 Seagull St. NE #205
Albuquerque, NM 87109

J. Johnson Rev Trust
P O Box 1305
Albuquerque, NM 87103

J L Nichols
P O Box 782
Anna Maria, FL 34216

Jack Hammack
118 West 116th Street
Kansas City, MO 64114

Jerome Truskowski
33939 134th Ave. SE
Auburn, WA 98002

John J. Mark
100 N. Westhaven Drive
Suite D
Oshkosh, WI 54904

Kleinegger Citfarm
P O Box 898
Farmington, NM 87499

Marcel Schiess
R.R. 2 Box 174B
Canton, PA 17724

Michael Oberg
FNB Attn: Special Assets
P O Box 1305
Albuquerque, NM 87103

NM & Arizona Land Co
3033 North 44th St #270
Phoenix, AZ 85018-722

Pauline Hyder
7313 Rio Grande Blvd. NW
Albuquerque, NM 87107

R D Simmons
5704 Villa View Drive
Farmington, NM 87401

Ray Eyestone
4010 Carlisle NE
Albuquerque, NM 87110

Scythian Ltd.
300 N Marienfeld Suite 850
Las Cruces, NM 79701

Thomas M. Muchmore
c/o Robert Fiser & Christopher Shaw
6100 Seagull St. NE #205
Albuquerque, NM 87109

Western Bank of Albuquerque
Attn: John Stewart
505 Marquette NW
Albuquerque, NM 87103

William Kaiser
Trust L25 13461
P O box 13461
Albuquerque, NM 87192

Amoco Production Company
P O Box 841521
Dallas, TX 75284-1521

Ron J. Gordon
4900 Modoc Rd.
Las Cruces, NM 88011

Grace F Rawdon
12201 Key West NE
Albuquerque, NM 87111

Hanson-McBride Petroleum
P O Box 1515
Roswell, NM 88201

Oxy USA Inc.
P O Box 841735
Houston, TX 77284-1735

Elizabeth A. Farris
8912 N May Ave
Oklahoma City, OK 73120

| | | |
|---|---|---|
| Elm Ridge Exploration Co.<br>4925 Greenville Ave #1305<br>Dallas, TX 75206 | Compressor Systems, Inc.<br>P O Box 841807<br>Dallas, TX 75284 | Michael A. Bisone<br>11939 Brook Meadows<br>Stafford, TX 77477 |
| Davis Graham & Stubbs<br>P O Box 185<br>Denver, CO 80201 | Natural Gas Fuel Company<br>621 - 175h St. Suite 1450<br>Denver, CO 80293 | J. Mark Brewer<br>Brewer & Pritchard PC<br>Three Riverway, Suite 1800<br>Houston, TX 77056 |
| Cimmaron Oilfield Services, Inc.<br>P O Box 3235<br>Farmington, NM 87499 | EOG Resources, Inc. c/o Greg Danielson<br>1550 - 17th St. Suite 500<br>Denver, CO 80202 | Minolta<br>100 Williams Drive<br>Ramsey, NJ 07446 |
| Paradigm Technologies Computer Inc<br>1099 - 18th Street, Suite 2400<br>Denver, CO 80202 | Elliott S. Slusky<br>3782 Plumb St.<br>Houston, TX 77005 | Harvey E. Slusky<br>P O Box 57849<br>Webster, TX 77005 |
| Ivy Realty Trust<br>5847 San Felipe, Suite 850<br>Houston, TX 77057 | Triple P Well Services<br>P O Box 107<br>Farmington, NM 87401 | The Westar Company<br>P O Box 55347<br>Houston, TX 77255 |
| Consolidated North Amer Resources<br>820 Piedra Vista NE<br>Albuquerque, NM 87123 | Lillian Crabtree<br>1201 E 16th St.<br>Farmington, NM 87401 | Pamela Mayhew<br>c/o Robert Fiser & Christopher Shaw<br>6100 Seagull St. NE #205<br>Albuquerque, NM 87109 |
| William J. Mayhew<br>c/o Robert Fiser & Christopher Shaw<br>6100 Seagull St. NE #205<br>Albuquerque, NM 87109 | El Pamco, Inc.<br>c/o Robert Fiser & Christopher Shaw<br>6100 Seagull St. NE #205<br>Albuquerque, NM 87109 | Dave P. Elkins<br>c/o Robert Fiser & Christopher Shaw<br>6100 Seagull St. NE #205<br>Albuquerque, NM 87109 |
| Lynn E. Elkins<br>c/o Robert Fiser & Christopher Shaw<br>6100 Seagull St. NE #205<br>Albuquerque, NM 87109 | Gary Berkshire<br>P O Box 295<br>Estancia, NM 87016 | Linda Oberg<br>c/o Robert Fiser & Christopher Shaw<br>6100 Seagull St. NE #205<br>Albuquerque, NM 87109 |
| Malcom G. Colberg<br>c/o Robert Fiser & Christopher Shaw<br>6100 Seagull St. NE #205<br>Albuquerque, NM 87109 | Daniel E. Boyle, Jr.<br>c/o Robert Fiser & Christopher Shaw<br>6100 Seagull St. NE #205<br>Albuquerque, NM 87109 | Steven R. Hyder<br>c/o Robert Fiser & Christopher Shaw<br>6100 Seagull St. NE #205<br>Albuquerque, NM 87109 |
| Charles Cobb V<br>c/o Robert Fiser & Christopher Shaw<br>6100 Seagull St. NE #205<br>Albuquerque, NM 87109 | Patrick O Russell<br>c/o Robert Fiser & Christopher Shaw<br>6100 Seagull St. NE #205<br>Albuquerque, NM 87109 | Richard E. Hyder<br>c/o Robert Fiser & Christopher Shaw<br>6100 Seagull St. NE #205<br>Albuquerque, NM 87109 |

