UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| IN RE: | § |
| | § |
| GOLDEN OIL COMPANY | § Case No. 03-36974-H2-11 |
| | § CHAPTER 11 |
| Debtors. | § |
| | § |

**CERTIFICATE OF SERVICE**

I hereby certify that a true and correct copy of the following:

1. Plan Modification;
2. Emergency Motion to Approve Plan Modifications;
3. Objection to Motion to Withdraw Claims and proposed Order; and
4. Debtor's Omnibus Reply to Plan Objections

was served via first class mail postage prepaid on May 27, 2004, to all parties on the attached service list.

DATED:     May 27, 2004.

    Respectfully submitted,

    WEYCER, KAPLAN, PULASKI & ZUBER, P.C.

    By:   */s/ Hugh M. Ray, III*
        EDWARD L. ROTHBERG
        State Bar No. 17313990, Fed. I.D. No. 2780
        HUGH M. RAY, III
        State Bar No. 24004246, Fed. I.D. No. 22090
        MELISSA A. HASELDEN
        State Bar No. 00794778, Fed. I.D. No. 19704
        Eleven Greenway Plaza, Suite 1400
        Houston, Texas 77046
        Telephone:    713.961.9045
        Facsimile:     713.961.5341

    ATTORNEYS FOR DEBTORS

L:\mce004\00001\0339372.WPD\SLY

In re Golden Oil Company
Case No. 03-36974

Golden Oil Company
2200 Post Oak Blvd, S-720
Houston, Texas 77056

Peter Johnson
Law Offices of Peter Johnson
Eleven Greenway Plaza
2820 Summit Tower
Houston, TX 77046

United States Trustee
515 Rusk Ave., Suite 3516
Houston, TX 77002

Securities & Exchange Commission
Attn: Angela Dodd
175 W. Jackson Blvd, Suite 900
Chicago, IL 60604-2908

**Committee of Unsecured Creditors:**

Nortex Corporation
Attn: Al Dugan
1415 Louisiana, Suite 3100
Houston, TX 77002

Energen Resources fka Taurus Exploration
Attn: Joe (Rusty) Cook
605 Richard Arrington Jr. Blvd N.
Birmingham, AL 35203-2707

George Lotspeich
4011 Mesa Verda
NE Albuquerque, NM 87110

Douglas S. Draper, Esq
Heller, Draper, Hayden, Patrick & Horn
650 Poydras St., Suite 2500
New Orleans, LA 70130

**Priority and Secured Creditors:**

New Mexico Taxation and Revenue Department
Oil and Gas Bureau/Attn: Mr. Valdean Severson
1200 South St. Francis Drive
PO Box 5374
Santa Fe, NM 87502

Aeropanel Corporation
550 Post Oak Blvd. Suite 525
Houston, TX 77027

Instrument Specialties Company, Inc.
550 Post Oak Blvd. Suite 525
Houston, TX 77027

Ralph T. McElvenny, Jr.
550 Post Oak Blvd., Suite 550
Houston, TX 77027

**20 Largest Unsecured Creditors:**

Mineral Management Service
Bureau of Land Mgmt/ Dept. Of the Interior
P.O. Box 5810 T.A.
Denver, CO 80217

State of New Mexico
Oil Conservation Division
1000 Rio Brazos Road
Aztek, NM 87410

Brown Development
5600 W. Lovers Lane, Suite 305
Dallas, TX 75209

Enron Oil & Gas Company
P.O. Box 840321
Dallas, TX 75234

Hanson-Mcride Petroleum
P.O. Box 1515
Roxwell, NM 88201

Scythian, Ltd.
300 N. Marienfeld, Suite 850
Midland, TX 79701

George O. Lotspeich
4011 Mesa Verde N.E.
Albuquerque, NM 87110

Ron J. Gordon
4900 Modoc Road
Las Cruces, NM 88011

| | | |
|---|---|---|
| Davis, Graham & Stubbs<br>P.O. Box 185<br>Denver, CO 80201 | Triple P Well Services<br>P.O. Box 107<br>Farmington, NM 87401 | Cimarron Oilfield Services, Inc.<br>P.O. Box 3235<br>Farmington, NM 87499 |
| Compressor Systems, Inc.<br>P.O. Box 841807<br>Dallas, TX 75284 | **Lease Holders:** | Jicarilla Apache Nation<br>P.O. Box 950<br>Dulce, NM 87528 |
| **Parties Requesting Service:** | James S. Simko / Judith Matlock<br>Davis Graham & Stubbs, LLP<br>1550 Seventeeth Street, Suite 500<br>Denver, CO 80202 | Minerals Management Service Royalty Management Program-Office of Enforcement<br>Attn: Cherry M. Mallard<br>P.O. Box 25165, Mail Stop 370b2<br>Denver, CO 80225 |
| Michael A. Bisone<br>11939 Brook Meadows<br>Stafford, TX 77477 | Christopher D Shaw, Esq<br>Dolan & Domenici, P.C.<br>6011 Seagull Street NE, S205<br>Albuquerque, NM 87109 | Robert M. Fiser, Esq.<br>6011 Seagull Street NE, S205<br>Albuquerque, NM 87109 |
| Phillip Eisenberg, Esq./Elizabeth Freeman, Esq.<br>Locke, Liddell & Sapp, LLP<br>600 Travis Street<br>3400 Chase Tower<br>Houston, TX 77002 | W. Hunter Shurtleff, Esq<br>Davis & Davis<br>P O Box 3610<br>Bryan, TX 77805-3610 | Adam Q. Voyles<br>Heard Robins Cloud Lubel & Greenwood<br>910 Travis, Suite 2020<br>Houston, TX 77002 |
| DeAnn L. Owen, Attorney<br>Office of Solicitor, Rocky Mt. Region<br>755 Parfet St., Suite 151<br>Lakewood, CO 80215 | EOG Resources, Inc.<br>c/o Marcy E. Kurtz<br>Bracewell & Patterson, LLP<br>711 Louisiana, Suite 2900<br>Houston, TX 77002 | |