IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| In re: | § | |
| | § | |
| GOLDEN OIL COMPANY, | § | Case No. 03-36974-H2-11 |
| | § | Chapter 11 |
| Debtor. | § | |

**CERTIFICATE OF SERVICE**

I hereby certify that a true and correct copy of the Amended Plan Modification was served by electronic mail and/or first class mail, postage prepaid to all parties listed on the attached Service List on May 27, 2004.

DATED: May 27, 2004.

           Respectfully submitted,

           WEYCER, KAPLAN, PULASKI & ZUBER, P.C.

           */s/ Hugh M. Ray, III*
By:_____
           EDWARD L. ROTHBERG
           State Bar No. 17313990, Fed. I.D. No. 2780
           HUGH M. RAY, III
           State Bar No. 24004246, Fed. I.D. No. 22090
           MELISSA A. HASELDEN
           State Bar No. 00794778, Fed. I.D. No. 19704
           Eleven Greenway Plaza, Suite 1400
           Houston, Texas 77046
           Telephone:   713.961.9045
           Facsimile:    713.961.5341

           ATTORNEYS FOR RALPH T. MCELVENNY,
            AEROPANEL CORPORATION, INC., and
           INSTRUMENT SPECIALTIES COMPANY

In re Golden Oil Company
Case No. 03-36974

Golden Oil Company
2200 Post Oak Blvd, S-720
Houston, Texas 77056

Peter Johnson
Law Offices of Peter Johnson
Eleven Greenway Plaza
2820 Summit Tower
Houston, TX 77046

United States Trustee
515 Rusk Ave., Suite 3516
Houston, TX 77002

Securities & Exchange Commission
Attn: Angela Dodd
175 W. Jackson Blvd, Suite 900
Chicago, IL 60604-2908

Internal Revenue Service
Special Procedures - Bankruptcy Section
1919 Smith St., Mail STOP 5022HOU
Houston, TX 77002

**Committee of Unsecured Creditors:**

Nortex Corporation
Attn: Al Dugan
1415 Louisiana, Suite 3100
Houston, TX 77002

Energen Resources fka Taurus Exploration
Attn: Joe (Rusty) Cook
605 Richard Arrington Jr. Blvd N.
Birmingham, AL 35203-2707

George Lotspeich
4011 Mesa Verda
NE Albuquerque, NM 87110

Douglas S. Draper, Esq
Heller, Draper, Hayden, Patrick & Horn
650 Poydras St., Suite 2500
New Orleans, LA 70130

**Priority and Secured Creditors:**

New Mexico Taxation and Revenue Department
Oil and Gas Bureau/Attn: Mr. Valdean Severson
1200 South St. Francis Drive
PO Box 5374
Santa Fe, NM 87502

Aeropanel Corporation
550 Post Oak Blvd. Suite 525
Houston, TX 77027

Instrument Specialties Company, Inc.
550 Post Oak Blvd. Suite 525
Houston, TX 77027

Ralph T. McElvenny, Jr.
550 Post Oak Blvd., Suite 550
Houston, TX 77027

**20 Largest Unsecured Creditors:**

Mineral Management Service
Bureau of Land Mgmt/ Dept. Of the Interior
P.O. Box 5810 T.A.
Denver, CO 80217

State of New Mexico
Oil Conservation Division
1000 Rio Brazos Road
Aztek, NM 87410

