UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| IN RE: | § | |
| | § | CASE NO. **03-36974-H2-11** |
| **Golden Oil Company** | § | CHAPTER 11 |
| *a Delaware Corporation* | § | |
| DEBTOR | § | |

# BALLOT SUMMARY FOR CONFIRMATION
## OF THIRD AMENDED AND RESTATED JOINT PLAN OF REORGANIZATION

TO THE HONORABLE UNITED STATES BANKRUPTCY JUDGE:

COMES NOW, Peter Johnson, Counsel for **Golden Oil Company** (hereinafter "Debtor") and files this tabulation and summary of the ballots cast by creditors to the Third Amended and Restated Joint Plan of Reorganization ("Plan") and reports as follows:

1. A copy of the Plan, Disclosure Statement, Order and Notice for Hearing, together with an official form of ballot were served on all parties-in-interest in this proceeding in accordance with the order of the court.

2. In compliance with this Courts order, all ballots received were tabulated and counted. Attached hereto as Exhibit "A" is a detail compilation of the ballots received which are summarized as follows:

| *Classification* | *Accept* | *Reject* | *Amount accepting* | *Number accepting* |
|---|---|---|---|---|
| **1.Taxing Authorities** | | | | |
| **2.Secured Creditors (insiders)** | | | | |
| Ralph McElvenny, Jr | 1/$720,510 | | *100%* | *100%* |
| Instrument Specialties | 1/$299,442 | | *100%* | *100%* |
| Aeropanel | 1/$399,678 | | *100%* | *100%* |
| **3.Unsecured Creditors** | 11/$1,015,964 | 6/$89,800 | *91.9%* | *64.7%* |
| **4.Stockholders** | No Vote Class | | | |
| **5. MLG** | 31/$8,235,717 | | *100%* | *100%* |

3. All voting classes have accepted the Plan under the requirements of 11 U.S.C. 1126.

Respectfully submitted May 27, 2004.

                              LAW OFFICES OF PETER JOHNSON

          By:_____
                PETER JOHNSON
                Eleven Greenway Plaza
                Summit Tower, Suite 2820
                P.O. Box 980877
                Houston, Texas 77098-0877
                Telephone (713) 552-0025
                Telefax (713) 552-1433
                State Bar No. 10778400
                Federal Bar No. 2475
                Attorney for Debtor

## **CERTIFICATE OF SERVICE**

     I hereby certify that a true and correct copy of the foregoing instrument was served upon all parties as listed on the attached notice list by electronic notice pursuant to Local Rule or by regular U.S. mail, postage prepaid on this May 27, 2004. Such service list includes the Debtor, the United States Trustee, the twenty (20) largest unsecured creditors, the Official Unsecured Creditors' Committee, and all parties requesting notice pursuant to Bankruptcy Rule 2002.

                                        _____
                                        PETER JOHNSON

# Chapter 11 Creditor Ballot Listing

| | | | | | Tabulated as of: | 5/27/2004 16:56 |
|---|---|---|---|---|---|---|

Golden Oil Company

| | **CREDITOR - BALLOT SUMMARY** | | | | **AMOUNT VOTED FOR PLAN** | **AMOUNT VOTED AGAINST PLAN** |
|---|---|---|---|---|---|---|
| **CLASS 1 PRIORITY CLAIMS:** | | | | | | |
| | *Creditor* | | | | | |
| 1a | Internal Revenue Service | | | | | |
| 1c | Harris County/City Houston | | | | | |
| 1c | Houston ISD | | | | | |
| 1b | State of New Mexico | | | | | |
| | | $     - | | $     - | | |
| **CLASS 2 SECURED CLAIMS:** | | | | | | |
| 2a | Ralph McElvenny, Jr | (insider claim) | | | $ 720,510.00 | |
| 2a | Instrument Specialties | (insider claim) | | | $ 299,442.00 | |
| 2a | Aeropanel | (insider claim) | | | $ 399,678.00 | |
| 2b | State of New Mexico | | | | | |
| | | $     - | | $     - | $ 720,510 | $     - |
| | | | | Votes | 3 | 0 |
| | | | | Insider Votes | 3 | |

