IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| IN RE: | § | |
| GOLDEN OIL COMPANY | § | CASE NO: 03-36974 |
| Debtor(s) | § | |
| | § | CHAPTER 11 |

## ORDER CONCLUDING CONFIRMATION HEARING
## AND FURTHER PROVIDING WITH RESPECT TO CASE MANAGEMENT (# 224)

The Court commenced the confirmation hearing in this case on May 28, 2004. All objections to confirmation were withdrawn except for the objection to feasibility of the plan if the Minerals Management Services (MMS) claim is allowed in an amount that makes the plan not feasible (the "Reserved Issues").

Without objection, the Court received proffered testimony with respect the confirmation requirements set forth in Bankruptcy Code section 1129. The deadline for objections to confirmation have passed and the Court closed evidence at the conclusion of the hearing with respect to plan confirmation except with respect to the Reserved Issues. The Court concluded that the confirmation requirements are met, except with respect to the Reserved Issues.

To provide for case management and for determination of the Reserved Issues, it is ordered that:

1. The plan proponents shall prepare a final chapter 11 plan and form of confirmation order and shall circulate these documents to all parties that appeared at the confirmation hearing. The final proposed form of plan and order shall be filed with the Court not later than June 15, 2004.

2. The confirmation hearing, with respect to the Reserved Issues, is continued to June 18, 2004 at 9:30 a.m. and will be continued from time to time after that until determination of the Reserved Issues and thus determination whether the plan will be confirmed.

3. The right is reserved to any party in interest to file for appropriate relief if, at any time prior to consummation of the plan, the party believes that relief is appropriate under section 1112(b)(2) or another provision of the Bankruptcy Code.

SIGNED 05/28/2004

WESLEY W STEEN
United States Bankruptcy Judge

BAE SYSTEMS
Enterprise Systems Incorporated
11487 Sunset Hills Road
Reston, Virginia 20190-5234

# CERTIFICATE OF SERVICE

```
District/off: 0541-4            User: vcur                  Page 1 of 4                   Date Rcvd: Jun 02, 2004
Case: 03-36974                  Form ID: pdf001             Total Served: 178


The following entities were served by first class mail on Jun 04, 2004.
db         +Golden Oil Company,    550 Post Oak Blvd,    Suite 550,    Houston, TX 77027-9497
aty        +Adam Q Voyles,    Heard Robins et al,    910 Travis,    Ste 2020,    Houston, TX 77002-5891
aty        +Christopher D Shaw,    Dolan & Domenici PC,    6100 Seagull St NE,    Ste 205,
             Albuquerque, NM 87109-2500
aty        +David K Brooks,    Attorney at Law,    1220 South St Francis Dr,    Santa Fe, NM 87505-4000
aty        +DeAnn L Owen,    Dept of Interior,    755 Parfet St,    Ste 151,    Lakewood, CO 80215-5599
aty        +Douglas S Draper,    Heller Draper et al,    650 Poydras St,    Ste 2500,    New Orleans, LA 70130-6175
aty        +Douglas S Draper,    Heller Draper Hayden Patrick & Horn, LLC,    650 Poydras Street,    Suite 2500,
             New Orleans, LA 70130-6175
aty        +Edward L Rothberg,    Weycer Kaplan Pulaski & Zuber,    11 Greenway Plz,    Ste 1400,
