IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| IN RE: | § | |
| GOLDEN OIL COMPANY | § | CASE NO: 03-36974 |
| Debtor(s) | § | |
| | § | CHAPTER 11 |

### ORDER CONTINUING CONFIRMATION HEARING (doc # 224)

The Court conducted a hearing this date. Consistent with the prior order (docket #306) continuing the confirmation hearing, the hearing is further continued to October 6, 2004.

SIGNED 06/18/2004

WESLEY W STEEN
United States Bankruptcy Judge