IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| IN RE: | § | |
| | § | |
| GOLDEN OIL COMPANY, | § | |
| a Delaware Corporation | § | CASE NO. 03-36974-H2-11 |
| | § | Chapter 11 |
| Debtor. | § | |

### ORDER CONFIRMING THIRD AMENDED AND RESTATED JOINT PLAN OF REORGANIZATION AS MODIFIED FILED BY DEBTOR GOLDEN OIL COMPANY, INC. AND RALPH T. MCELVENNY, AEROPANEL CORPORATION INC. AND INSTRUMENT SPECIALITIES COMPANY [Docket #224, 290, 292]

On April 23, 2004, the Debtor, Golden Oil Company, Inc., as debtor-in-possession, Ralph T. McElvenny, Jr. Aeropanel Corporation. and Instrument Specialties Co., Inc. ("Plan Proponents") filed their Third Amended and Restated Joint Plan of Reorganization (the "Plan"). This Court heard testimony and arguments of counsel, considered evidence, objections and responses on May 28, 2004.[1] Having considered the foregoing, this Court finds as follows:

### I. Background

1.  On May 12, 2003 (the "Petition Date"), the Debtor filed a voluntary petition for relief under Chapter 11 of Title 11 of the Bankruptcy Code, 11 U.S.C. §§101 et sq. (the "Bankruptcy Code"). The Debtor continues to operate its business and manage its property as a debtor-in-possession pursuant to §§ 1107 and 1108 of the Bankruptcy Code. No trustee has been appointed.

2.  The Plan contemplates a reorganization of the Debtor with revenue derived from operations to be utilized to fund payments under the Plan.

---

[1]Capitalized terms not defined in this Order shall have the meanings set forth in the Plan.

3.  In addition to operational revenues, the co-proponents of the Plan shall provide a substantial cash infusion to the Debtor by increasing the existing DIP Financing by $350,000. These funds shall be used to pay Allowed Administrative Expense Claims and other payments necessary to exit bankruptcy.

4.  The Third Amended Disclosure Statement referring to the Plan was approved by the Court on April 23, 2004.

5.  On April 30, 2004, the Debtor served (i) the Plan, (ii) the Third Amended Disclosure Statement, (iii) the Order Approving Third Amended Disclosure Statement and Fixing Time for Filing Acceptances or Objections to Plan, Combined with Notice Thereof, and notice of the confirmation hearing, and (iv) a ballot to all creditors and parties-in-interest.

6.  On May 26, 2004, the Plan Proponents filed a proposed Modification and Motion to approve Modification (Docket #290 "Modification" and 291 respectively). On May 27, 2004, the Plan Proponents filed a proposed amended modification to the Plan dealing only with paragraph 6.13 at Doc. #292 ( the "Amended Modification", collectively with Doc. #290, the "Modifications").  In addition, on May 26 and 27, 2004, the Modification and Amended Modification, respectively were served on all creditors and parties-in-interest.  The Modifications only affect McElvenny, Energen and EOG.  Since all of these parties have accepted the Modifications, there is no need to provide additional disclosure or re-solicit votes.

7.  Notice of the matters described in paragraph five (5) and six (6) to the creditors and parties in interest of the Debtor was adequate and appropriate.

## II.   Votes, Objections, and Resolutions

8. Class 1 consists of all pre-petition priority claims. The Plan provides that Class 1 Claims shall be paid in full subsequent to the Effective Date as specified in Article 5.1 of the Plan. Class 1 is not impaired and is deemed to have accepted the Plan.

9. Class 2 Claims are the Allowed Secured Claims of the co-proponents of the Plan and the State of New Mexico. Class 2 is impaired and voted to accept the Plan.

10. Class 3 Claims consists of Allowed Unsecured Claims against the Debtor. Class 3 is impaired and voted to accept the Plan.

11. Class 4 consists of the Interests of shareholders. The Plan provides that the Interests of shareholders shall be cancelled and that shareholders shall receive nothing. Class 4 is impaired and deemed to have voted to reject the plan.

12. Class 5 consists of the Allowed Unsecured Claims held by the MLG group. The Plan contains a settlement between the Plan Proponents and the MLG group which resolves years of litigation. The Court has considered the proposed settlement contained in the Plan and finds that the settlement is in the best interests of the estate and should be approved. Moreover, Class 5 is impaired and has voted to accept the Plan.

13. The following objections to confirmation were filed:

    a. <u>Doc. #248,249 filed by Harris County, City of Houston and HISD</u>. The basis for the objection was the claims are small and should be paid in cash rather than over time. The Plan Proponents agree to this treatment and will pay these claims in full on the Effective Date.

    b. <u>Doc. #250 filed by the United States of America on behalf of the Bureau of Indian Affairs ("BIA")</u> The objection has been resolved and the claim for plugging and abandonment filed by the BIA will be withdrawn in view of the following: (i) the Debtor has a bond; (ii) the Debtor agrees to comply with the provisions of 25 C.F.R. §211.23; (iii) the Debtor's agreement to escrow funds for plugging and abandonment costs as

        provided for in the Plan Modifications;(iv) the Debtor's acknowledgment as set forth in paragraph 40 of this Order that environmental liabilities are being excluded from discharge; and (v) the Debtor does not seek discharge of liabilities for plugging and abandonment of wells it operates.

c.    Doc. 252 filed by Douglas S. Draper. The basis for this objection is that the Plan discriminates unfairly because it provide a lien to secure payments due certain professionals for Allowed Administrative Expense Claims, but not to others. The objection is mistaken. Section 4.4 of the Plan provides for payment in full of all Allowed Administrative Claims. A lien is granted only to those Holders of Administrative Claims who agree to a different treatment. Thus, the plan complies with 11 U.S.C. §1129(a)(9)(A) and does not unfairly discriminate. Hence, the objection is overruled.

d.    Doc. 253 filed by the Official Committee of Unsecured Creditors. The first objection is that the Plan does not name the Disbursing Agent. The Plan Proponents have resolved this objection by agreeing to name Michael Luttrell, CPA as the Disbursing Agent. The second objection is that the Plan is not feasible because it does not disclose the terms of the $350,000 loan to be made by McElvenny to fund payments required by the Plan. McElvenny has agreed to resolve this objection by agreeing to add the $350,000 to the existing DIP Financing.

e.    Doc. 254 filed by the Natural Gas Fuel Company ("NGFC"). NFGC withdrew its objection at the confirmation hearing.

f.    Doc. #208, 243 filed by two individual shareholders. These shareholders did not appear at the hearing and their objections were therefore denied for want of prosecution.

g.    Doc. 265 filed by Energen. Various disputes arose between the Debtor and Energen concerning the amount, priority and security of Energen's claims and provisions for plugging and abandonment. The Debtor and Energen have settled these disputes. The settlement is embodied in the terms of the Plan Modifications. The Court has considered the proposed settlement contained in the Plan Modifications and finds that the settlement is in the best interests of the estate and should be approved. Moreover, Energen has voted to accept the Plan. The Court finds that Energen's objection is resolved by the Plan Modifications.

