IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| IN RE: | § | |
| | § | CASE NO. 03-36974-H2-11 |
| GOLDEN OIL COMPANY | § | |

## ORDER RESETTING TRIAL DATE

    An order was issued on October 1, 2004 (docket # 397) setting claim number 36 for trial to be held January 7, 2005. Due to a scheduling conflict the trial is being reset to January 14, 2005 at 9:30 a.m.

SIGNED   October 14, 2004

_____
WESLEY W. STEEN
UNITED STATES BANKRUPTCY JUDGE

# CERTIFICATE OF SERVICE

```
District/off: 0541-4           User: kden                    Page 1 of 2                     Date Rcvd: Oct 14, 2004
Case: 03-36974                 Form ID: pdf002               Total Served: 55


The following entities were served by first class mail on Oct 16, 2004.
db          +Golden Oil Company,    550 Post Oak Blvd,    Suite 550,    Houston, TX 77027-9497
aty         +Adam Q Voyles,    Heard Robins et al,    910 Travis,    Ste 2020,    Houston, TX 77002-5891
aty         +Bernard Erwin Brooks,    Attorney at Law,    4800 Sugar Grove Dr,    Ste 610,    Stafford, TX 77477-2634
aty         +Christopher D Shaw,    Dolan & Domenici PC,    6100 Seagull St NE,    Ste 205,
              Albuquerque, NM 87109-2500
aty         +David K Brooks,    Attorney at Law,    1220 South St Francis Dr,    Santa Fe, NM 87505-4000
aty         +DeAnn L Owen,    Dept of Interior,    755 Parfet St,    Ste 151,    Lakewood, CO 80215-5599
aty         +Douglas S Draper,    Heller Draper et al,    650 Poydras St,    Ste 2500,    New Orleans, LA 70130-6175
aty         +Douglas S Draper,    Heller Draper Hayden Patrick & Horn, LLC,    650 Poydras Street,    Suite 2500,
              New Orleans, LA 70130-6175
aty         +Edward L Rothberg,    Weycer Kaplan Pulaski & Zuber,    11 Greenway Plz,    Ste 1400,
              Houston, TX 77046-1173
aty         +Elizabeth Carol Freeman,    Locke Liddell et al,    600 Travis,    Ste 3500,    Houston, TX 77002-2926
aty         +Hector Duran,    Office of U S Trustee,    515 Rusk St,    Ste 3516,    Houston, TX 77002-2604
aty         +Hugh Massey Ray, III,    Weycer Kaplan Pulaski and Zuber PC,    Eleven Greenway Plz,    Ste 1400,
              Houston, TX 77046-1173
aty          James C Jacobsen,    NM Attorney Generals Office,    111 Lomas Blvd NW,    Ste 300,
              Albuquerque, NM 87102-2368
aty         +Jeffery R Koch,    Shannon Martin et al,    909 Fannin St,    Ste 2400,    Houston, TX 77010-1026
aty          John P Dillman,    PO Box 3064,    Houston, TX  77253-3064
aty         +Judy Aschenbeck Robbins,    Office of U S Attorney,    P O Box 61129,    Houston, TX 77208-1129
aty         +Marcy E Kurtz,    Bracewell & Patterson,    711 Louisiana,    Ste 2900,    Houston, TX 77002-2781
aty         +Patrick L Huffstickler,    Cox & Smith,    112 E Pecan,    Ste 1800,    San Antonio, TX 78205-1521
aty         +Pete V Domenici, Jr,    Dolan & Domenici PC,    6100 Seagull St NE,    Ste 205,
              Albuquerque, NM 87109-2500
aty         +Peter Johnson,    Summit Tower,    11 Greenway Plaza,    Suite 2820,    Houston, TX 77046-1114
aty          Peter Johnson,    Law Offices of Peter Johnson,    Eleven Greenway Plaza,    2820 Summit Tower,
              Houston, TX  77046
aty         +Robert M Fiser,    Attorney at Law,    6100 Seagull St NE,    Ste 205,    Albuquerque, NM 87109-2500
aty         +Steven Douglas Shurn,    Hughes Watters and Askanase,    1415 Louisiana,    Ste 3700,
              Houston, TX 77002-7392
aty         +W Steven Bryant,    Locke Liddell et al,    600 Travis,    Ste 3400,    Houston, TX 77002-2926
aty         +Wyley Hunter Shurtleff,    Daivs Davis,    PO Box 3610,    Bryan, TX 77805-3610
ust         +US Trustee,    Office of the US Trustee,    515 Rusk Ave,    Ste 3516,    Houston, TX 77002-2604
cr          +Andrea Birdsell,    6100 Seagull Street NE Suite 205,    Albuquerque, NM 87109-2500
sp          +Andrew L. Strong,    Campbell George & Strong LLP,    4265 San Felip Ste 700,    Houston, TX 77027-2926
cr          +Borle Irrevocable Trust,    6100 Seagull Street NE,    AlBuqerque,, NM 87109-2500
cr          +Camille McRae J.V.,    6100 Seagull Street NE Suite 205,    Albuquerque, NM 87109-2500
