```
                                                              Page: 1
Golden Oil Company                                   April 19, 2004
4011 Mesa Verde                              Account No: 2871-17926M
NE Albuquerque   NM   87110                  Statement No:    14545

Attn: Mr. George Lotspeich

Golden Oil Company
```

Payments received on or after October 1, 2004 will be reflected on your next statement.
Please reference the appropriate account number on all payments. Thank You.

Previous Balance                                         $113,477.07

### Fees

| Date | | Description | Rate | Hours | |
|---|---|---|---|---|---|
| 02/09/2004 | DSD | Receive and review two faxes from R. McElvenny regarding Well Status Report. | 325.00 | 0.25 | 81.25 |
| 02/13/2004 | DSD | Receive and review fax from R. McElvenny regarding Well Status Report update. | 325.00 | 0.10 | 32.50 |
| 02/20/2004 | DSD | Receive and review fax from P. Domenici regarding proposal. | 325.00 | 0.50 | 162.50 |
| 02/27/2004 | DSD | Receive and review fax from P. Domenici regarding settlement discussions. | 325.00 | 0.25 | 81.25 |
| 03/01/2004 | DSD | Receive and review fax from P. Domenici regarding information from spreadsheets. | 325.00 | 0.25 | 81.25 |
| 03/04/2004 | DSD | Receive and review fax from H. Ray regarding settlement negotiation. | 325.00 | 0.50 | 162.50 |

```
                                                          Page:   2
     Golden Oil Company                              April 19, 2004
                                              Account No: 2871-17926M
                                              Statement No:    14545
     Golden Oil Company
```