D. J. Elkins
c/o Robert Fiser & Christopher Shaw
6100 Seagull St. NE #205
Albuquerque, NM 87109

Michael T. Hamilton
c/o Robert Fiser & Christopher Shaw
6100 Seagull St. NE #205
Albuquerque, NM 87109

Fred J. Matteucci
c/o Robert Fiser & Christopher Shaw
6100 Seagull St. NE #205
Albuquerque, NM 87109

Camille McRae, J.V.
c/o Robert Fiser & Christopher Shaw
6100 Seagull St. NE #205
Albuquerque, NM 87109

Frank A. Welker
c/o Robert Fiser & Christopher Shaw
6100 Seagull St. NE #205
Albuquerque, NM 87109

O. L. Ely
c/o Robert Fiser & Christopher Shaw
6100 Seagull St. NE #205
Albuquerque, NM 87109

Babetta Berkshire
c/o Robert Fiser & Christopher Shaw
6100 Seagull St. NE #205
Albuquerque, NM 87109

Kyle E. Rutledge
c/o Robert Fiser & Christopher Shaw
6100 Seagull St. NE #205
Albuquerque, NM 87109

Oxy USA Inc.
5 Greenway Plaza, Suite 110
Houston, TX 77046

Upstart Exploration, Inc.
339 N. Sterling St.
LaFayette, LA 70501

United States of America
Bureau of Indian Affairs
Attn: Judy Robbin
P O Box 61129
Houston, TX 77208-1129

Minerals Management Service
P O Box 25165
Denver, CO 80225

Geneve W. Huffy
408 Cimmarron Tri
Carlsbad, NM 88220

State of New Mexico Energy Minerals
Attn: David K Brooks
New Mexico Oil Conservation Division
1220 S St. Francis Drive
Santa Fe, NM 87505

Joe Christesson
2301 Southside River Road
Farmington, NM 87401

Mark and Elsie Gonzales
1100 Juan Tabo NE
Albuquerque, NM 87112

William H. Hagler
4421 Bella Vista Circle
Farmington, NM 87401

James Martin Truss
Cox & Smith Inc.
112 E Pecan St., Suite 1800
San Antonio, TX 78205-1521

Keith Kleist
12032 North 114th Way
Scottsdale, AZ 85259

M.T. Partners II
c/o Butler Company
6101 Rogers Ave. NE
Albuquerque, NM 87110

Josephine Michael
4617 Rio Grande Blvd. NW
Albuquerque, NM 87107

Guerrie B. Robertson
2126 Harbor Lane
Vero Beach, FL 32963

Rocky Mountain Geotech
c/o Matthew J. Terry
825 Pennsylvania NE
Albuquerque, NM 87110

Louis Slusky
2626 South Loop West Suite 110
Houston, TX 77054

J. D. Sphar
P O Box 2438
Corrales, NM 87048

Team Resources
646 Edgewater Rd.
Wichita, KS 67230

Don Thompson
P O Box 656
Henderson, KY 42426

D. B. and G. L. Trubey
1380 Deer Creek Drive
P O Box 609
Cedaredge, CO 81413

Terry Wade
P O Box 3004
Farmington, NM 87499

James P. Young
4715 Sherwood NE
Albuquerque, NM 87109