Brown Development
5600 W. Lovers Lane, Suite 305
Dallas, TX 75209

Enron Oil & Gas Company
P.O. Box 840321
Dallas, TX 75234

Hanson-Mcride Petroleum
P.O. Box 1515
Roxwell, NM 88201

Scythian, Ltd.
300 N. Marienfeld, Suite 850
Midland, TX 79701

George O. Lotspeich
4011 Mesa Verde N.E.
Albuquerque, NM 87110

Ron J. Gordon
4900 Modoc Road
Las Cruces, NM 88011

| | | |
|---|---|---|
| Davis, Graham & Stubbs<br>P.O. Box 185<br>Denver, CO 80201 | Triple P Well Services<br>P.O. Box 107<br>Farmington, NM 87401 | Cimarron Oilfield Services, Inc.<br>P.O. Box 3235<br>Farmington, NM 87499 |
| Compressor Systems, Inc.<br>P.O. Box 841807<br>Dallas, TX 75284 | **Lease Holders:** | Jicarilla Apache Nation<br>P.O. Box 950<br>Dulce, NM 87528 |
| **Parties Requesting Service:** | James S. Simko / Judith Matlock<br>Davis Graham & Stubbs, LLP<br>1550 Seventeeth Street, Suite 500<br>Denver, CO 80202 | Minerals Management Service Royalty Management Program-Office of Enforcement<br>Attn: Cherry M. Mallard<br>P.O. Box 25165, Mail Stop 370b2<br>Denver, CO 80225 |
| Michael A. Bisone<br>11939 Brook Meadows<br>Stafford, TX 77477 | Christopher D Shaw, Esq<br>Dolan & Domenici, P.C.<br>6011 Seagull Street NE, S205<br>Albuquerque, NM 87109 | Robert M. Fiser, Esq.<br>6011 Seagull Street NE, S205<br>Albuquerque, NM 87109 |
| Phillip Eisenberg, Esq./Elizabeth Freeman, Esq.<br>Locke, Liddell & Sapp, LLP<br>600 Travis Street<br>3400 Chase Tower<br>Houston, TX 77002 | W. Hunter Shurtleff<br>Davis & Davis<br>P O Box 3610<br>Bryan, TX 77805-3610 | Adam Q. Voyles<br>Heard Robins Cloud Lubel & Greenwood<br>910 Travis, Suite 2020<br>Houston, TX 77002 |
| DeAnn L. Owen, Attorney<br>Office of Solicitor, Rocky Mt. Region<br>755 Parfet St., Suite 151<br>Lakewood, CO 80215 | EOG Resources, Inc.<br>c/o Marcy E. Kurtz<br>Bracewell & Patterson, LLP<br>711 Louisiana, Suite 2900<br>Houston, TX 77002 | |
| **All Creditors:** | Chace Ltd. I<br>c/o Golden Oil Company, Gen Ptnr<br>2200 Post Oak Blvd. S 720<br>Houston, TX 77056 | Andre Birdwell<br>236 Frederick<br>Aztec, NM 87410 |
| B.W. and Mary Jane Miller<br>1409 Stagecoach Lane SE<br>Albuquerque, NM 87123 | Boyle Irrevocable Trust<br>Jorge Miguel Del La Torre, Tr<br>1425 Stagecoach Road SE<br>Albuquerque, NM 87123 | Brian H and Mary T Jarchow<br>3580 W Oak Trail Rd.<br>Santa Ynez, CA 93460 |
| Brown Development<br>5600 W Lovers Lane Suite 305<br>Dallas, TX 75209 | Chace Oil Company<br>3170 Royal Lane<br>Dallas, TX 75229 | Donald Welker<br>P O Box 947<br>Elephant Butte, NM 87935 |
| Dorothy R. Day<br>c/o Robert Fiser & Christopher Shaw<br>6100 Seagull St. NE #205<br>Albuquerque, NM 87109 | Dr. Albert G. Simms, II<br>P O Box 2470<br>Santa Fe, NM 87504 | Enerdyne Corp<br>12814 Central Ave. S.E.<br>Albuquerque, NM 87103 |