**Golden Oil Company**

| **BALLOT SUMMARY** | | | **CLASS:** | 2 | | |
|---|---|---|---|---|---|---|
| As of: May 27, 2004 | | | | | | |
| $/Accepting | $/Rejecting | #/Accepting | #/Rejecting | Dollars Voting | Number Voting | |
| **$ 720,510.00** | **$     -** | **3** | **0** | **$720,510** | **3** | |
| **100.00%** | **0.00%** | **100.00%** | **0.00%** | | | |

# Chapter 11 Creditor Ballot Listing

Tabulated as of: 5/27/2004 16:56

Golden Oil Company

| | CREDITOR - BALLOT SUMMARY | | | | | AMOUNT VOTED FOR PLAN | AMOUNT VOTED AGAINST PLAN |
|---|---|---|---|---|---|---|---|
| | **CLASS 3a ALL OTHER GENERAL UNSECURED CLAIMS AND INTEREST OF LIMITED PTRSP - DEBTOR GP** | | | | | | |
| | *Creditor* | | | | | | |
| 1 | Compressor Systems | Election | | | | $ 12,079.00 | |
| 2 | Ivy Realty* | | | | | $ 92,801.54 | |
| 3 | Michael Bisone* (Old Wages) | Election | | | | | $ 32,708.00 |
| 4 | Natural Gas Fuels* | | | | | | $ 14,657.40 |
| 5 | Farris, Elizabeth | Election | | | | $ 2,974.00 | |
| 6 | Huff, Geneva | Election | | | | $ 3,453.43 | |
| 7 | Truskowski, Gerome | Election | | | | $ 196.72 | |
| 8 | Vincent, Frank S | Election | | | | $ 607.42 | |
| 9 | Knutzen's Office Furniture | Election | | | | $ 4,115.19 | |
| | Hagler, William | | | | | $ 800.00 | |
| | | $ - | $ - | $ - | Amount Vote | $ 117,027.30 | $ 47,365.40 |
| | | | | | Votes | 8 | 2 |
| | | | | | **Insider Votes** | 0 | |
| | **CLASS 3b WORKING INTEREST OR JOINT INTEREST HOLDERS :** | | | | | | |
| | *Creditor* | | | | | | |
| 10 | ENERDYNE CORPORATION | | | | | | $ 3,967.00 |
| 11 | HAGLER, WILLIAM H. | | | | | $ 804.60 | |
| 12 | SLUSKY, ELLIOT | | | | | | $ 5,707.39 |
| 13 | SLUSKY, HARVEY | | | | | | $ 5,707.39 |
| 14 | | | | | | | |
| | | $ - | $ - | $ - | Amount Vote | $ 804.60 | $ 15,381.78 |
| | | | | | Votes | 1 | 3 |
| | | | | | Insider Votes | 0 | |
| | **CLASS 3c OVERRIDING ROYALTY INTEREST UNSECURED CLAIMS :** | | | | | | |
| | *Creditor* | *Scheduled Claim* | *Filed Claim* | | | | |
| 15 | Oxy USA * | | | | | | |
| 16 | Nortex* | Election | | | | $ 227,133.00 | |
| 17 | Amoco* | | | | | | |
| 18 | Roy Gordon* | | | | | | |
| 19 | Taurus* | | | | | | |
| 20 | Enron* | | | | | | |
| 21 | Hanson McBride Petro* | | | | | | $ 27,052.86 |
| 22 | EOG Resources | | | | | $ 671,000.00 | |
| | | $ - | $ - | $ - | Amount Vote | $ 898,133.00 | $ 27,052.86 |
| | | | | | Votes | 2 | 1 |
| | | | | | Insider Votes | 0 | |

**Golden Oil Company**

**BALLOT SUMMARY**                                             **CLASS:**   3

As of: May 27, 2004

| | $/Accepting | $/Rejecting | #/Accepting | #/Rejecting | Dollars Voting | Number Voting |
|---|---|---|---|---|---|---|
| | $ 1,015,964.90 | $ 89,800.04 | 11 | 6 | $1,105,765 | 17 |
| | 91.88% | 8.12% | 64.71% | 35.29% | | |