             Houston, TX 77046-1173
aty        +Elizabeth Carol Freeman,    Locke Liddell et al,    600 Travis,    Ste 3500,    Houston, TX 77002-2910
aty        +Hector Duran,    Office of U S Trustee,    515 Rusk St,    Ste 3516,    Houston, TX 77002-2604
aty        +Hugh Massey Ray, III,    Weycer Kaplan Pulaski and Zuber PC,    Eleven Greenway Plz,    Ste 1400,
             Houston, TX 77046-1173
aty         James C Jacobsen,    NM Attorney Generals Office,    111 Lomas Blvd NW,    Ste 300,
             Albuquerque, NM 87102-2368
aty        +Jeffery R Koch,    Shannon Martin et al,    909 Fannin St,    Ste 2400,    Houston, TX 77010-1026
aty         John P Dillman,    PO Box 3064,    Houston, TX  77253-3064
aty        +Judy Aschenbeck Robbins,    Office of U S Attorney,    P O Box 61129,    Houston, TX 77208-1129
aty        +Marcy E Kurtz,    Bracewell & Patterson,    711 Louisiana,    Ste 2900,    Houston, TX 77002-2781
aty        +Patrick L Huffstickler,    Cox & Smith,    112 E Pecan,    Ste 1800,    San Antonio, TX 78205-1521
aty        +Pete V Domenici, Jr,    Dolan & Domenici PC,    6100 Seagull St NE,    Ste 205,
             Albuquerque, NM 87109-2500
aty        +Peter Johnson,    Summit Tower,    11 Greenway Plaza,    Suite 2820,    Houston, TX 77046-1114
aty         Peter Johnson,    Law Offices of Peter Johnson,    Eleven Greenway Plaza,    2820 Summit Tower,
             Houston, TX  77046
aty        +Robert M Fiser,    Attorney at Law,    6100 Seagull St NE,    Ste 205,    Albuquerque, NM 87109-2500
aty        +Steven Douglas Shurn,    Hughes Watters and Askanase,    1415 Louisiana,    Ste 3700,
             Houston, TX 77002-7392
aty        +W Steven Bryant,    Locke Liddell et al,    600 Travis,    Ste 3400,    Houston, TX 77002-2910
aty        +Wyley Hunter Shurtleff,    Daivs Davis,    PO Box 3610,    Bryan, TX 77805-3610
ust        +US Trustee,    Office of the US Trustee,    515 Rusk Ave,    Ste 3516,    Houston, TX 77002-2604
cr         +Andrea Birdsell,    6100 Seagull Street NE Suite 205,    Albuquerque, NM 87109-2500
sp         +Andrew L. Strong,    Campbell George & Strong LLP,    4265 San Felip Ste 700,    Houston, TX 77027-2926
cr         +Borle Irrevocable Trust,    6100 Seagull Street NE,    AlBuqerque,, NM 87109-2500
cr         +Camille McRae J.V.,    6100 Seagull Street NE Suite 205,    Albuquerque, NM 87109-2500
crcm       +Committee of Unsecured Creditors,    Heller Draper Hayden Patrick & Horn, LLC,    Douglas S. Draper,
             650 Poydras Street,    Suite 2500,    New Orleans, LA 70130-6175
cr         +Donald Welker,    6100 Seagull Street NE Suite 205,    Albuquerque, NM 87109-2500
cr         +FR Zemke,    6100 Seagull Street Suite 205,    Albuquerque, NM 87109-2500
cr         +Faye Berkshire,    6100 Seagull Street NE Suite 205,    Albuquerque, NM 87109-2500
cr         +Fred Matteucci,    6100 Seagull Street NE Suite 205,    Albuquerque, NM 87109-2500
cr         +Gary Berkshire,    6100 Seagull Street NE Suite 205,    Albuquerque, NM 87109-2500
intp       +Gary Norlander,    2724 Quincy NE,    Albuquerque, NM 87110-3054
cr         +HF & EF MCKay Trust,    6100 Seagull Street NE Suite 205,    Albuquerque, NM 87109-2500
cr          Harris County,    c/o John Dillman,    PO Bx 3064,    Houston, TX  77253-3064