14. The Court finds that the Debtor has satisfied all applicable provisions of 11 U.S.C. §1129(a).

15. The Court finds that the Debtor is the owner and operator of the wells contained on the lands of the Jicarilla Apache Nation located in the State of New Mexico which are subject of agreements being assumed pursuant to the terms of the Plan.

16. The Court finds that the Plan, the Modification and Amended Modification do not discriminate unfairly with respect to each class of claims and interests.

17. The Court finds that the Plan, the Modification and Amended Modification are fair and equitable as to Class 4 in that no claim or interest junior to the interests of such class will receive or retain any property under the Plan.

18. Thus, the Court concludes that the Plan, the Modification and Amended Modification satisfy the requirements of 11 U.S.C. §1129(b).

### III. Order

It is therefore **ORDERED** that:

19. The above findings are incorporated herein and made the order of the Court.

20. The terms of the Plan, as modified by the Modifications, are appropriate and approved, as provided for herein.

21. All creditors and interest holders who have previously accepted the Plan are hereby deemed to have accepted the Modifications.

22. The time limits provided for in the Plan and Modifications are appropriate and approved.

23. The Plan, as modified by the Modifications, is confirmed. A copy of the Plan is attached hereto as Exhibit "A" and a copy of the Modification is attached hereto as Exhibit "B". A copy of the Amended Modification is attached as Exhibit "C". A copy of the Plan with the Modification redlined is attached as Exhibit "D". Hereafter, the Plan and the Modifications are collectively referred to as the "Plan".

24. Pursuant to Article 5.1 of the Plan, any holder of an Administrative Claim against the Debtor, except the U.S. Trustee with respect to quarterly fees and for expenses incurred in the ordinary course of operating the Debtor's business, shall file proof of such Claim or application for payment of such Administrative Claim on or within thirty (30) days after the Confirmation Date, with actual service upon counsel for the Debtor or such Holder's Administrative Claim will be forever barred and extinguished and such Holder shall, with respect to any such Administrative Claim be entitled to no distribution and no further notices. All pre-confirmation U.S. Trustee fees due as of the Effective Date, shall be paid when due or on the Effective Date.

25. Except as provided otherwise in the Plan, and subject only to the occurrence of the Effective Date of the Plan, the Debtor is hereby discharged from all debts as provided in the Bankruptcy Code and by this Order.

26. Subject only to the occurrence of the Effective Date of the Plan, any judgment at any time obtained, to the extent that such judgment is a determination of the personal liability of the Debtor with respect to any debt discharged hereunder is hereby rendered null and void.

27. Except as otherwise provided in the Plan, and subject only to the occurrence of the Effective Date of the Plan, all property of the Debtor's estate and all other property dealt

with by the Plan owned by the Debtor is vested in the Debtor free and clear of all claims and interest of creditors of the Debtor.

28. Except as provided in the Plan or this Order, as of the Confirmation Date, all entities which have held, currently hold or may hold a claim or other debt or liability that is discharged are permanently enjoined from taking any of the following actions on account of such discharged claims, debts or liabilities or terminated interests or rights: (i) commencing or continuing in any manner, any action or other proceeding against the Debtor or its properties; (ii) enforcing, attaching, collecting or recovering in any manner any judgment, award, decree or other award against the Debtor or its properties; (iii) creating, perfecting or enforcing any lien or encumbrance against the Debtor or its properties; (iv) asserting a setoff, right of subrogation or recoupment of any kind against any debt, liability or obligation due to the Debtor or its properties; and (v) commencing or continuing any action, in any manner, in any place that does not comply with or is inconsistent with the Plan.

29. All rights of the holders of claims or interests of all classes under the Plan, including, without limitation, the right to receive distributions on account of such Claims or interests, shall hereinafter be limited solely to the right to receive such distributions exclusively as provided in the Plan, and, to the extent applicable, the provisions of this Order. After the date hereof, the holders of such claims or interests shall have no other or further rights against the Debtor except as provided for in the Plan and this Order.

30. As part of the settlement provided for in Section 7 of the Plan, on the Effective Date, the Debtor, McElvenny, other Plan Proponents, and MLG shall be forever released and discharged from any and all claims, actions, suits, debts, accounts, Causes of Action,

agreements, promises, damages, judgments, demands and liabilities which any of them, the Debtor or Creditors and Persons receiving or who are entitled to receive distributions under the Plan may have against them in any way related to the Debtor (including its predecessors or Affiliates) or this Case, except for obligations maintained between the Debtor and MLG by the Settlement referred to in Article 7 of the Plan. Any liability to MLG from GOCO or any third party is limited to prepetition royalty payments and prepetition state taxes as set forth above as well as in the Plan and the settlement. These claims shall be non-recourse to MLG except as against right, title and interest to post June 30, 2004 revenues associated with the operation of rights, title and interest in Section 71 and Section 363 Leases. MLG shall release GOCO from any and all liabilities or claims, including those relating to wells located on the Section 71 Lease. MLG shall dismiss with prejudice the pending action in the First Judicial District Court in the State of New Mexico, including counter claims and third-party claims. MLG shall be allowed to request assistance of this Court to finalize, effectuate or obtain approval of any assignments or transfers required by the Plan or settlement. Approval of assignment or transfer shall not be unreasonably withheld by any Creditor or third party. On the later of the Effective Date or June 30, 2004, all rights, title and interest in the Section 71 and Section 363 leases (except for five wells on the 71 lease being worked-over, which will be transferred after collecting allowable charges for work over), shall be transferred to MLG. If the transfer cannot legally take place on the later of the Effective Date or June 30, 2004, then MLG shall be entitled to a transfer of all equitable interests in and to the Section 71 and Section 363 Leases (except for five wells on the 71 lease being worked-over, which will be transferred after collecting allowable charges for work over). This equitable transfer shall mean that MLG shall have the

rights to all income produced from said Leases net of any current royalties and taxes and the proportionate share of past due royalties payable under this Plan as well as Lease operating expense, equal to direct well expenses paid to third parties and a $300 per operating well operational fee.