crcm        +Committee of Unsecured Creditors,    Heller Draper Hayden Patrick & Horn, LLC,    Douglas S. Draper,
              650 Poydras Street,    Suite 2500,    New Orleans, LA 70130-6175
cr          +Donald Welker,    6100 Seagull Street NE Suite 205,    Albuquerque, NM 87109-2500
cr          +FR Zemke,    6100 Seagull Street Suite 205,    Albuquerque, NM 87109-2500
cr          +Faye Berkshire,    6100 Seagull Street NE Suite 205,    Albuquerque, NM 87109-2500
cr          +Frank S. Vincent,    339 N Sterling St.,    Lafayette, LA 70501-4925
cr          +Fred Matteucci,    6100 Seagull Street NE Suite 205,    Albuquerque, NM 87109-2500
cr          +Gary Berkshire,    6100 Seagull Street NE Suite 205,    Albuquerque, NM 87109-2500
intp        +Gary Norlander,    2724 Quincy NE,    Albuquerque, NM 87110-3054
cr          +HF & EF MCKay Trust,    6100 Seagull Street NE Suite 205,    Albuquerque, NM 87109-2500
cr           Harris County,    c/o John Dillman,    PO Bx 3064,    Houston, TX  77253-3064
cr           Harris County/City of Houston,    P O Box 3064,    Houston, TX  77253-3064
intp        +Henry Morgan,    3828 Colgate Avenue,    PO Box 12117,    Dallas, TX 75225-0117
sp          +Jeffrey R Koch,    Shannon, Martin et al,    2400 Two Houston Center,    909 Fannin,
              Houston, TX 77010-1014
cr          +Michael Bisone,    11939 Brook Meadows,    Stafford, TX 77477-1736
consult     +Michael E Luttrell,    13602 Fawcett Drive,    Houston, TX 77069-2454
cr          +Michael Oberg,    6100 Seagull Street NE Suite 205,    Albuquerque, NM 87109-2500
cr          +Pauline Zemke,    6100 Seagull Street NE Suite 205,    Albuquerque, NM 87109-2500
cr          +Royce McCary,    6100 Seagull Street NE Suite 205,    Albuquerque, NM 87109-2500
cr           State of New Mexico , Taxation and Revenue Dept,    c/o James C Jacobsen, Assist Atty Genera,
              111 Lomas Blvd, NW, Ste 300,    Albuquerque, NM 87102-2368
cr          +Steven Hyder,    6100 Seagull Street NE Suite 205,    Albuquerque, NM 87109-2500
cr          +United States of America (BIA),    910 Travis, Suite 1500,    P.O. Box 61129,    Houston, tx 77208-1129
cr          +United States of America (MMS),    910 Travis, Suite 1500,    P.O. Box 61129,    Houston, Tx 77208-1129
cr          +United States of America (MMS/BIA),    910 Travis, Suite 1500,    P.O. Box 61129,
              Houston, TX 77208-1129
cr          +Wilburn Lee Bentley,    2722 Morris Ave,    Clovis, CA 93611-8531
cr          +William Kaiser,    6100 Seagull Street NE Suite 205,    Albuquerque, NM 87109-2500

The following entities were served by electronic transmission.
NONE.                                                                                                TOTAL: 0

              ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
aty          Simko
cr           Aeropanel Corporation
cr           City Of Houston
cr           EOG Resources Inc
cr           Elliot Slusky
cr           Energen Resources Corporation
cr           George O Lotspeich
cr           Houston I S D
cr           Instrument Specialties Co., Inc.
cr           Ivy Realty Trust
cr           Mineral Management Services
```

```
District/off: 0541-4          User: kden              Page 2 of 2              Date Rcvd: Oct 14, 2004
Case: 03-36974                Form ID: pdf002         Total Served: 55

                ***** BYPASSED RECIPIENTS (continued) *****
cr              Natural Gas Fuel Company
cr              New Mexico Limited Partners
cr              Nortex Corporation
cr              Oil Conservation Division of The Energy, Minerals
cr              Ralph McElvenny
sp              Weycer Kaplan Pulaski & Zuber P C
cr*            +Gary Norlander,   2724 Quincy NE,   Albuquerque, NM 87110-3054
                                                                                          TOTALS: 17, * 1
Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have served the attached document on the above listed entities in the manner shown, and prepared the Certificate of Service and that it is true and correct to the best of my information and belief.**

**First Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Oct 16, 2004**                    **Signature:**    _/s/ Joseph Speetjens_