| Date | | Description | Rate | Hours | Amount |
|---|---|---|---|---|---|
| 03/08/2004 | | | | | |
| | DSD | Travel to Albuquerque. | 325.00 | 2.00 | 650.00 |
| | DSD | Attend meeting - Settlement. | 325.00 | 8.00 | 2,600.00 |
| 03/29/2004 | | | | | |
| | DSD | Letter to P. Domenici regarding settlement. | 325.00 | 0.50 | 162.50 |
| | | Douglas S. Draper | | 12.35 | 4,013.75 |
| 02/13/2004 | | | | | |
| | LAF | Receive and review docket and pleadings regarding firm's employment in case. | 160.00 | 0.35 | 56.00 |
| 02/16/2004 | | | | | |
| | LAF | Review materials and request additional materials regarding fee application; office discussion with Ms. Brouphy regarding same. | 160.00 | 0.35 | 56.00 |
| 02/17/2004 | | | | | |
| | LAF | Non-Billable - Miscellaneous - re-request statements for July through December time from Ms. Thiberville for fee app preparation. | | 0.10 | n/c |
| | LAF | Review local rules and fees application prototype regarding fees/costs criteria; begin preparation of fee application. | 160.00 | 0.75 | 120.00 |
| | LAF | Preparation of fee application. | 160.00 | 2.15 | 344.00 |
| 02/18/2004 | | | | | |
| | LAF | Review and revise fee application. | 160.00 | 0.25 | 40.00 |
| | LAF | Continue preparation of fee application. | 160.00 | 2.10 | 336.00 |
| | LAF | Continue preparation of fee | | | |

```
                                                                    Page:   3
          Golden Oil Company                                April 19, 2004
                                                      Account No: 2871-17926M
                                                      Statement No:    14545
          Golden Oil Company


              application.                         160.00    0.85     136.00
                                                              ----  --------
              Linda A. Faucheux                               6.80   1,088.00

02/05/2004
     DH       Receive and review e-filings from
              Court regarding confirmation of
              pleadings filed.                       80.00    0.40      32.00

03/05/2004
     DH       Receive and review e-filings from
              Court regarding confirmation of
              pleadings filed.                       80.00    0.40      32.00

03/09/2004
     DH       Receive and review e-filings from
              Court regarding confirmation of
              pleadings filed.                       80.00    0.20      16.00

03/10/2004
     DH       Receive and review e-filings from
              Court regarding confirmation of
              pleadings filed.                       80.00    0.40      32.00

03/11/2004
     DH       Receive and review e-filings from
              Court regarding confirmation of
              pleadings filed.                       80.00    0.20      16.00

03/23/2004
     DH       Receive and review e-filings from
              Court regarding confirmation of
              pleadings filed.                       80.00    0.40      32.00

03/25/2004
     DH       Receive and review e-filings from
              Court regarding confirmation of
              pleadings filed.                       80.00    0.20      16.00




03/29/2004
     DH       Receive and review e-filings from
              Court regarding confirmation of
              pleadings filed.                       80.00    0.40      32.00
                                                              ----    ------
              Deborah Hepting                                 2.60     208.00
```

```
                                                            Page:   4
     Golden Oil Company                               April 19, 2004
                                               Account No: 2871-17926M
                                               Statement No:    14545
     Golden Oil Company



02/16/2004
     MD     Receive request from L. Faucheux
            for cost detail report; run same.      80.00    0.50    40.00

02/18/2004
     MD     Work on draft of Heller Draper
            first fee app.                         80.00    1.00    80.00

03/05/2004
     MD     Work on Exhibit E to Heller Draper
            Fee Application; review Application
            to Employ Heller Draper.               80.00    1.00    80.00

03/31/2004
     MD     Office discussion with L. Faucheux
            regarding fee app and work on
            finalizing Heller Draper Fee
            Application.                           80.00    1.50   120.00
                                                           ----   ------
            Mary Dolan                                      4.00   320.00

02/04/2004
     AS     Review and analyze pleadings
            correspondence and other related
            documents for content;  index and
            update files regarding same.           45.00    2.00    90.00

02/12/2004
     AS     Review and analyze pleadings
            correspondence and other related
            documents for content;  index and
            update files regarding same.           45.00    2.00    90.00




02/19/2004
     AS     Respond to request from K.Roche
            regarding agreements                   45.00    2.00    90.00

03/01/2004
     AS     Respond to request from K. Roche
            regarding discovery documents          45.00    2.50   112.50

03/11/2004
     AS     Respond to request from G. Brouphy
            regarding fee applications             45.00    1.00    45.00

03/18/2004
```

```
                                                              Page:   5
     Golden Oil Company                                 April 19, 2004
                                                Account No: 2871-17926M
                                                Statement No:     14545
     Golden Oil Company
```

|  |  | Description | Rate | Hours | Amount |
|---|---|---|---|---|---|
| | AS | Review and analyze pleadings correspondence and other related documents for content; index and update files regarding same. | 45.00 | 2.00 | 90.00 |
| 03/29/2004 | AS | Review and analyze pleadings correspondence and other related documents for content; index and update files regarding same. | 45.00 | 3.00 | 135.00 |
| | | Angela Serpas | | 14.50 | 652.50 |
| 02/05/2004 | CA | Receipt of e-notification - administration of email notice from court - open, print, copy attachment and distribute to appropriate party documents191 - 192. | 45.00 | 0.20 | 9.00 |
| 02/09/2004 | CA | Receipt of e-notification - administration of email notice from court - open, print, copy attachment and distribute to appropriate party 193 - 195. | 45.00 | 0.30 | 13.50 |
| 03/05/2004 | CA | Receipt of e-notification - administration of email notice from court - open, print, copy attachment and distribute to appropriate party documents 198 - 199. | 45.00 | 0.20 | 9.00 |
| 03/09/2004 | CA | Receipt of e-notification - administration of email notice from court - open, print, copy attachment and distribute to appropriate party claims 70. | 45.00 | 0.10 | 4.50 |
| 03/10/2004 | CA | Receipt of e-notification - administration of email notice from court - open, print, copy | | | |

```
                                                              Page: 6
Golden Oil Company                                    April 19, 2004
                                              Account No: 2871-17926M
                                              Statement No:    14545
Golden Oil Company
```