| | | |
|---|---|---|
| Enron Oil & Gas<br>P O Box 840321<br>Dallas, TX 75234-0321 | Estate of Royce McCrary<br>1402 CR 231<br>Valley View, TX 76272 | F. R. Zemke<br>7313 Rio Grande Blvd. NW<br>Albuquerque, NM 87107 |
| Faye Gardner<br>10500 Academy, NE #331<br>Albuquerque, NM 87111 | Faye Berkshire<br>c/o Robert Fiser & Christopher Shaw<br>6100 Seagull St. NE #205<br>Albuquerque, NM 87109 | Geneva Huff<br>309-A Washington SE<br>Albuquerque, NM 87108 |
| H. F. Jr. and E. K. McKay Trust<br>P O Box 14738<br>Albuquerque, NM 87191 | Horace F. McKay, Jr.<br>c/o Robert Fiser & Christopher Shaw<br>6100 Seagull St. NE #205<br>Albuquerque, NM 87109 | J. Johnson Rev Trust<br>P O Box 1305<br>Albuquerque, NM 87103 |
| J L Nichols<br>P O Box 782<br>Anna Maria, FL 34216 | Jack Hammack<br>118 West 116th Street<br>Kansas City, MO 64114 | Jerome Truskowski<br>33939 134th Ave. SE<br>Auburn, WA 98002 |
| John J. Mark<br>100 N. Westhaven Drive<br>Suite D<br>Oshkosh, WI 54904 | Kleinegger Citfarm<br>P O Box 898<br>Farmington, NM 87499 | Marcel Schiess<br>R.R. 2 Box 174B<br>Canton, PA 17724 |
| Michael Oberg<br>FNB Attn: Special Assets<br>P O Box 1305<br>Albuquerque, NM 87103 | NM & Arizona Land Co<br>3033 North 44th St #270<br>Phoenix, AZ 85018-722 | Pauline Hyder<br>7313 Rio Grande Blvd. NW<br>Albuquerque, NM 87107 |
| R D Simmons<br>5704 Villa View Drive<br>Farmington, NM 87401 | Ray Eyestone<br>4010 Carlisle NE<br>Albuquerque, NM 87110 | Scythian Ltd.<br>300 N Marienfeld Suite 850<br>Las Cruces, NM 79701 |
| Thomas M. Muchmore<br>c/o Robert Fiser & Christopher Shaw<br>6100 Seagull St. NE #205<br>Albuquerque, NM 87109 | Western Bank of Albuquerque<br>Attn: John Stewart<br>505 Marquette NW<br>Albuquerque, NM 87103 | William Kaiser<br>Trust L25 13461<br>P O box 13461<br>Albuquerque, NM 87192 |
| Amoco Production Company<br>P O Box 841521<br>Dallas, TX 75284-1521 | Ron J. Gordon<br>4900 Modoc Rd.<br>Las Cruces, NM 88011 | Grace F Rawdon<br>12201 Key West NE<br>Albuquerque, NM 87111 |
| Hanson-McBride Petroleum<br>P O Box 1515<br>Roswell, NM 88201 | Oxy USA Inc.<br>P O Box 841735<br>Houston, TX 77284-1735 | Elizabeth A. Farris<br>8912 N May Ave<br>Oklahoma City, OK 73120 |

| | | |
|---|---|---|
| Elm Ridge Exploration Co.<br>4925 Greenville Ave #1305<br>Dallas, TX 75206 | Compressor Systems, Inc.<br>P O Box 841807<br>Dallas, TX 75284 | Michael A. Bisone<br>11939 Brook Meadows<br>Stafford, TX 77477 |
| Davis Graham & Stubbs<br>P O Box 185<br>Denver, CO 80201 | Natural Gas Fuel Company<br>621 - 175h St. Suite 1450<br>Denver, CO 80293 | J. Mark Brewer<br>Brewer & Pritchard PC<br>Three Riverway, Suite 1800<br>Houston, TX 77056 |
| Cimmaron Oilfield Services, Inc.<br>P O Box 3235<br>Farmington, NM 87499 | EOG Resources, Inc. c/o Greg Danielson<br>1550 - 17th St. Suite 500<br>Denver, CO 80202 | Minolta<br>100 Williams Drive<br>Ramsey, NJ 07446 |
| Paradigm Technologies Computer Inc<br>1099 - 18th Street, Suite 2400<br>Denver, CO 80202 | Elliott S. Slusky<br>3782 Plumb St.<br>Houston, TX 77005 | Harvey E. Slusky<br>P O Box 57849<br>Webster, TX 77005 |
| Ivy Realty Trust<br>5847 San Felipe, Suite 850<br>Houston, TX 77057 | Triple P Well Services<br>P O Box 107<br>Farmington, NM 87401 | The Westar Company<br>P O Box 55347<br>Houston, TX 77255 |
| Consolidated North Amer Resources<br>820 Piedra Vista NE<br>Albuquerque, NM 87123 | Lillian Crabtree<br>1201 E 16th St.<br>Farmington, NM 87401 | Pamela Mayhew<br>c/o Robert Fiser & Christopher Shaw<br>6100 Seagull St. NE #205<br>Albuquerque, NM 87109 |
| William J. Mayhew<br>c/o Robert Fiser & Christopher Shaw<br>6100 Seagull St. NE #205<br>Albuquerque, NM 87109 | El Pamco, Inc.<br>c/o Robert Fiser & Christopher Shaw<br>6100 Seagull St. NE #205<br>Albuquerque, NM 87109 | Dave P. Elkins<br>c/o Robert Fiser & Christopher Shaw<br>6100 Seagull St. NE #205<br>Albuquerque, NM 87109 |
| Lynn E. Elkins<br>c/o Robert Fiser & Christopher Shaw<br>6100 Seagull St. NE #205<br>Albuquerque, NM 87109 | Gary Berkshire<br>P O Box 295<br>Estancia, NM 87016 | Linda Oberg<br>c/o Robert Fiser & Christopher Shaw<br>6100 Seagull St. NE #205<br>Albuquerque, NM 87109 |
| Malcom G. Colberg<br>c/o Robert Fiser & Christopher Shaw<br>6100 Seagull St. NE #205<br>Albuquerque, NM 87109 | Daniel E. Boyle, Jr.<br>c/o Robert Fiser & Christopher Shaw<br>6100 Seagull St. NE #205<br>Albuquerque, NM 87109 | Steven R. Hyder<br>c/o Robert Fiser & Christopher Shaw<br>6100 Seagull St. NE #205<br>Albuquerque, NM 87109 |
| Charles Cobb V<br>c/o Robert Fiser & Christopher Shaw<br>6100 Seagull St. NE #205<br>Albuquerque, NM 87109 | Patrick O Russell<br>c/o Robert Fiser & Christopher Shaw<br>6100 Seagull St. NE #205<br>Albuquerque, NM 87109 | Richard E. Hyder<br>c/o Robert Fiser & Christopher Shaw<br>6100 Seagull St. NE #205<br>Albuquerque, NM 87109 |