# Chapter 11 Creditor Ballot Listing

Golden Oil Company

Tabulated as of: 5/27/2004 16:56

## CREDITOR - BALLOT SUMMARY

**CLASS 5**

| # | Creditor | Scheduled Claim | Filed Claim | | | | AMOUNT VOTED FOR PLAN | AMOUNT VOTED AGAINST PLAN |
|---|---|---|---|---|---|---|---|---|
| 22 | HAMILTON, MICHAEL T. | * | | | | | $ 115,572.00 | |
| 23 | HF & EK MCKAY TRUST | * | | | | | $ 88,919.00 | |
| 24 | HYDER, RICHARD E. | * | | | | | $ 115,572.00 | |
| 25 | HYDER, STEVEN | * | | | | | $ 67,001.00 | |
| 26 | KAISER, WILLIAM | * | | | | | $ 115,572.00 | |
| 27 | Lotspeich, George* | * | | | | | $ 884,808.00 | |
| 28 | BERKSHIRE, BABETTA | * | | | | | $ 115,572.00 | |
| 29 | BERKSHIRE, FAYE | * | | | | | $ 115,572.00 | |
| 30 | BERKSHIRE, GARY OBERG | * | | | | | $ 420,174.00 | |
| 31 | BIRDSELL, ANDRE | * | | | | | $ 115,572.00 | |
| 32 | BORLE IRREVOCABLE TRUST | * | | | | | $ 1,025,690.00 | |
| 33 | BOYLE, DANIEL E., JR. | * | | | | | $ 115,572.00 | |
| 34 | COBB, CHARLES V | * | | | | | $ 115,572.00 | |
| 35 | COLBERG, MALCOM G. | * | | | | | $ 115,572.00 | |
| 36 | DAY, DORTHY R. | * | | | | | $ 283,202.00 | |
| 37 | EL PAMCO, INC. | * | | | | | $ 247,043.00 | |
| 38 | ELKINS, D.J. AND D.P. | * | | | | | $ 115,572.00 | |
| 39 | ELKINS, DAVE P. | * | | | | | $ 134,896.00 | |
| 40 | ELKINS, LYNN E. | * | | | | | $ 22,988.00 | |
| 41 | ELY, O.L. | * | | | | | $ 115,572.00 | |
| 42 | KLEINEGGER, JAS BETTY | * | | | | | $ 115,572.00 | |
| 43 | MATTEUCCI, FRED | * | | | | | $ 288,151.00 | |
| 44 | MAYHEW, PAMELA | * | | | | | $ 94,986.00 | |
| 45 | MAYHEW, WILLIAM J. | * | | | | | $ 94,986.00 | |
| 46 | MCCARY, ROYCE | * | | | | | $ 902,049.00 | |
| 47 | MCKAY, HORACE F., JR. | * | | | | | $ 249,199.00 | |
| 48 | MCRAE, CAMILLE J.V. | * | | | | | $ 70,321.00 | |
| 49 | MUCHMORE, THOMAS M. | * | | | | | $ 81,336.00 | |
| 50 | OBERG, LINDA | * | | | | | $ 115,572.00 | |
| 51 | OBERG, MICHAEL L. | * | | | | | $ 179,994.00 | |
| 52 | RUSSELL, PATRICK O. | * | | | | | $ 792,615.00 | |
| 53 | RUTLEDGE, KYLE E. | * | | | | | $ 115,572.00 | |
| 54 | WELKER, DONALD J. | * | | | | | $ 127,153.00 | |
| 55 | WELKER, FRANK A. | * | | | | | $ 115,572.00 | |
| 56 | ZEMKE (HYDEN) PAULINE | * | | | | | $ 379,625.00 | |
| 57 | ZEMKE, FR | * | | | | | $ 67,001.00 | |
| | | $ - | $ - | $ - | | Amount Vote | $ 8,235,717.00 | $ - |
| | | | | | | Votes | 31 | 0 |
| | | | | | | Insider Votes | 0 | $ - |

## BALLOT SUMMARY     CLASS: 5

As of: May 27, 2004

| $/Accepting | $/Rejecting | #/Accepting | #/Rejecting | Dollars Voting | Number Voting |
|---|---|---|---|---|---|
| $ 8,235,717.00 | $ - | 31 | 0 | $8,235,717 | 31 |
| 100.00% | 0.00% | 100.00% | 0.00% | | |

In re Golden Oil Company
Case No. 03-36974

Golden Oil Company
2200 Post Oak Blvd, S-720
Houston, Texas 77056

Peter Johnson
Law Offices of Peter Johnson
Eleven Greenway Plaza
2820 Summit Tower
Houston, TX 77046