cr          Harris County/City of Houston,    P O Box 3064,    Houston, TX  77253-3064
intp       +Henry Morgan,    3828 Colgate Avenue,    PO Box 12117,    Dallas, TX 75225-0117
sp         +Jeffrey R Koch,    Shannon, Martin et al,    2400 Two Houston Center,    909 Fannin,
             Houston, TX 77010-1014
cr         +Michael Bisone,    11939 Brook Meadows,    Stafford, TX 77477-1736
consult    +Michael E Luttrell,    13602 Fawcett Drive,    Houston, TX 77069-2454
cr         +Michael Oberg,    6100 Seagull Street NE Suite 205,    Albuquerque, NM 87109-2500
cr         +Pauline Zemke,    6100 Seagull Street NE Suite 205,    Albuquerque, NM 87109-2500
cr         +Royce McCary,    6100 Seagull Street NE Suite 205,    Albuquerque, NM 87109-2500
cr          State of New Mexico ,    Taxation and Revenue Dept,    c/o James C Jacobsen, Assist Atty Genera,
             111 Lomas Blvd, NW, Ste 300,    Albuquerque, NM  87102-2368
cr         +Steven Hyder,    6100 Seagull Street NE Suite 205,    Albuquerque, NM 87109-2500
cr         +United States of America (BIA),    910 Travis, Suite 1500,    P.O. Box 61129,    Houston, tx 77208-1129
cr         +United States of America (MMS/BIA),    910 Travis, Suite 1500,    P.O. Box 61129,
             Houston, TX 77208-1129
cr         +Wilburn Lee Bentley,    2722 Morris Ave,    Clovis, CA 93611-8531
cr         +William Kaiser,    6100 Seagull Street NE Suite 205,    Albuquerque, NM 87109-2500
3305528    +Adam Q Voyles,    910 Travis Suite 2020,    Houston Tx 77002-5891
2707555    +AeroPanel Corporation,    550 Post Oak Blvd., Suite 525,    Houston, TX 77027-9412
2707556    +Amoco Production Company,    P.O. Box 841521,    Dallas, TX 75284-1521
2935620    +Andre Birdwell,    Robert Fiser & Christopher Shaw,    6100 Seagull St Ne #205,
             Albuquerque NM 87109-2500
2723093    +BERKSHIRE, GARY OBERG,    P.O. BOX  295,    ESTANCIA, NM 87016-0295
2723095    +BREWER, J. MARK,    BREWER & PRITCHARD PC,    THREE RIVERWAY STE 1800,    Houston, TX 77056-1969
2935632    +Babetta Berkshire,    Robert Fiser & Christopher Shaw,    6100 Seagull St NE #205,
             Albuquerque NM 87109-2500
2723092    +Bankruptcy Section,    Securities & Exchange Commission,    500 West Madison, Suite 1400,
             Chicago, Illinois 60661-4554
2933569    +Boyle Irrevocable Trust,    Robert Fiser & Christopher Shaw,    6100 Seagull St Ne #205,
             Albuquerque MN 87109-2500
2982981    +Brewer & Pritchard PC,    Allison Waters,   #3 Riverway Suite 1800,    Houston Tx 77056-1969
2707557    +Brown Development,    5600 W. Lovers Lane, Suite 305,    Dallas, TX 75209-4319
2723097    +CHACE OIL COMPANY,    3170 Royal Lane,    Dallas, TX 75229-3700
2723098    +CHRISTESSON, JOE,    2301 SOUTHSIDE RIVER ROAD,    FARMINGTON, NM 87401-7863
2723101    +CONSOLIDATED NORTH AMER RESOURCES,    CONSOLIDATED NORTH AMER. RESOURCES, INC.,    820 PIEDRA VISTA NE,
             ALBUQUERQUE, NM 87123-1954
```

```
District/off: 0541-4          User: vcur                 Page 2 of 4               Date Rcvd: Jun 02, 2004
Case: 03-36974                Form ID: pdf001            Total Served: 178


2723102      +CRABTREE, W.R. AND L.,    1201 EAST 16TH STREET,     FARMINGTON, NM 87401-4247