31. As part of the settlement provided for in Amended Plan Modifications, on the Effective Date, the Debtor, McElvenny, other Plan Proponents, and Energen shall forever release and discharge each other from any and all claims, actions, suits, debts, accounts, Causes of Action, agreements, promises, damages, judgments, demands and liabilities which any of them may have in any way related to the Debtor (including its predecessors or Affiliates) or this Case, except for obligations maintained between the Debtor and Energen by the Settlement referred to in the Modifications. Additionally, the Court finds the Plan shall constitute a motion to compromise under Fed. R. Bankr. P. 9019 and that sufficient notice of the proposed compromises contained in the Plan has been provided. Accordingly, the Court approves the Plan as modified. All interested parties or creditors shall be entitled to request assistance of this Court to finalize, effectuate or obtain approval of any elements of the Plan or compromises.

32. On the Effective date, the Partnerships will be dissolved and each limited partner who has paid all capital contributions or working interests assessed by the Debtor or reorganized Debtor (or commenced timely arbitration in lieu of payment) shall receive a working interest in each well equal to their respective share of the partnership's interest. As a term of the compromise between MLG and GOCO, all of the Partnerships having any interest in the Section 71 and 363 Leases shall be dissolved. GOCO, as the general partner of each Partnership, may require its limited partners to contribute capital. GOCO billed limited partners, but they have

failed to pay. Under the terms of the relevant Partnership Agreements and Operating Agreements, those partnership or working interests are terminated and relinquished to GOCO after nonpayment. Under paragraph 6.3 of the Plan, the partnership interest or working interests unpaid after demand are deemed to be property of the Reorganized Debtor, under the procedures set forth therein, in accordance with applicable law and the terms of the working interest.

33. The Debtor is authorized to execute all documents under the confirmed Plan as may be necessary, required, or appropriate to carry out the provisions of the confirmed Plan including the documents necessary to effectuate the transfer of legal title of assets under the 1991 asset purchase agreement between Chace and the Debtor, specifically including forms required by the Jicarilla Apache Nation, and the documents necessary to transfer assets to the MLG group in accordance with Article 7 of the Plan.

34. Pursuant to 11. U.S.C. § 1141(a), the provisions of the Plan are binding on all parties, including, but not limited to, creditors and equity security holders of the Debtor whether or not any such creditors or equity holders have accepted the Plan.

35. The duties of the Official Committee of Unsecured Creditors and their professionals shall terminate on the Effective Date.

36. Mr. Michael Luttrell, C.P.A. is hereby appointed as the Disbursing Agent commencing on the Effective Date. The Disbursing Agent and his agents shall not be liable in any event for actions as Disbursing Agent, except for gross negligence or willful default or misconduct.

37. On the Effective Date, the following individuals and entities shall be forever released and discharged from any and all claims, actions, suits, debts, accounts, causes of action,

agreements, promises, damages, judgments, demands and liabilities which the Debtor or Creditors and Persons receiving or who are entitled to receive distributions under the Plan may have against them in any way related to the Debtor (including its predecessors or Affiliates) or this Case: (i) the Debtor, and (ii) all directors, officers, associates, employees, members, partners, professionals or agents of the Debtor who served the Debtor on or after the Petition Date, and (iii) McElvenny and any of his affiliates or associates and all directors, officers, managers, partners, employees, professionals or agents of the Plan Proponents or such affiliates or associates of the foregoing (in clauses (i) and/or (ii)) in any capacity whatsoever. The Jicarilla Release provided for in Section 14.3 is hereby deleted.

38. McElvenny and their Affiliates are hereby released and forever discharged from any Claims or causes of action relating to the Debtor, the estate or this case that could be asserted by or on behalf of Holders of a Claim against or an Interest in the Debtor or its Affiliates (including entities of which the Debtor holds any Interest or is General Partner).

39. Pursuant to 11 U.S.C. § 1141(d)(1)(B), upon the Effective Date, the rights of all Interest Holders are terminated.

40. Except as set forth in paragraph 38 hereof, notwithstanding any provision to the contrary in the Plan or this Order, nothing in the Plan or this Order: (1) limits the ability of any governmental environmental agency to seek or to enforce any injunctive relief, or to impose penalties against the Reorganized Debtor, for post-Confirmation Date violations of any environmental statute, rule, or other law, committed by the Reorganized Debtor; (2) limits the ability of any governmental environmental regulatory agency to require the Reorganized Debtor to perform remediation or cleanup of contamination of hazardous waste, if any, on real property

owned or operated by the Reorganized Debtor after the Confirmation Date; or (3) limits the ability of any governmental environmental regulatory agency to impose a fine or penalty on the Reorganized Debtor for violations of existing environmental statutes, rules, or other laws, if any, that either initially occur subsequent to the Confirmation Date or are related to pre-Confirmation Date violations, but only with respect to such violations that continue subsequent to the Confirmation Date. The Reorganized Debtor shall not be precluded from defending any enforcement, fine, penalty or injunctive relief sought by such agencies.

41. No provision of the Plan or this Order shall operate, or be deemed to apply to NGFC, to limit, release, discharge or otherwise affect the claims, causes of action, counterclaims, defenses or other rights of NGFC against any party, specifically including section 14.4, 17.11.2, and 17.12, except that if NGFC is granted an Allowed Claim in this case, such Allowed Claim shall be paid in accordance with the terms of the Plan.

42. The failure specifically to include any particular provisions of the Plan in this Order shall not diminish or impair the efficiency of such provision, it being the intent of the Court that the Plan be authorized and approved in its entirety.

43. After the entry of this Order, pleadings shall only be served upon the United States Trustee, and any party directly affected by the pleading and its counsel, if known (i.e, claims objections need only be served upon the person who filed the claim that is subject to the objection, its counsel, if known, and the United States Trustee).