| Date | | Description | Rate | Hours | Amount |
|---|---|---|---|---|---|
| | | attachment and distribute to appropriate party documents 200 - 201. | 45.00 | 0.20 | 9.00 |
| 03/11/2004 | CA | Receipt of e-notification - administration of email notice from court - open, print, copy attachment and distribute to appropriate party documents 202. | 45.00 | 0.10 | 4.50 |
| 03/23/2004 | CA | Receipt of e-notification - administration of email notice from court - open, print, copy attachment and distribute to appropriate party docket 203-204 | 45.00 | 0.20 | 9.00 |
| 03/25/2004 | CA | Receipt of e-notification - administration of email notice from court - open, print, copy attachment and distribute to appropriate party docket 205 | 45.00 | 0.10 | 4.50 |
| 03/29/2004 | CA | Receipt of e-notification - administration of email notice from court - open, print, copy attachment and distribute to appropriate party documents 206 - 207. | 45.00 | 0.20 | 9.00 |
| | | Chris Adams | | 1.60 | 72.00 |
| 03/03/2004 | RLS | Work on first interim fee application | 80.00 | 0.75 | 60.00 |
| | | Rebecca L. Schambach | | 0.75 | 60.00 |
| | | For Current Professional Services Rendered | | 42.70 | 6,414.25 |

```
                                                             Page:   7
    Golden Oil Company                                April 19, 2004
                                                 Account No: 2871-17926M
                                                 Statement No:     14545
    Golden Oil Company


                       Recapitulation
    Timekeeper                        Hours       Rate        Total
    Douglas S. Draper                 12.35    $325.00     $4,013.75
    Linda A. Faucheux                  6.80     160.00      1,088.00
    Deborah Hepting                    2.60      80.00        208.00
    Mary Dolan                         4.00      80.00        320.00
    Angela Serpas                     14.50      45.00        652.50
    Chris Adams                        1.60      45.00         72.00
    Rebecca L. Schambach               0.75      80.00         60.00


09/26/2003
    GMB    Credit for time entered on this
           file in error.                        200.00  -11.85 -2,370.00




10/13/2003
    DSD    Credit for time entered on this
           file in error.                        325.00   -0.75   -243.75
                                                         ------ ---------
           Total Credits for Fees                        -12.60 -2,613.75

                               Expenses

02/01/2004 Charges For Toll Call Services - Cypress
           Communications - 01/01/2004 - 01/31/2004                 1.13
02/01/2004 Charges For Toll Call Services - Cypress
           Communication - 01/01/2004 - 01/31/2004                  0.29
02/06/2004 Facsimile Service - received - 02/06/2004                2.00
02/09/2004 Facsimile Service - received - 02/09/2004                2.00
02/09/2004 Facsimile Service - received - 02/09/2004                2.00
02/12/2004 Facsimile Service - received - 02/12/2004                2.00
02/20/2004 Facsimile Service - received - 02/20/2004                2.00
02/27/2004 Facsimile Service - received - 02/27/2004                2.00
03/01/2004 Facsimile Service - received - 03/01/2004                2.00
03/01/2004 Facsimile Service - received - 03/01/2004                2.00
03/01/2004 Charges For Toll Call Services - Cypress
           Communications - 02/01/2004 - 02/29/2004                 1.11
03/04/2004 Facsimile Service - received - 03/04/2004                2.00
03/08/2004 Facsimile Service - Pete Domenici - 03/08/2004           2.00
03/29/2004 Facsimile Service - Pete Domnenici - 03/29/2004          2.00
                                                                  -----
           Total Expenses                                          24.53

                               Advances

02/17/2004 Airfare (279.00) American Express - airfare -
           Southwest Airlines - Douglas Draper - New
           Orleans to Houston to New Orleans - departure:
```

```
                                                              Page:   8
         Golden Oil Company                              April 19, 2004
                                                 Account No: 2871-17926M
                                                 Statement No:    14545
         Golden Oil Company


              01/28/2004                                          262.70
02/17/2004 Travel Expense - Miscellaneous (279.00)
           American Express - miscellaneous - food -
           Express Pay Svc Fast Food - Texas - 01/28/2004           17.05
02/17/2004 Mileage/Parking/Tolls (279.00) American Express
           - parking at New Orleans Airport - 01/29/2004            30.00
02/17/2004 Hotel Expenses (279.00) American Express -
           lodging - Marriott Hotel West, Houston -
           01/28/2004 - 01/29/2004                                 226.15




03/17/2004 Airfare (279.00) American Express - airfare -
           American Airlines - D. Draper - New Orleans to
           Dallas/Ft. Worth to Austin to Dallas/Ft. Worth
           to Albuquerque - departure:  03/03/04 -
           03/02/2004                                              358.40
03/17/2004 Hotel Expenses (279.00) American Express - car
           rental - Avis Rent-A-Car - Santa Fee - 03/07/04
           - 03/08/04                                               75.05
                                                                  ------
           Total Advances                                         969.35

           Total Current Work                                   4,794.38


           Balance Due                                       $118,271.45
                                                             ===========
```