D. J. Elkins
c/o Robert Fiser & Christopher Shaw
6100 Seagull St. NE #205
Albuquerque, NM 87109

Michael T. Hamilton
c/o Robert Fiser & Christopher Shaw
6100 Seagull St. NE #205
Albuquerque, NM 87109

Fred J. Matteucci
c/o Robert Fiser & Christopher Shaw
6100 Seagull St. NE #205
Albuquerque, NM 87109

Camille McRae, J.V.
c/o Robert Fiser & Christopher Shaw
6100 Seagull St. NE #205
Albuquerque, NM 87109

Frank A. Welker
c/o Robert Fiser & Christopher Shaw
6100 Seagull St. NE #205
Albuquerque, NM 87109

O. L. Ely
c/o Robert Fiser & Christopher Shaw
6100 Seagull St. NE #205
Albuquerque, NM 87109

Babetta Berkshire
c/o Robert Fiser & Christopher Shaw
6100 Seagull St. NE #205
Albuquerque, NM 87109

Kyle E. Rutledge
c/o Robert Fiser & Christopher Shaw
6100 Seagull St. NE #205
Albuquerque, NM 87109

Oxy USA Inc.
5 Greenway Plaza, Suite 110
Houston, TX 77046

Upstart Exploration, Inc.
339 N. Sterling St.
LaFayette, LA 70501

United States of America
Bureau of Indian Affairs
Attn: Judy Robbin
P O Box 61129
Houston, TX 77208-1129

Minerals Management Service
P O Box 25165
Denver, CO 80225

Geneve W. Huffy
408 Cimmarron Tri
Carlsbad, NM 88220

State of New Mexico Energy Minerals
Attn: David K Brooks
New Mexico Oil Conservation Division
1220 S St. Francis Drive
Santa Fe, NM 87505

Joe Christesson
2301 Southside River Road
Farmington, NM 87401

Mark and Elsie Gonzales
1100 Juan Tabo NE
Albuquerque, NM 87112

William H. Hagler
4421 Bella Vista Circle
Farmington, NM 87401

James Martin Truss
Cox & Smith Inc.
112 E Pecan St., Suite 1800
San Antonio, TX 78205-1521

Keith Kleist
12032 North 114th Way
Scottsdale, AZ 85259

M.T. Partners II
c/o Butler Company
6101 Rogers Ave. NE
Albuquerque, NM 87110

Josephine Michael
4617 Rio Grande Blvd. NW
Albuquerque, NM 87107

Guerrie B. Robertson
2126 Harbor Lane
Vero Beach, FL 32963

Rocky Mountain Geotech
c/o Matthew J. Terry
825 Pennsylvania NE
Albuquerque, NM 87110

Louis Slusky
2626 South Loop West Suite 110
Houston, TX 77054

J. D. Sphar
P O Box 2438
Corrales, NM 87048

Team Resources
646 Edgewater Rd.
Wichita, KS 67230

Don Thompson
P O Box 656
Henderson, KY 42426

D. B. and G. L. Trubey
1380 Deer Creek Drive
P O Box 609
Cedaredge, CO 81413

Terry Wade
P O Box 3004
Farmington, NM 87499

James P. Young
4715 Sherwood NE
Albuquerque, NM 87109