United States Trustee
515 Rusk Ave., Suite 3516
Houston, TX 77002

Securities & Exchange Commission
Attn: Angela Dodd
175 W. Jackson Blvd, Suite 900
Chicago, IL 60604-2908

**Committee of Unsecured Creditors:**

Nortex Corporation
Attn: Al Dugan
1415 Louisiana, Suite 3100
Houston, TX 77002

Energen Resources fka Taurus Exploration
Attn: Joe (Rusty) Cook
605 Richard Arrington Jr. Blvd N.
Birmingham, AL 35203-2707

George Lotspeich
4011 Mesa Verda
NE Albuquerque, NM 87110

Douglas S. Draper, Esq
Heller, Draper, Hayden, Patrick & Horn
650 Poydras St., Suite 2500
New Orleans, LA 70130

**Priority and Secured Creditors:**

New Mexico Taxation and Revenue Department
Oil and Gas Bureau/Attn: Mr. Valdean Severson
1200 South St. Francis Drive
PO Box 5374
Santa Fe, NM 87502

Aeropanel Corporation
550 Post Oak Blvd. Suite 525
Houston, TX 77027

Instrument Specialties Company, Inc.
550 Post Oak Blvd. Suite 525
Houston, TX 77027

Ralph T. McElvenny, Jr.
550 Post Oak Blvd., Suite 550
Houston, TX 77027

**20 Largest Unsecured Creditors:**

Mineral Management Service
Bureau of Land Mgmt/ Dept. Of the Interior
P.O. Box 5810 T.A.
Denver, CO 80217

State of New Mexico
Oil Conservation Division
1000 Rio Brazos Road
Aztek, NM 87410

Brown Development
5600 W. Lovers Lane, Suite 305
Dallas, TX 75209

Enron Oil & Gas Company
P.O. Box 840321
Dallas, TX 75234

Hanson-Mcride Petroleum
P.O. Box 1515
Roxwell, NM 88201

Scythian, Ltd.
300 N. Marienfeld, Suite 850
Midland, TX 79701

George O. Lotspeich
4011 Mesa Verde N.E.
Albuquerque, NM 87110

Ron J. Gordon
4900 Modoc Road
Las Cruces, NM 88011

Davis, Graham & Stubbs
P.O. Box 185
Denver, CO 80201

Triple P Well Services
P.O. Box 107
Farmington, NM 87401

Cimarron Oilfield Services, Inc.
P.O. Box 3235
Farmington, NM 87499

Compressor Systems, Inc.
P.O. Box 841807
Dallas, TX 75284

**Lease Holders:**

Jicarilla Apache Nation
P.O. Box 950
Dulce, NM 87528

**Parties Requesting Service:**

James S. Simko / Judith Matlock
Davis Graham & Stubbs, LLP
1550 Seventeeth Street, Suite 500
Denver, CO 80202

Minerals Management Service Royalty Management Program-Office of Enforcement
Attn: Cherry M. Mallard
P.O. Box 25165, Mail Stop 370b2
Denver, CO 80225

Michael A. Bisone
11939 Brook Meadows
Stafford, TX 77477

Christopher D Shaw, Esq
Dolan & Domenici, P.C.
6011 Seagull Street NE, S205
Albuquerque, NM 87109

Robert M. Fiser, Esq.
6011 Seagull Street NE, S205
Albuquerque, NM 87109

Phillip Eisenberg, Esq./Elizabeth Freeman, Esq.
Locke, Liddell & Sapp, LLP
600 Travis Street
3400 Chase Tower
Houston, TX 77002

W. Hunter Shurtleff, Esq
Davis & Davis
P O Box 3610
Bryan, TX 77805-3610

Adam Q. Voyles
Heard Robins Cloud Lubel & Greenwood
910 Travis, Suite 2020
Houston, TX 77002

DeAnn L. Owen, Attorney
Office of Solicitor, Rocky Mt. Region
755 Parfet St., Suite 151
Lakewood, CO 80215

EOG Resources, Inc.
c/o Marcy E. Kurtz
Bracewell & Patterson, LLP
711 Louisiana, Suite 2900
Houston, TX 77002