2935476      +Camille McRae J.V.,    6100 Seagull St. NE #205,    Alburquerque, NM 87109-2500
2933540      +Chace Oil Company Inc,    c/o Robert Fiser & Christopher Shaw,    6100 Seagul St NE #205,
               Albuquerque NM 87109-2500
2934468      +Charles Cobb V,    Robert Fiser & Christopher Shaw,    6100 Seagul ST NE #205,
               Albuquerque NM 87109-2500
2933538      +Chase Oil company Inc,    c/o Robert Fiser & Christopher Shaw,    6100 Seagull ST NE #205,
               Albuquerque MN 87109-2500
2707558      +Cimmaron Oilfield Services, Inc.,    P.O. Box 3235,    Farmington, NM 87499-3235
3225586      +Citicorp Vendor Finance Inc,    1800 Overcenter Drive,    Moberly MO 65270-9466
2707559      +Compressor Systems, Inc.,    P.O. Box 841807,    Dallas, TX 75284-1807
2934487      +D J Elkins,    Robert Fiser & christopher Shaw,    6100 Seagul St Ne #205,    Albuquerque NM 87109-2500
2723104      +DAY, DORTHY R.,    141 WOLF RUN,    BARTONSVILLE, TX 76226-8427
2934459      +Daniel E Boyle Jr,    Robert Fiser & Christopher Shaw,    6100 Seagul St NE #205,
               Albquuerque NM 87109-2500
2933543      +Dave P Elkins,    c/o Robert Fiser & Christopher Shaw,    6100 Seagull St NE #205,
               Albuquerque MN 87109-2500
2707560      +Davis, Graham & Stubbs,    P.O. Box 185,    Denver, CO 80201-0185
2935085      +Donald J Welker,    Robert Fiser & Christopher Shaw,    6100 Seagull Street NE  #205,
               Albuquerque NM 87109-2500
2933547      +Dorothy R Day,    Robert Fiser & Christopher Shaw,    6100 Seagull St Ne #205,
               Albuquerque NM 87109-2500
2723105      +ELKINS, D.J. AND D.P.,    P.O. BOX  1326,    AZTEC, NM 87410-1326
2723106      +ELKINS, LYNN E.,    P.O. BOX 1377,    GRANTS, NM 87020-1377
2723107      +ENERDYNE CORPORATION,    ENERDYNE LLC,    12814 CENTRAL AVE. SE,    ALBUQUERQUE, NM 87123-3026
2934001      +EOG Resources Inc,    c/o Greg Danielson,    1550  17th Street Suite 500,    Denver CO 80202-1500
2723109       EOG Resources, Inc.,    333 Clay Street, Suite 4200,    P.O. Box 4362,    Houston, Texas 77210-4362
2933542      +El Pamco Inc,    Robert Fiser & Christopher Shaw,    6100 Seagull St NE #205,
               Albuquerque MN 87109-2500
2931937      +Energen Resources Corp,    c/o Philip G eisenberg,    600 Travis Suite 3400,    Houston Tx 77002-2910
2707563       Enron Oil Gas,    P.O. Box 840321,    Dallas, TX 75234
2934398      +Faye Berkshire,    Robert Fiser & Christopher Shaw,    6100 Seagull St NE #205,
               Albuquerque NM 87109-2500
2935618      +Frank A Welker,    6100 Seagull St. NE #205,    Alburquerque, NM 87109-2500
2935086      +Fred J Matteucci,    Robert Fiser & Christopher Shaw,    6100 Seagull Street NE,   #205,
               Albuquerque NM 87109-2500
2723111      +GONZALES, MARK AND ELSIE,    1100 JUAN TABO N.E.,    ALBUQUERQUE, NM 87112-5703
2933550      +Gary Berkshire,    Robert Fiser & Christopher Shaw,    6100 Seagull ST NE #205,
               Albuquerque MN 87109-2500
2964323      +Geneve W Huffy,    408 Cimmarron Trl,    Carlisbad Hm  88220-6602
2707567      +George Lotspeich,    4011 Mesa Verde N.E.,    Albuquerque, NM 87110-7729
2935636      +George O Lotspeich,    Robert Fiser & Christopher Shaw,    6100 Seagull St NE #205,
               Albuquerque NM 87109-2500