44. To the extent that objections to the Plan are not specifically sustained herein, they are overruled and denied.

45. **THIS IS A FINAL ORDER.**

46. This Court retains jurisdiction (i) to enforce and implement the terms and provisions of the Plan and this Order, all amendments thereto, any waivers and consents herein provided, and any agreements executed in connection herewith, (ii) to compel delivery of the Transferred Assets to the Purchaser, (iii) to resolve any disputes arising under or related to this Order or the Plan, and (iv) to interpret, implement and enforce the provisions of this Order.

47. To the extent the terms of the Plan and this Order conflict, the terms of this Order shall govern.

Dated: Oct. 6, 2004

_Wesley W. Steen_
UNITED STATES BANKRUPTCY JUDGE

BAE SYSTEMS
Enterprise Systems Incorporated
11487 Sunset Hills Road
Reston, Virginia 20190-5234

# CERTIFICATE OF SERVICE

```
District/off: 0541-4           User: kden             Page 1 of 5              Date Rcvd: Oct 07, 2004
Case: 03-36974                 Form ID: pdf001        Total Served: 181


The following entities were served by first class mail on Oct 09, 2004.
db         +Golden Oil Company,   550 Post Oak Blvd,   Suite 550,   Houston, TX 77027-9497
aty        +Adam Q Voyles,   Heard Robins et al,   910 Travis,   Ste 2020,   Houston, TX 77002-5891
aty        +Bernard Erwin Brooks,   Attorney at Law,   4800 Sugar Grove Dr,   Ste 610,   Stafford, TX 77477-2634
aty        +Christopher D Shaw,   Dolan & Domenici PC,   6100 Seagull St NE,   Ste 205,
             Albuquerque, NM 87109-2500
aty        +David K Brooks,   Attorney at Law,   1220 South St Francis Dr,   Santa Fe, NM 87505-4000
aty        +DeAnn L Owen,   Dept of Interior,   755 Parfet St,   Ste 151,   Lakewood, CO 80215-5599
aty        +Douglas S Draper,   Heller Draper et al,   650 Poydras St,   Ste 2500,   New Orleans, LA 70130-6175
aty        +Douglas S Draper,   Heller Draper Hayden Patrick & Horn, LLC,   650 Poydras Street,   Suite 2500,
             New Orleans, LA 70130-6175
aty        +Edward L Rothberg,   Weycer Kaplan Pulaski & Zuber,   11 Greenway Plz,   Ste 1400,
             Houston, TX 77046-1173
aty        +Elizabeth Carol Freeman,   Locke Liddell et al,   600 Travis,   Ste 3500,   Houston, TX 77002-2926
aty        +Hector Duran,   Office of U S Trustee,   515 Rusk St,   Ste 3516,   Houston, TX 77002-2604
aty        +Hugh Massey Ray, III,   Weycer Kaplan Pulaski and Zuber PC,   Eleven Greenway Plz,   Ste 1400,
             Houston, TX 77046-1173
aty         James C Jacobsen,   NM Attorney Generals Office,   111 Lomas Blvd NW,   Ste 300,
             Albuquerque, NM 87102-2368
aty        +Jeffery R Koch,   Shannon Martin et al,   909 Fannin St,   Ste 2400,   Houston, TX 77010-1026
aty         John P Dillman,   PO Box 3064,   Houston, TX 77253-3064
aty        +Judy Aschenbeck Robbins,   Office of U S Attorney,   P O Box 61129,   Houston, TX 77208-1129
aty        +Marcy E Kurtz,   Bracewell & Patterson,   711 Louisiana,   Ste 2900,   Houston, TX 77002-2781
aty        +Patrick L Huffstickler,   Cox & Smith,   112 E Pecan,   Ste 1800,   San Antonio, TX 78205-1521
aty        +Pete V Domenici, Jr,   Dolan & Domenici PC,   6100 Seagull St NE,   Ste 205,
             Albuquerque, NM 87109-2500
aty        +Peter Johnson,   Summit Tower,   11 Greenway Plaza,   Suite 2820,   Houston, TX 77046-1114
aty         Peter Johnson,   Law Offices of Peter Johnson,   Eleven Greenway Plaza,   2820 Summit Tower,
             Houston, TX  77046
aty        +Robert M Fiser,   Attorney at Law,   6100 Seagull St NE,   Ste 205,   Albuquerque, NM 87109-2500
aty        +Steven Douglas Shurn,   Hughes Watters and Askanase,   1415 Louisiana,   Ste 3700,
             Houston, TX 77002-7392
aty        +W Steven Bryant,   Locke Liddell et al,   600 Travis,   Ste 3400,   Houston, TX 77002-2926
aty        +Wyley Hunter Shurtleff,   Daivs Davis,   PO Box 3610,   Bryan, TX 77805-3610
ust        +US Trustee,   Office of the US Trustee,   515 Rusk Ave,   Ste 3516,   Houston, TX 77002-2604
cr         +Andrea Birdsell,   6100 Seagull Street NE Suite 205,   Albuquerque, NM 87109-2500
sp         +Andrew L. Strong,   Campbell George & Strong LLP,   4265 San Felip Ste 700,   Houston, TX 77027-2926
cr         +Borle Irrevocable Trust,   6100 Seagull Street NE,   AlBuqerque,, NM 87109-2500
cr         +Camille McRae J.V.,   6100 Seagull Street NE Suite 205,   Albuquerque, NM 87109-2500
crcm       +Committee of Unsecured Creditors,   Heller Draper Hayden Patrick & Horn, LLC,   Douglas S. Draper,
             650 Poydras Street,   Suite 2500,   New Orleans, LA 70130-6175
cr         +Donald Welker,   6100 Seagull Street NE Suite 205,   Albuquerque, NM 87109-2500
cr         +FR Zemke,   6100 Seagull Street Suite 205,   Albuquerque, NM 87109-2500
cr         +Faye Berkshire,   6100 Seagull Street NE Suite 205,   Albuquerque, NM 87109-2500
cr         +Frank S. Vincent,   339 N Sterling St.,   Lafayette, LA 70501-4925
cr         +Fred Matteucci,   6100 Seagull Street NE Suite 205,   Albuquerque, NM 87109-2500
cr         +Gary Berkshire,   6100 Seagull Street NE Suite 205,   Albuquerque, NM 87109-2500