**HELLER, DRAPER, HAYDEN, PATRICK & HORN, L.L.C.**

2500 POYDRAS CENTER
650 POYDRAS STREET
NEW ORLEANS, LOUISIANA 70130-6103
FED. I.D.# 72-1421930

# Statement

Page: 1
May 13, 2004

Golden Oil Company
4011 Mesa Verde
NE Albuquerque  NM  87110

Account No: 2871-17926M
Statement No:      14886

Attn: Mr. George Lotspeich

Golden Oil Company

Payments received on or after October 1, 2004 will be
reflected on your next statement.
Please reference the appropriate account number on
all payments.  Thank You.

Previous Balance                                    $118,271.45

Fees

|  |  |  | Rate | Hours |  |
|---|---|---|---|---|---|
| 04/02/2004 | | | | | |
| | DSD | Telephone discussion with P. Domenici regarding statement. | 325.00 | 1.00 | 325.00 |
| 04/12/2004 | | | | | |
| | DSD | Letter to H. Ray regarding Plan and Disclosure Statement issues. | 325.00 | 1.00 | 325.00 |
| | DSD | Receive and review fax from P. Domenici regarding Disclosure Statement and Plan issues. | 325.00 | 0.25 | 81.25 |
| 04/13/2004 | | | | | |
| | DSD | Receive and review fax from Court Reporter regarding oral deposition of M. Luttrell. | 325.00 | 0.50 | 162.50 |
| | DSD | Telephone discussion with H. Ray. | 325.00 | 1.00 | 325.00 |
| | DSD | Receive and review fax from P. Domenici regarding MLG settlement - proposed changes to the Plan. | 325.00 | 0.50 | 162.50 |
| | DSD | Letter to H. Ray regarding objection to Disclosure Statement. | 325.00 | 1.00 | 325.00 |

```
                                                            Page: 2
     Golden Oil Company                                May 13, 2004
                                               Account No: 2871-17926M
                                               Statement No:    14886

     Golden Oil Company
```

| Date | | Description | Rate | Hours | Amount |
|---|---|---|---|---|---|
| 04/15/2004 | | | | | |
| | DSD | Receive and review fax from P. Domenici regarding Plan and Disclosure Statement. | 325.00 | 0.50 | 162.50 |
| 04/16/2004 | | | | | |
| | DSD | Telephone discussion with P. Eisenberg Plan Issues and Disclosure. | 325.00 | 0.50 | 162.50 |
| 04/18/2004 | | | | | |
| | DSD | Prepare Objection to Disclosure Statement. | 325.00 | 1.00 | 325.00 |
| 04/19/2004 | | | | | |
| | DSD | Finalize Objection to First Amended and Restated Joint Disclosure Statement. | 325.00 | 2.00 | 650.00 |
| 04/20/2004 | | | | | |
| | DSD | Receive and review fax from P. Domenici regarding MLG Settlement. | 325.00 | 0.25 | 81.25 |
| 04/22/2004 | | | | | |
| | DSD | Prepare for Disclosure Statement hearing; review Disclosure Statement and objections thereto. | 325.00 | 1.00 | 325.00 |
| | DSD | Receive and review fax from P. Domenici regarding objection of United States to Second Amended and Restated Joint Disclosure Statement. | 325.00 | 0.50 | 162.50 |
| | DSD | Travel to Houston; review documents. (billed at one half normal time amount) | 325.00 | 0.50 | 162.50 |
| 04/23/2004 | | | | | |
| | DSD | Attend disclosure statement hearing. | 325.00 | 4.00 | 1,300.00 |

```
                                                              Page: 3
         Golden Oil Company                              May 13, 2004
                                                 Account No: 2871-17926M
                                                 Statement No:    14886
         Golden Oil Company
```