2707568      +Golden Oil Company,    2200 Post Oak Blvd,    Suite 720,    Houston, TX 77056-4700
2933548      +H.F., Jr. & E.K. McKay Trust,    Robert Fiser & Christopher Shaw,    6100 Seagull ST NE #205,
               Albuquerque NM 87109-2500
2723112      +HAGLER, WILLIAM H.,    4421 BELLA VISTA CIRCLE,    FARMINGTON, NM 87401-9273
2707569      +Hanson-McBride Petroleum,    P.O. Box 1515,    Roswell, NM 88202-1515
2773631       Harris County/City of Houston,    Attorney for Creditor,    PO Box 3064,    Houston TX 77253-3064
2924843       Harvey & Elliot Slushky,    c/o Adam Q kVoyles,    910 Travis Sutie 2020,    Houston Tx 77002
2934403      +Horace F McKay Jr,    Robert Fiser & Christopher Shaw,    6100 Seagul St NE #205,
               Albuquerque NM 87109-2500
2773633       Houston ISD,    Attorney for Creditor,    PO Box 3064,    Houston TX 77253-3064
2927805      +Instrument Specialties Co., Inc.,    550 Post Oak Blvd.,    Suite 545,    Houston, TX 77027-9410
2707571      +Instrument Specialties Company,    550 Post Oak Blvd., Suite 525,    Houston, TX 77027-9412
2707572      +Internal Revenue Service,    Special Procedures Branch,    Bankruptcy Section, Mail Code 5022HOU,
               1919 Smith Street,    Houston, TX 77002-8049
3305576      +Internal Revenue Services,    1919 Smith Street,    Houston Tx 77002-8049
2723115      +Ivy Realty Trust,    C/O Bradford Management,    12801 North Central Expressway,    Suite 1600,
               Dallas, TX 75243-1737
2819908      +Ivy Realty Trust,    5847 San Felipe,    Suite 850,    Houston, Texas 77057-3283
2723116       JAMES MARTIN TRUSS,Esq,    Attorney for NGFC,    COX & SMITH INC.,    112 E PECAN ST STE 1800,
               San Antonio, TX 78205-1521
2707573      +Jicarilla Apache Tribe,    P.O. Box 950,    Dulce, NM 87528-0950
2723118      +KLEIST, KEITH,    12032 NORTH 114TH WAY,    SCOTTSDALE, AZ 85259-2612
2935642      +Kyle E Rutledge,    Robert Fiser & Christopher shaw,    6100  Seagul St Ne #205,
               Albuquerque NM 87109-2500
2931646      +Lillian Crabtree,    1201 E 16th St,    Farmington New Mexico 87401-4247
2933544      +Lynn E Elkins,    Robert Fiser & Christopher Shaw,    6100 Seagull ST NE #205,
               Albuquerque NM 87109-2500
2723119      +M.T. PARTNERS II,    C/O BUTLER COMPANY,    6101 ROGERS AVE. NE,    ALBUQUERQUE, NM 87110-1284
2723121      +MICHAEL, JOSEPHINE,    P.O. BOX  2636,    MILAN, NM 87021-2636
2723122      +MICHAEL, TOBY,    4617 RIO GRANDE BLVD., NW,    ALBUQUERQUE, NM 87107-5519
2723123      +MILLER, B.W.,    B.W. OR MARY JANE MILLER,    1409 STAGECOACH LANE S.E.,    ALBUQUERQUE, NM 87123-4428
2934449      +Malcolm G. Colberg,    Robert Fiser & Christopher Shaw,    6100 Seagull ST NE #205,
               Albuquerque NM 87109-2500
2723120      +Matteucci, Fred J.,    P.O. Box 91782,    Albuquerque, New Mexico 87199-1782
2755502      +Michael A Bisone, x-Controller,    11939 Brook Meadows,    Stafford Tx 77477-1736
2933535      +Michael Oberg,    c/o Robert Fiser & Christopher Shaw,    6100 Seagull ST NE #205,
               Albuquerque MN 87109-2500
2934498      +Michael T Hamilton,    Robert Fiser & Christopher Shaw,    6100 Seagul St Ne #205,
               Albuquerque NM 87109-2500