intp       +Gary Norlander,   2724 Quincy NE,   Albuquerque, NM 87110-3054
cr         +HF & EF MCKay Trust,   6100 Seagull Street NE Suite 205,   Albuquerque, NM 87109-2500
cr          Harris County,   c/o John Dillman,   PO Bx 3064,   Houston, TX  77253-3064
cr          Harris County/City of Houston,   P O Box 3064,   Houston, TX  77253-3064
intp       +Henry Morgan,   3828 Colgate Avenue,   PO Box 12117,   Dallas, TX 75225-0117
sp         +Jeffrey R Koch,   Shannon, Martin et al,   2400 Two Houston Center,   909 Fannin,
             Houston, TX 77010-1014
cr         +Michael Bisone,   11939 Brook Meadows,   Stafford, TX 77477-1736
consult    +Michael E Luttrell,   13602 Fawcett Drive,   Houston, TX 77069-2454
cr         +Michael Oberg,   6100 Seagull Street NE Suite 205,   Albuquerque, NM 87109-2500
cr         +Pauline Zemke,   6100 Seagull Street NE Suite 205,   Albuquerque, NM 87109-2500
cr         +Royce McCary,   6100 Seagull Street NE Suite 205,   Albuquerque, NM 87109-2500
cr          State of New Mexico ,   Taxation and Revenue Dept,   c/o James C Jacobsen, Assist Atty Genera,
             111 Lomas Blvd, NW, Ste 300,   Albuquerque, NM  87102-2368
cr         +Steven Hyder,   6100 Seagull Street NE Suite 205,   Albuquerque, NM 87109-2500
cr         +United States of America (BIA),   910 Travis, Suite 1500,   P.O. Box 61129,   Houston, tx 77208-1129
cr         +United States of America (MMS),   910 Travis, Suite 1500,   P.O. Box 61129,   Houston, Tx 77208-1129
cr         +United States of America (MMS/BIA),   910 Travis, Suite 1500,   P.O. Box 61129,
             Houston, TX 77208-1129
cr         +Wilburn Lee Bentley,   2722 Morris Ave,   Clovis, CA 93611-8531
cr         +William Kaiser,   6100 Seagull Street NE Suite 205,   Albuquerque, NM 87109-2500
3305528    +Adam Q Voyles,   910 Travis Suite 2020,   Houston Tx 77002-5891
2707555    +AeroPanel Corporation,   550 Post Oak Blvd., Suite 525,   Houston, TX 77027-9412
2707556    +Amoco Production Company,   P.O. Box 841521,   Dallas, TX 75284-1521
2935620    +Andre Birdwell,   Robert Fiser & Christopher Shaw,   6100 Seagull St Ne #205,
             Albuquerque NM 87109-2500
2723093    +BERKSHIRE, GARY OBERG,   P.O. BOX   295,   ESTANCIA, NM 87016-0295
2723095    +BREWER, J. MARK,   BREWER & PRITCHARD PC,   THREE RIVERWAY STE 1800,   Houston, TX 77056-1969
2935632    +Babetta Berkshire,   Robert Fiser & Christopher Shaw,   6100 Seagull St NE #205,
             Albuquerque NM 87109-2500
2723092    +Bankruptcy Section,   Securities & Exchange Commission,   500 West Madison, Suite 1400,
             Chicago, Illinois 60661-4554
2933569    +Boyle Irrevocable Trust,   Robert Fiser & Christopher Shaw,   6100 Seagull St Ne #205,
             Albuquerque MN 87109-2500
2982981    +Brewer & Pritchard PC,   Allison Waters,   #3 Riverway Suite 1800,   Houston Tx 77056-1969
2707557    +Brown Development,   5600 W. Lovers Lane, Suite 305,   Dallas, TX 75209-4319
2723097    +CHACE OIL COMPANY,   3170 Royal Lane,   Dallas, TX 75229-3700
```

```
District/off: 0541-4           User: kden                  Page 2 of 5                Date Rcvd: Oct 07, 2004
Case: 03-36974                 Form ID: pdf001             Total Served: 181

2723098     +CHRISTESSON, JOE,    2301 SOUTHSIDE RIVER ROAD,     FARMINGTON, NM 87401-7863
2723101     +CONSOLIDATED NORTH AMER RESOURCES,    CONSOLIDATED NORTH AMER. RESOURCES, INC.,     820 PIEDRA VISTA NE,
              ALBUQUERQUE, NM 87123-1954
2723102     +CRABTREE, W.R. AND L.,    1201 EAST 16TH STREET,     FARMINGTON, NM 87401-4247
2935476     +Camille McRae J.V.,    6100 Seagull St. NE #205,     Alburquerque, NM 87109-2500
2933540     +Chace Oil Company Inc,    c/o Robert Fiser & Christopher Shaw,     6100 Seagul St NE #205,
              Albuquerque NM 87109-2500
2934468     +Charles Cobb V,    Robert Fiser & Christopher Shaw,     6100 Seagul ST NE #205,
              Albuquerque NM 87109-2500
2933538     +Chase Oil company Inc,    c/o Robert Fiser & Christopher Shaw,     6100 Seagull ST NE #205,
              Albuquerque MN 87109-2500
2707558     +Cimmaron Oilfield Services, Inc.,    P.O. Box 3235,     Farmington, NM 87499-3235
3225586     +Citicorp Vendor Finance Inc,    1800 Overcenter Drive,     Moberly MO 65270-9466
2707559     +Compressor Systems, Inc.,    P.O. Box 841807,     Dallas, TX 75284-1807
2934487     +D J Elkins,    Robert Fiser & christopher Shaw,     6100 Seagul St Ne #205,    Albuquerque NM 87109-2500
2723104     +DAY, DORTHY R.,    141 WOLF RUN,    BARTONSVILLE, TX 76226-8427
2934459     +Daniel E Boyle Jr,    Robert Fiser & Christopher Shaw,     6100 Seagul St NE #205,
              Albquuerque NM 87109-2500
2933543     +Dave P Elkins,    c/o Robert Fiser & Christopher Shaw,     6100 Seagull St NE #205,
              Albuquerque NM 87109-2500
2707560     +Davis, Graham & Stubbs,    P.O. Box 185,    Denver, CO 80201-0185
2935085     +Donald J Welker,    Robert Fiser & Christopher Shaw,     6100 Seagull Street NE  #205,
              Albuquerque NM 87109-2500
2933547     +Dorothy R Day,    Robert Fiser & Christopher Shaw,     6100 Seagull St Ne #205,
              Albuquerque NM 87109-2500