| | | | Rate | Hours | Amount |
|---|---|---|---:|---:|---:|
| | DSD | Travel to New Orleans. (billed at one half normal time amount) | 325.00 | 0.50 | 162.50 |
| | | Douglas S. Draper | | 16.00 | 5,200.00 |
| 04/12/2004 | | | | | |
| | LAF | Receive and review annotated application from Mr. Draper regarding Mr. Roche; telephone conversation with Mr. Roche; revise Golden Oil fee application regarding Mr. Roche's credentials and functions; request filing; office discussion with Ms. Dolan regarding service to Ms. Kell. | 160.00 | 0.65 | 104.00 |
| | LAF | Review and revise notice of filing per Ms. Dolan's draft and office discussion with Ms. Dolan regarding service of same. | 160.00 | 0.15 | 24.00 |
| | | Linda A. Faucheux | | 0.80 | 128.00 |
| 04/12/2004 | | | | | |
| | DH | Receive and review e-filings from Court regarding confirmation of pleadings filed. | 80.00 | 1.00 | 80.00 |
| 04/19/2004 | | | | | |
| | DH | Receive and review e-filings from Court concerning confirmation of pleadings filed. | 80.00 | 0.80 | 64.00 |
| | DH | E-file Objection to First Amended and Restated Joint Disclosure Statement; serve same. | 80.00 | 0.50 | 40.00 |

```
                                                                   Page:   4
         Golden Oil Company                                   May 13, 2004
                                                       Account No: 2871-17926M
                                                       Statement No:     14886
         Golden Oil Company
```

| Date | | Description | Rate | Hours | Amount |
|---|---|---|---:|---:|---:|
| 04/20/2004 | | | | | |
| | DH | Receive and review e-filings from Court concerning confirmation of pleadings filed. | 80.00 | 0.20 | 16.00 |
| 04/21/2004 | | | | | |
| | DH | Receive and review e-filings from Court concerning confirmation of pleadings filed. | 80.00 | 0.20 | 16.00 |
| | DH | Telephone discussion with Jamie with Davis and Davis regarding service list; e-mail same to Jamie. | 80.00 | 0.10 | 8.00 |
| 04/22/2004 | | | | | |
| | DH | Per D. Draper's request, compile Objections to Disclosure Statement from Pacer. | 80.00 | 0.60 | 48.00 |
| | DH | Receive and review e-filings from Court concerning confirmation of pleadings filed. | 80.00 | 0.20 | 16.00 |
| 04/23/2004 | | | | | |
| | DH | Receive and review e-filings from Court concerning confirmation of pleadings filed. | 80.00 | 0.40 | 32.00 |
| 04/26/2004 | | | | | |
| | DH | Receive and review e-filings from Court concerning confirmation of pleadings filed. | 80.00 | 0.20 | 16.00 |
| 04/28/2004 | | | | | |
| | DH | Receive and review e-filings from Court regarding confirmation of pleadings filed. | 80.00 | 0.40 | 32.00 |

```
                                                              Page:   5
Golden Oil Company                                      May 13, 2004
                                              Account No:  2871-17926M
                                              Statement No:     14886
Golden Oil Company
```