2707575      +Minerals Management Service,    Bureau of Land Management,    Dept of Interior,    P.O. Box 5810 T.A.,
               Denver, CO 80217-5810
```

```
District/off: 0541-4          User: vcur                 Page 3 of 4             Date Rcvd: Jun 02, 2004
Case: 03-36974                Form ID: pdf001            Total Served: 178

2932616     +Minerals Management Service,    PO Box 25165,    Denver, CO 80225-0165
2964220     +Minerals Management Service,    PO Box 25165, MS370B2,    Denver CO 80225-0165
2707576     +Minerals Managment Services,    Bureau of Land Mangement,    Dept of Interior,    P.O. Box 5810 T.A.,
              Denver, CO 80217-5810
2723126     +Minolta,   100 Williams Drive,    Ramsey, NJ 07446-2907
2723127     +N.M. & ARIZONA LAND COMPANY,    3033 NORTH 44TH ST. #270,    PHOENIX, AZ 85018-7228
2723128     +Natural Gas Fuel Company,    621 17th Street, Suite 1450,    Denver, Colorado 80293-0621
2707578     +New Mexico & Arizona Land Company,    3033 North 44th Street #270,    Phoenix, AZ 85018-7228
2707579     +Nortex Corporation,    1415 Louisiana, Suite 3100,    Houston, TX 77002-7353
2764134      Nortex Corporation,    Attorney for Creditor,    800 First City Tower, 1001 Fannin Street,
              Houston, Texas 77002-6707
2935626     +O L Ely,   Robert Fiser & Christopher Shaw,    6100 Seagull St NE #205,    Albuquerque NM 87109-2500
2723132     +OBERG, MICHAEL L.,    MICHAEL & LINDA OBERG,    FNB ATTN: SPECIAL ASSETS,    P.O. BOX  1305,
              ALBUQUERQUE, NM 87103-1305
2935662     +Oxy USA Inc,    #5 Greenway Plaza, Suite 110,    Houston Tx 77046-0521
2707580     +Oxy USA, Inc.,    P.O. Box 841735,    Houston, TX 77284-1735
2933532     +Pamela Mayhew,    c/o Robert Fiser & Christopher Shaw,    6100 Seagull St NE #205,
              Albuquerque MN 87109-2500
2707581     +Paradigm Technologies Computer, Inc.,    1099 18th Street, Suite 2400,    Denver, CO 80202-1924
2686289     +Paradigm Technologies, Inc.,    1099 18th Street, Suite 2400,    Denver, CO 80202-1924
2934473     +Patrick O Russell,    Robert Fiser & Christopher Shaw,    6100 Seagull St NE #205,
              Albuquerque NM 87109-2500
2934453     +Pauline L Hyder,    Robert Fiser & Christopher Shaw,    6100 Seagull St NE #205,
              Albuquerque NM 87109-2500
2723136     +ROBERTSON, GUERRIE B.,    2126 HARBOR LANE,    VERO BEACH, FL 32963-3134
2723137     +ROCKY MOUNTAIN GEOTECH,    C/O MATTHEW J. TERRY,    825 PENNSYLVANIA N.E.,
              ALBUQUERQUE, NM 87110-7401
2707582     +Ralph T. McElvenny, Jr.,    550 Post Oak Blvd., Suite 550,    Houston, TX 77027-9497
2934478     +Richard E Hyder,    Robert Fiser & Christopher Shaw,    6100 Seagul St NE #205,
              Albuquerque NM 87109-2500
2707583     +Ron J. Gorden,    4900 Modoc Road,    Las Cruces, NM 88011-9318
2935598     +Royce McCary,    c/o Robert Fiser & Christopher Shaw,    6100 Seagull St NE d#205,
              Albuquerque MN 87109-2500
2723143     +SLUSKY, LOUIS,    LOUIS SLUSKY,    2626 SOUTH LOOP WEST  SUITE #110,    HOUSTON, TX 77054-2651
2723144     +SPAR, JOE,    J.D. SPHAR,    P.O. BOX  2438,    CORRALES, NM 87048-2438
2707584     +Scythian, Ltd.,    300 N. Marienfeld, Suite 850,    Midland, TX 79701-4387
2723141     +Slusky, Elliott S.,    3782 Plumb St,    Houston, TX 77005-2810