2723105     +ELKINS, D.J. AND D.P.,    P.O. BOX  1326,     AZTEC, NM 87410-1326
2723106     +ELKINS, LYNN E.,    P.O. BOX 1377,    GRANTS, NM 87020-1377
2723107     +ENERDYNE CORPORATION,    ENERDYNE LLC,    12814 CENTRAL AVE. SE,     ALBUQUERQUE, NM 87123-3026
2934001     +EOG Resources Inc,    c/o Greg Danielson,    1550 17th Street Suite 500,     Denver CO 80202-1500
2723109      EOG Resources, Inc.,    333 Clay Street, Suite 4200,     P.O. Box 4362,    Houston, Texas 77210-4362
2933542     +El Pamco Inc,    Robert Fiser & Christopher Shaw,     6100 Seagull St NE #205,
              Albuquerque MN 87109-2500
2931937     +Energen Resources Corp,    c/o Philip G eisenberg,     600 Travis Suite 3400,    Houston Tx 77002-2926
2707563      Enron Oil Gas,    P.O. Box 840321,    Dallas, TX 75234
2934398     +Faye Berkshire,    Robert Fiser & Christopher Shaw,     6100 Seagull St NE #205,
              Albuquerque NM 87109-2500
2935618     +Frank A Welker,    6100 Seagull St. NE #205,     Alburquerque, NM 87109-2500
2935086     +Fred J Matteucci,    Robert Fiser & Christopher Shaw,     6100 Seagull Street NE,    #205,
              Albuquerque NM 87109-2500
2723111     +GONZALES, MARK AND ELSIE,    1100 JUAN TABO N.E.,     ALBUQUERQUE, NM 87112-5703
2933550     +Gary Berkshire,    Robert Fiser & Christopher Shaw,     6100 Seagull ST NE #205,
              Albuquerque MN 87109-2500
2964323     +Geneve W Huffy,    408 Cimmarron Trl,    Carlisbad Hm  88220-6602
2707567     +George Lotspeich,    4011 Mesa Verde N.E.,     Albuquerque, NM 87110-7729
2935636     +George O Lotspeich,    Robert Fiser & Christopher Shaw,     6100 Seagull St NE #205,
              Albuquerque NM 87109-2500
2707568     +Golden Oil Company,    2200 Post Oak Blvd,     Suite 720,    Houston, TX 77056-4769
2933548     +H.F., Jr. & E.K. McKay Trust,    Robert Fiser & Christopher Shaw,     6100 Seagull ST NE #205,
              Albuquerque NM 87109-2500
2723112     +HAGLER, WILLIAM H.,    4421 BELLA VISTA CIRCLE,     FARMINGTON, NM 87401-9273
2707569     +Hanson-McBride Petroleum,    P.O. Box 1515,     Roswell, NM 88202-1515
2773631      Harris County/City of Houston,    Attorney for Creditor,     PO Box 3064,    Houston TX 77253-3064
2924843      Harvey & Elliot Slushky,    c/o Adam Q kVoyles,     910 Travis Sutie 2020,    Houston Tx 77002
2934403     +Horace F McKay Jr,    Robert Fiser & Christopher Shaw,     6100 Seagul St NE #205,
              Albuquerque MN 87109-2500
2773633      Houston ISD,    Attorney for Creditor,    PO Box 3064,     Houston TX 77253-3064
2927805     +Instrument Specialties Co., Inc.,    550 Post Oak Blvd.,     Suite 545,    Houston, TX 77027-9410
2707571     +Instrument Specialties Company,    550 Post Oak Blvd., Suite 525,     Houston, TX 77027-9412
2707572     +Internal Revenue Service,    Special Procedures Branch,     Bankruptcy Section, Mail Code 5022HOU,
              1919 Smith Street,    Houston, TX 77002-8049
3305576     +Internal Revenue Services,    1919 Smith Street,     Houston Tx 77002-8049
2723115     +Ivy Realty Trust,    C/O Bradford Management,     12801 North Central Expressway,    Suite 1600,
              Dallas, TX 75243-1737
2819908     +Ivy Realty Trust,    5847 San Felipe,    Suite 850,     Houston, Texas 77057-3283
2723116      JAMES MARTIN TRUSS,Esq,    Attorney for NGFC,     COX & SMITH INC.,    112 E PECAN ST STE 1800,
              San Antonio, TX 78205-1521
2707573     +Jicarilla Apache Tribe,    P.O. Box 950,     Dulce, NM 87528-0950
2723118     +KLEIST, KEITH,    12032 NORTH 114TH WAY,    SCOTTSDALE, AZ 85259-2612
2935642     +Kyle E Rutledge,    Robert Fiser & Christopher shaw,     6100  Seagul St Ne #205,
              Albuquerque NM 87109-2500
2931646     +Lillian Crabtree,    1201 E 16th St,    Farmington New Mexico 87401-4247
2933544     +Lynn E Elkins,    Robert Fiser & Christopher Shaw,     6100 Seagull ST NE #205,
              Albuquerque NM 87109-2500
2723119     +M.T. PARTNERS II,    C/O BUTLER COMPANY,    6101 ROGERS AVE. NE,     ALBUQUERQUE, NM 87110-1284
2723121     +MICHAEL, JOSEPHINE,    P.O. BOX  2636,    MILAN, NM 87021-2636
2723122     +MICHAEL, TOBY,    4617 RIO GRANDE BLVD., NW,     ALBUQUERQUE, NM 87107-5519
2723123     +MILLER, B.W.,    B.W. OR MARY JANE MILLER,    1409 STAGECOACH LANE S.E.,     ALBUQUERQUE, NM 87123-4428
2934449     +Malcolm G. Colberg,    Robert Fiser & Christopher Shaw,     6100 Seagull ST NE #205,
              Albuquerque NM 87109-2500
2723120     +Matteucci, Fred J.,    P.O. Box 91782,     Albuquerque, New Mexico 87199-1782
2755502     +Michael A Bisone, x-Controller,    11939 Brook Meadows,     Stafford Tx 77477-1736
2933535     +Michael Oberg,    c/o Robert Fiser & Christopher Shaw,     6100 Seagull ST NE #205,
              Albuquerque MN 87109-2500
```

```
District/off: 0541-4          User: kden                Page 3 of 5                 Date Rcvd: Oct 07, 2004
Case: 03-36974                Form ID: pdf001           Total Served: 181

2934498    +Michael T Hamilton,   Robert Fiser & Christopher Shaw,   6100 Seagul St Ne #205,
             Albuquerque NM 87109-2500
2707575    +Minerals Management Service,   Bureau of Land Management,   Dept of Interior,   P.O. Box 5810 T.A.,