| Date | Init | Description | Rate | Hours | Amount |
|---|---|---|---|---|---|
| 04/29/2004 | DH | Receive and review e-filings from Court regarding confirmation of pleadings filed. | 80.00 | 0.20 | 16.00 |
| | | Deborah Hepting | | 4.80 | 384.00 |
| 04/12/2004 | MD | Telephone conversation with case administrator regarding filing of Heller Draper first fee application (.10); office discussion with L. Faucheux regarding service (.10); finalize fee application and scan exhibits (1.8); prepare Notice of first fee application (.5). | 80.00 | 2.50 | 200.00 |
| 04/13/2004 | MD | File Heller Draper first fee app; file Notice of fee app; request service; prepare order regarding same and file; telephone call to/from Ms. Kell regarding filing of order; fedex pleadings to Ms. Kell. | 80.00 | 2.00 | 160.00 |
| | | Mary Dolan | | 4.50 | 360.00 |
| 04/05/2004 | AS | Review and analyze pleadings correspondence and other related documents for content; index and update files regarding same. | 45.00 | 2.00 | 90.00 |
| 04/06/2004 | AS | Respond to request from D. Draper regarding objections to disclosure statements | 45.00 | 1.00 | 45.00 |

```
                                                                 Page: 6
Golden Oil Company                                          May 13, 2004
                                                  Account No: 2871-17926M
                                                  Statement No:    14886
Golden Oil Company
```

| Date | | Description | Rate | Hours | Amount |
|---|---|---|---|---|---|
| 04/16/2004 | AS | Review and analyze pleadings correspondence and other related documents for content; index and update files regarding same. | 45.00 | 2.00 | 90.00 |
| 04/26/2004 | AS | Review and analyze pleadings correspondence and other related documents for content; index and update files regarding same. | 45.00 | 2.00 | 90.00 |
| | | Angela Serpas | | 7.00 | 315.00 |
| 04/12/2004 | AR | Receipt of e-notification - administration of email notice from court - open, print, copy attachment and distribute to appropriate party (Document # 208-212) | 45.00 | 0.50 | 22.50 |
| | | Almondo Romero | | 0.50 | 22.50 |
| 04/08/2004 | CA | Receipt of e-notification - administration of email notice from court - open, print, copy attachment and distribute to appropriate party claims 71 - 72. | 45.00 | 0.20 | 9.00 |
| 04/19/2004 | CA | Receipt of e-notification - administration of email notice from court - open, print, copy attachment and distribute to appropriate party docket 212-218 | 45.00 | 0.40 | 18.00 |

```
                                                          Page:   7
Golden Oil Company                                    May 13, 2004
                                              Account No:  2871-17926M
                                              Statement No:    14886
Golden Oil Company
```

| Date | | Description | | | |
|---|---|---|---|---|---|
| 04/20/2004 | CA | Receipt of e-notification - administration of email notice from court - open, print, copy attachment and distribute to appropriate party docket 220 | 45.00 | 0.10 | 4.50 |
| 04/21/2004 | CA | Receipt of e-notification - administration of email notice from court - open, print, copy attachment and distribute to appropriate party documents 221. | 45.00 | 0.10 | 4.50 |
| 04/22/2004 | CA | Receipt of e-notification - administration of email notice from court - open, print, copy attachment and distribute to appropriate party documents 222. | 45.00 | 0.10 | 4.50 |
| 04/23/2004 | CA | Receipt of e-notification - administration of email notice from court - open, print, copy attachment and distribute to appropriate party documents 223, 224. | 45.00 | 0.20 | 9.00 |
| 04/26/2004 | CA | Receipt of e-notification - administration of email notice from court - open, print, copy attachment and distribute to appropriate party documents 225. | 45.00 | 0.10 | 4.50 |

```
                                                           Page:  8
       Golden Oil Company                              May 13, 2004
                                              Account No: 2871-17926M
                                              Statement No:    14886

       Golden Oil Company
```