2723142     +Slusky, Harvey E.,    450 MEDICAL CENTER BLVD., #104,    Webster, TX 77598-4233
3028066      State Of New Mexico,    Taxation and Revenue Department,    PO Box 22690,
              Santa Fe New Mexico 87502-2690
2979497     +State Of New Mexico Energy, Minerals and etc,    Attn David K Brooks,
              New Mexico Oil Conservation Division,    1220 S St Francis Drive,    Santa Fe NM 87505-4000
2707586     +State of New Mexico,    Oil Conservation Division,    1000 Rio Brazos Road,    Aztek, NM 87410-1614
2707587     +State of New Mexico/ Oil and Gas Bureau,    Taxation and Revenue Department,
              1200 South St. Francis Drive,    P.O. Box 5374,    Sante Fe, NM 87502-5374
2934463     +Steven R Hyder,    Robert Fiser & Christopher Shaw,    6100 Seagul St NE #205,
              Albuquerque NM 87109-2500
2723148     +TAURUS EXPLORATION USA, INC.,    TAURUS EXPLORATION INC.,    2198 BLOOMFIELD HIGHWAY,
              FARMINGTON, NM 87401-8108
2723149     +TEAM RESOURCES,    TEAM RESOURCES CORP.,    646 EDGEWATER RD.,    WICHITA, KS 67230-9502
2723150     +THOMPSON, DON,    P.O. BOX 656,    HENDERSON, KY 42419-0656
2723152     +TRUBEY, D.B. AND G.L.,    1380 DEER CREEK DRIVE,    P.O. BOX 609,    CEDAREDGE, CO 81413-0609
2707588     +Taurus Exploration USA,    2198 Bloomfield Highway,    Farmington, NM 87401-8108
2918190     +The Westar Company,    PO Box 55347,    Houston Tx 77255-5347
2933546     +Thomas M Muchmore,    c/o Robert Fiser & Chrispher Shaw,    6100 Seagull St NE #205,
              Albuquerque NM 87109-2500
2707589     +Triple P Well Services,    P.O. Box 107,    Farmington, NM 87499-0107
2723153     +UPSTART EXPLORATION INC.,    339 N. STERLING ST.,    LAFAYETTE, LA 70501-4925
2954678      United States Of America/Bureau of Indian Affairs,    c/o Judy Robbin,    PO Box 61129,
              Houston Tx 77208-1129
2723154     +WADE, TERRY,    P.O. BOX 3004,    FARMINGTON, NM 87499-3004
2723155     +WELKER, DONALD J.,    P.O. BOX  947,    ELEPHANT BUTTE, NM 87935-0947
2836971     +Westar,    P.O. Box 55347,    Houston, TX 77255-5347
2933537     +William J Mayhew,    c/o Robert Fiser & Christopher Shaw,    6100 Seagull St NE #205,
              Albuquerque MN 87109-2500
3017948     +William Lee Bethery,    2722 Morris Ave,    Clovis GA 93611-8531
2723157     +YOUNG, JAMES P.,    4715 SHERWOOD N.E.,    ALBUQUERQUE, NM 87109-2819
2925085      onsolidted North America Resources Inc,    820 Predorce Vista NE,    Albuquenque MC 87123

The following entities were served by electronic transmission.
NONE.                                                                                             TOTAL: 0

              ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
aty          Simko
cr           Aeropanel Corporation
cr           City Of Houston
cr           EOG Resources Inc
cr           Elliot Slusky
cr           Energen Resources Corporation
cr           George O Lotspeich
cr           Houston I S D
cr           Instrument Specialties Co., Inc.
cr           Ivy Realty Trust
cr           Mineral Management Services
```

```
District/off: 0541-4            User: vcur              Page 4 of 4              Date Rcvd: Jun 02, 2004
Case: 03-36974                  Form ID: pdf001         Total Served: 178