             Denver, CO 80217-5810
2932616    +Minerals Management Service,   PO Box 25165,   Denver, CO 80225-0165
2964220    +Minerals Management Service,   PO Box 25165, MS370B2,   Denver CO 80225-0165
2707576    +Minerals Managment Services,   Bureau of Land Mangement,   Dept of Interior,   P.O. Box 5810 T.A.,
             Denver, CO 80217-5810
2723126    +Minolta,   100 Williams Drive,   Ramsey, NJ 07446-2907
2723127    +N.M. & ARIZONA LAND COMPANY,   3033 NORTH 44TH ST. #270,   PHOENIX, AZ 85018-7228
2723128    +Natural Gas Fuel Company,   621 17th Street, Suite 1450,   Denver, Colorado 80293-0621
2707578    +New Mexico & Arizona Land Company,   3033 North 44th Street #270,   Phoenix, AZ 85018-7228
2707579    +Nortex Corporation,   1415 Louisiana, Suite 3100,   Houston, TX 77002-7353
2764134     Nortex Corporation,   Attorney for Creditor,   800 First City Tower, 1001 Fannin Street,
             Houston, Texas 77002-6707
2935626    +O L Ely,   Robert Fiser & Christopher Shaw,   6100 Seagull St NE #205,   Albuquerque NM 87109-2500
2723132    +OBERG, MICHAEL L.,   MICHAEL & LINDA OBERG,   FNB ATTN: SPECIAL ASSETS,   P.O. BOX 1305,
             ALBUQUERQUE, NM 87103-0030
2935662    +Oxy USA Inc,   #5 Greenway Plaza, Suite 110,   Houston Tx 77046-0521
2707580    +Oxy USA, Inc.,   P.O. Box 841735,   Houston, TX 77284-1735
2933532    +Pamela Mayhew,   c/o Robert Fiser & Christopher Shaw,   6100 Seagull St NE #205,
             Albuquerque MN 87109-2500
2707581    +Paradigm Technologies Computer, Inc.,   1099 18th Street, Suite 2400,   Denver, CO 80202-1947
2686289    +Paradigm Technologies, Inc.,   1099 18th Street, Suite 2400,   Denver, CO 80202-1947
2934473    +Patrick O Russell,   Robert Fiser & Christopher Shaw,   6100 Seagull St NE #205,
             Albuquerque NM 87109-2500
2934453    +Pauline L Hyder,   Robert Fiser & Christopher Shaw,   6100 Seagull St NE #205,
             Albuquerque NM 87109-2500
2723136    +ROBERTSON, GUERRIE B.,   2126 HARBOR LANE,   VERO BEACH, FL 32963-3134
2723137    +ROCKY MOUNTAIN GEOTECH,   C/O MATTHEW J. TERRY,   825 PENNSYLVANIA N.E.,
             ALBUQUERQUE, NM 87110-7401
2707582    +Ralph T. McElvenny, Jr.,   550 Post Oak Blvd., Suite 550,   Houston, TX 77027-9497
2934478    +Richard E Hyder,   Robert Fiser & Christopher Shaw,   6100 Seagul St NE #205,
             Albuquerque NM 87109-2500
2707583    +Ron J. Gorden,   4900 Modoc Road,   Las Cruces, NM 88011-9318
2935598    +Royce McCary,   c/o Robert Fiser & Christopher Shaw,   6100 Seagull St NE d#205,
             Albuquerque MN 87109-2500
2723143    +SLUSKY, LOUIS,   LOUIS SLUSKY,   2626 SOUTH LOOP WEST  SUITE #110,   HOUSTON, TX 77054-2651
2723144    +SPAR, JOE,   J.D. SPHAR,   P.O. BOX 2438,   CORRALES, NM 87048-2438
2707584    +Scythian, Ltd.,   300 N. Marienfeld, Suite 850,   Midland, TX 79701-4387
2723141    +Slusky, Elliott S.,   3782 Plumb St,   Houston, TX 77005-2810
2723142    +Slusky, Harvey E.,   450 MEDICAL CENTER BLVD., #104,   Webster, TX 77598-4233
3028066     State Of New Mexico,   Taxation and Revenue Department,   PO Box 22690,
             Santa Fe New Mexico 87502-2690
2979497    +State Of New Mexico Energy, Minerals and etc,   Attn David K Brooks,
             New Mexico Oil Conservation Division,   1220 S St Francis Drive,   Santa Fe NM 87505-4000
2707586    +State of New Mexico,   Oil Conservation Division,   1000 Rio Brazos Road,   Aztek, NM 87410-1614
2707587    +State of New Mexico/ Oil and Gas Bureau,   Taxation and Revenue Department,
             1200 South St. Francis Drive,   P.O. Box 5374,   Sante Fe, NM 87502-5374
2934463    +Steven R Hyder,   Robert Fiser & Christopher Shaw,   6100 Seagul St NE #205,
             Albuquerque NM 87109-2500
2723148    +TAURUS EXPLORATION USA, INC.,   TAURUS EXPLORATION INC.,   2198 BLOOMFIELD HIGHWAY,
             FARMINGTON, NM 87401-8108
2723149    +TEAM RESOURCES,   TEAM RESOURCES CORP.,   646 EDGEWATER RD.,   WICHITA, KS 67230-9502
2723150    +THOMPSON, DON,   P.O. BOX 656,   HENDERSON, KY 42419-0656
2723152    +TRUBEY, D.B. AND G.L.,   1380 DEER CREEK DRIVE,   P.O. BOX 609,   CEDAREDGE, CO 81413-0609
2707588    +Taurus Exploration USA,   2198 Bloomfield Highway,   Farmington, NM 87401-8108
2918190    +The Westar Company,   PO Box 55347,   Houston Tx 77255-5347
2933546    +Thomas M Muchmore,   c/o Robert Fiser & Chrispher Shaw,   6100 Seagull St NE #205,
             Albuquerque NM 87109-2500
2707589    +Triple P Well Services,   P.O. Box 107,   Farmington, NM 87499-0107
2723153    +UPSTART EXPLORATION INC.,   339 N. STERLING ST.,   LAFAYETTE, LA 70501-4925
2954678     United States Of America/Bureau of Indian Affairs,   c/o Judy Robbin,   PO Box 61129,
             Houston Tx 77208-1129
2723154    +WADE, TERRY,   P.O. BOX 3004,   FARMINGTON, NM 87499-3004
2723155    +WELKER, DONALD J.,   P.O. BOX 947,   ELEPHANT BUTTE, NM 87935-0947
2836971    +Westar,   P.O. Box 55347,   Houston, TX 77255-5347
2933537    +William J Mayhew,   c/o Robert Fiser & Christopher Shaw,   6100 Seagull St NE #205,
             Albuquerque MN 87109-2500
3017948    +William Lee Bethery,   2722 Morris Ave,   Clovis GA 93611-8531