| Date | | Description | | | |
|---|---|---|---|---|---|
| 04/27/2004 | CA | Receipt of e-notification - administration of email notice from court - open, print, copy attachment and distribute to appropriate party documents 226, 229. | 45.00 | 0.20 | 9.00 |
| 04/29/2004 | CA | Receipt of e-notification - administration of email notice from court - open, print, copy attachment and distribute to appropriate party documents 231. | 45.00 | 0.10 | 4.50 |
| | | Chris Adams | | 1.50 | 67.50 |
| | | For Current Professional Services Rendered | | 35.10 | 6,477.00 |

Recapitulation

| Timekeeper | Hours | Rate | Total |
|---|---|---|---|
| Douglas S. Draper | 16.00 | $325.00 | $5,200.00 |
| Linda A. Faucheux | 0.80 | 160.00 | 128.00 |
| Deborah Hepting | 4.80 | 80.00 | 384.00 |
| Mary Dolan | 4.50 | 80.00 | 360.00 |
| Angela Serpas | 7.00 | 45.00 | 315.00 |
| Almondo Romero | 0.50 | 45.00 | 22.50 |
| Chris Adams | 1.50 | 45.00 | 67.50 |

Expenses

| Date | Description | Amount |
|---|---|---|
| 04/01/2004 | Charges For Toll Call Services - Cypress Communications - 03/01/2004 - 03/31/2004 | 4.42 |
| 04/01/2004 | Charges For Toll Call Services - Cypress Communications - 03/01/2004 thru 03/31/2004 | 0.40 |
| 04/02/2004 | Facsimile Service - received - 04/02/2004 | 2.00 |
| 04/07/2004 | Computer Research Services - Pacer - 01/01/2004 thru 03/31/2004 | 11.55 |
| 04/12/2004 | Facsimile Service - Hugh Ray, Philip Eisenberg, & Pete Domenici - 04/12/2004 | 6.00 |

```
                                                          Page:  9
Golden Oil Company                                   May 13, 2004
                                         Account No:  2871-17926M
                                         Statement No:      14886
Golden Oil Company
```

```
04/12/2004 Facsimile Service - received - 04/12/2004        2.00
04/13/2004 Facsimile Service - Hugh Ray - 04/13/2004        2.00
04/13/2004 Facsimile Service - received - 04/13/2004        2.00
04/13/2004 Facsimile Service - received - 04/13/2004        2.00
04/20/2004 Facsimile Service -  received - 04/20/2004       2.00
04/22/2004 Facsimile Service -  received - 04/22/2004       2.00
04/30/2004 Reproduction - Office - 625 copies - 04/01/2004
           - 04/30/2004                                   156.25
                                                          ------
           Total Expenses                                 192.62

                            Advances

04/14/2004 Reproduction Expense (900.00) Choice
           Professional Overnight - reproduction expense -
           693 A copies - Straight Run; 7 Mailouts - Items
           Mailed; 2 Postage; 5 Postage - 04/14/2004       93.33
04/14/2004 Reproduction Expense (900.00) Choice
           Professional Overnight - reproduction expense -
           190 A copies - Straight Run; 38 Mailouts -
           Items Mailed; 38 Postage - 04/14/2004           55.94
04/18/2004 Airfare (279.00) American Express - airfare -
           Southwest Airlines - Douglas Draper - New
           Orleans to Houston to New Orleans - departure:
           04/22/2004                                     227.70
04/20/2004 Reproduction Expense (900.00) Choice
           Professional Overnight - reproduction expense -
           185 A copies - Straight Run; 37 Mailouts -
           Items Maled; 37 Postage - 04/20/2004            54.46
04/22/2004 Miscellaneous (1142.00) Douglas S. Draper -
           cash from petty cash for trip regarding Golden
           Oil - 04/22/2004                                50.00
                                                          ------
           Total Advances                                 481.43

           Total Current Work                           7,151.05


           Balance Due                               $125,422.50
                                                     ===========
```