                 ***** BYPASSED RECIPIENTS (continued) *****
 cr           Natural Gas Fuel Company
 cr           New Mexico Limited Partners
 cr           Nortex Corporation
 cr           Oil Conservation Division of The Energy, Minerals
 cr           Ralph McElvenny
 2723094      BODIAN, EUGENE L.
 2707561      ECCRA
 2707564      EOG Resources, Inc.
 2707562      Elliott S. Slusky
 2707565      FASB
 2707566      GAAP
 2707570      Harvey E. Slusky
 2934399      Linda Oberg,   Robert Fiser & Christopher Shaw,   6100 Seagul St NE #205
 2707574      Matteucci
 2707577      Natural Gas Fuel Company
 2894224      Natural Gas Fuel Company, Inc.
 2894313      Natural Gas Fuel Company, Inc.
 2723140      SCYTHIAN, LTD. (CIJV)
 2707585      SEC
 2723156      WILLIAM KAISER TRUST
 2934395      lllll
 cr*         +Gary Norlander,   2724 Quincy NE,   Albuquerque, NM 87110-3054
 2723091*    +Amoco Production Company,   P.O. Box 841521,   Dallas, TX 75284-1521
 2723096*    +Brown Development,   5600 W. Lovers Lane, Suite 305,   Dallas, TX 75209-4319
 2723099*    +Cimmaron Oilfield Services, Inc.,   P.O. Box 3235,   Farmington, NM 87499-3235
 2723100*    +Compressor Systems, Inc.,   P.O. Box 841807,   Dallas, TX 75284-1807
 2723103*    +Davis, Graham & Stubbs,   P.O. Box 185,   Denver, CO 80201-0185
 2723108*     Enron Oil Gas,   P.O. Box 840321,   Dallas, TX 75234
 2723110*    +George Lotspeich,   4011 Mesa Verde N.E.,   Albuquerque, NM 87110-7729
 2723113*    +Hanson-McBride Petroleum,   P.O. Box 1515,   Roswell, NM 88202-1515
 2723114*    +Internal Revenue Service,   Special Procedures Branch,   Bankruptcy Section, Mail Code 5022HOU,
                1919 Smith Street,   Houston, TX 77002-8049
 2723117*    +Jicarilla Apache Tribe,   P.O. Box 950,   Dulce, NM 87528-0950
 2723124*    +Minerals Management Service,   Bureau of Land Management,   Dept of Interior,   P.O. Box 5810 T.A.,
                Denver, CO 80217-5810
 2723125*    +Minerals Managment Services,   Bureau of Land Mangement,   Dept of Interior,   P.O. Box 5810 T.A.,
                Denver, CO 80217-5810
 2723131*    +NORTEX CORPORATION,   1415 LOUISIANA SUITE 3100,   HOUSTON, TX 77002-7353
 2723129*    +New Mexico & Arizona Land Company,   3033 North 44th Street #270,   Phoenix, AZ 85018-7228
 2723130*    +Nortex Corporation,   1415 Louisiana, Suite 3100,   Houston, TX 77002-7353
 2723133*    +Oxy USA, Inc.,   P.O. Box 841735,   Houston, TX 77284-1735
 2723134*    +Paradigm Technologies Computer, Inc.,   1099 18th Street, Suite 2400,   Denver, CO 80202-1924
 2723135*    +Ralph T. McElvenny, Jr.,   550 Post Oak Blvd., Suite 550,   Houston, TX 77027-9497
 2723138*    +Ron J. Gorden,   4900 Modoc Road,   Las Cruces, NM 88011-9318
 2723139*    +Scythian, Ltd.,   300 N. Marienfeld, Suite 850,   Midland, TX 79701-4387
 2723145*    +State of New Mexico,   Oil Conservation Division,   1000 Rio Brazos Road,   Aztek, NM 87410-1614
 2723146*    +State of New Mexico/ Oil and Gas Bureau,   Taxation and Revenue Department,
                1200 South St. Francis Drive,   P.O. Box 5374,   Sante Fe, NM 87502-5374
 2723147*    +Taurus Exploration USA,   2198 Bloomfield Highway,   Farmington, NM 87401-8108
 2723151*    +Triple P Well Services,   P.O. Box 107,   Farmington, NM 87499-0107
                                                                                          TOTALS: 32, * 25

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have served the attached document on the above listed entities in the manner shown, and prepared the Certificate of Service and that it is true and correct to the best of my information and belief.**

**First Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Jun 04, 2004**          **Signature:** _Joseph Speetjens_