2723157    +YOUNG, JAMES P.,   4715 SHERWOOD N.E.,   ALBUQUERQUE, NM 87109-2819
2925085     onsolidted North America Resources Inc,   820 Predorce Vista NE,   Albuquenque MC 87123

The following entities were served by electronic transmission.
NONE.                                                                                                  TOTAL: 0

           ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
aty        Simko
cr         Aeropanel Corporation
cr         City Of Houston
cr         EOG Resources Inc
cr         Elliot Slusky
cr         Energen Resources Corporation
cr         George O Lotspeich
```

```
District/off: 0541-4           User: kden              Page 4 of 5              Date Rcvd: Oct 07, 2004
Case: 03-36974                 Form ID: pdf001         Total Served: 181


                      ***** BYPASSED RECIPIENTS (continued) *****
cr              Houston I S D
cr              Instrument Specialties Co., Inc.
cr              Ivy Realty Trust
cr              Mineral Management Services
cr              Natural Gas Fuel Company
cr              New Mexico Limited Partners
cr              Nortex Corporation
cr              Oil Conservation Division of The Energy, Minerals
cr              Ralph McElvenny
sp              Weycer Kaplan Pulaski & Zuber P C
2723094         BODIAN, EUGENE L.
2707561         ECCRA
2707564         EOG Resources, Inc.
2707562         Elliott S. Slusky
2707565         FASB
2707566         GAAP
2707570         Harvey E. Slusky
2934399         Linda Oberg,   Robert Fiser & Christopher Shaw,   6100 Seagul St NE #205
2707574         Matteucci
2707577         Natural Gas Fuel Company
2894224         Natural Gas Fuel Company, Inc.
2894313         Natural Gas Fuel Company, Inc.
2723140         SCYTHIAN, LTD. (CIJV)
2707585         SEC
2723156         WILLIAM KAISER TRUST
2934395         lllll
cr*            +Gary Norlander,   2724 Quincy NE,   Albuquerque, NM 87110-3054
2723091*       +Amoco Production Company,   P.O. Box 841521,   Dallas, TX 75284-1521
2723096*       +Brown Development,   5600 W. Lovers Lane, Suite 305,   Dallas, TX 75209-4319
2723099*       +Cimmaron Oilfield Services, Inc.,   P.O. Box 3235,   Farmington, NM 87499-3235
2723100*       +Compressor Systems, Inc.,   P.O. Box 841807,   Dallas, TX 75284-1807
2723103*       +Davis, Graham & Stubbs,   P.O. Box 185,   Denver, CO 80201-0185
2723108*        Enron Oil Gas,   P.O. Box 840321,   Dallas, TX 75234
2723110*       +George Lotspeich,   4011 Mesa Verde N.E.,   Albuquerque, NM 87110-7729
2723113*       +Hanson-McBride Petroleum,   P.O. Box 1515,   Roswell, NM 88202-1515
2723114*       +Internal Revenue Service,   Special Procedures Branch,   Bankruptcy Section, Mail Code 5022HOU,
                 1919 Smith Street,   Houston, TX 77002-8049
2723117*       +Jicarilla Apache Tribe,   P.O. Box 950,   Dulce, NM 87528-0950
2723124*       +Minerals Management Service,   Bureau of Land Management,   Dept of Interior,   P.O. Box 5810 T.A.,
                 Denver, CO 80217-5810
2723125*       +Minerals Managment Services,   Bureau of Land Mangement,   Dept of Interior,   P.O. Box 5810 T.A.,
                 Denver, CO 80217-5810
2723131*       +NORTEX CORPORATION,   1415 LOUISIANA SUITE 3100,   HOUSTON, TX 77002-7353
2723129*       +New Mexico & Arizona Land Company,   3033 North 44th Street #270,   Phoenix, AZ 85018-7228
2723130*       +Nortex Corporation,   1415 Louisiana, Suite 3100,   Houston, TX 77002-7353
2723133*       +Oxy USA, Inc.,   P.O. Box 841735,   Houston, TX 77284-1735
2723134*       +Paradigm Technologies Computer, Inc.,   1099 18th Street, Suite 2400,   Denver, CO 80202-1947
2723135*       +Ralph T. McElvenny, Jr.,   550 Post Oak Blvd., Suite 550,   Houston, TX 77027-9497
2723138*       +Ron J. Gorden,   4900 Modoc Road,   Las Cruces, NM 88011-9318
2723139*       +Scythian, Ltd.,   300 N. Marienfeld, Suite 850,   Midland, TX 79701-4387
2723145*       +State of New Mexico,   Oil Conservation Division,   1000 Rio Brazos Road,   Aztek, NM 87410-1614
2723146*       +State of New Mexico/ Oil and Gas Bureau,   Taxation and Revenue Department,
                 1200 South St. Francis Drive,   P.O. Box 5374,   Sante Fe, NM 87502-5374
2723147*       +Taurus Exploration USA,   2198 Bloomfield Highway,   Farmington, NM 87401-8108
2723151*       +Triple P Well Services,   P.O. Box 107,   Farmington, NM 87499-0107
                                                                                          TOTALS: 33, * 25

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.
```

```
District/off: 0541-4          User: kden              Page 5 of 5             Date Rcvd: Oct 07, 2004
Case: 03-36974                Form ID: pdf001         Total Served: 181
```

***** BYPASSED RECIPIENTS (continued) *****

**I, Joseph Speetjens, declare under the penalty of perjury that I have served the attached document on the above listed entities in the manner shown, and prepared the Certificate of Service and that it is true and correct to the best of my information and belief.**

**First Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Oct 09, 2004**               **Signature:**   _Joseph Speetjens_