**HELLER, DRAPER, HAYDEN, PATRICK & HORN, L.L.C.**

2500 POYDRAS CENTER
650 POYDRAS STREET
NEW ORLEANS, LOUISIANA 70130-6103
FED. I.D.# 72-1421930

# Statement

|  |  |
|---|---|
| Golden Oil Company | Page: 1 |
| 4011 Mesa Verde | June 11, 2004 |
| NE Albuquerque  NM  87110 | Account No: 2871-17926M |
|  | Statement No:     15072 |

Attn: Mr. George Lotspeich

Golden Oil Company


Payments received on or after October 1, 2004 will be
reflected on your next statement.
Please reference the appropriate account number on
all payments.  Thank You.


Previous Balance                                            $125,422.50

### Fees

|  |  | Rate | Hours |  |
|---|---|---|---|---|
| 05/12/2004 DSD | Review Plan and Disclosure Statement. | 325.00 | 0.50 | 162.50 |
| 05/13/2004 DSD | Review Plan. | 325.00 | 1.00 | 325.00 |
| 05/17/2004 DSD | Receive and review fax from H. Ray regarding revised Ballot. | 325.00 | 0.25 | 81.25 |
| 05/20/2004 DSD | Prepare Objection to Confirmation of Joint Plan. | 325.00 | 1.50 | 487.50 |
| 05/21/2004 DSD | Prepare Unsecured Creditors Committee's Objection to Plan Confirmation; finalize same. | 325.00 | 1.00 | 325.00 |
| 05/24/2004 DSD | Receive and review fax from P. Domenici regarding MMS claim. | 325.00 | 0.50 | 162.50 |
| 05/27/2004 DSD | Receive and review fax from S. Bryant regarding Objection to Plan. | 325.00 | 0.50 | 162.50 |

```
                                                         Page: 2
Golden Oil Company                                June 11, 2004
                                          Account No: 2871-17926M
                                          Statement No:    15072
Golden Oil Company
```

|  |  |  |  |  |
|---|---|---|---|---|
| DSD | Receive and review fax from P. Domenici regarding Objection to Motion to Withdraw Proof of Claim. | 325.00 | 0.20 | 65.00 |
| DSD | Travel to Houston. | 162.50 | 1.00 | 162.50 |
| DSD | Prepare for hearing. | 325.00 | 2.00 | 650.00 |
| 05/28/2004 | | | | |
| DSD | Attend hearing - plan confirmation. | 325.00 | 4.00 | 1,300.00 |
| DSD | Travel to New Orleans. | 162.50 | 1.00 | 162.50 |
|  | Douglas S. Draper | | 13.45 | 4,046.25 |
| 05/10/2004 | | | | |
| LAC | Review MMS issue regarding prevailing price cases. | 225.00 | 2.00 | 450.00 |
| 05/11/2004 | | | | |
| LAC | Review MMS issue in connection with prevailing price cases. | 225.00 | 4.00 | 900.00 |
| 05/25/2004 | | | | |
| LAC | Review applicability of prevailing price cases. | 225.00 | 4.00 | 900.00 |
| 05/26/2004 | | | | |
| LAC | Review applicability of automatic stay - mms action. | 225.00 | 3.50 | 787.50 |
| LAC | Research sovereign immunity issues vis a vis Indian tribes. | 225.00 | 2.50 | 562.50 |
| LAC | Review BIA Objection to Third Amended Joint Plan of Reorganization and Taxing Authorities Objection to Third Amended and Restated Joint Plan. | 225.00 | 0.50 | 112.50 |

```
                                                            Page:   3
     Golden Oil Company                                June 11, 2004
                                                 Account No: 2871-17926M
                                                 Statement No:     15072
     Golden Oil Company
```

| Date | | Description | Rate | Hours | Amount |
|---|---|---|---|---|---|
| 05/27/2004 | | | | | |
| | LAC | Research/analysis sovereign immunity issues in connection with Indian tribes; review Motion to Withdraw Proofs of Claim filed by U.S. Minerals Management Service. | 225.00 | 5.50 | 1,237.50 |
| | | Leslie A. Collins | | 22.00 | 4,950.00 |
| 05/06/2004 | | | | | |
| | LAF | Receive and review objection to fee application and office discussion with Mr. Draper regarding same (.15); review USBC Rule 2016 and telephone conversation (voice mail) with Ms. Freeman regarding same (.10). | 160.00 | 0.25 | 40.00 |
| 05/07/2004 | | | | | |
| | LAF | Draft response to objection to firm's fee application. | 160.00 | 3.50 | 560.00 |
| 05/10/2004 | | | | | |
| | LAF | Continue draft response to objection to fee application (.20) | 160.00 | 0.20 | 32.00 |
| 05/11/2004 | | | | | |
| | LAF | Telephone conversation with Ms. Freeman regarding fee matters and response to fee objection/compensable tasks and expenses (.20) receive and review e-mail Ms. Dolan regarding conclusions of law Ms. Kell on fee application and objection to be set for hearing (.10). | 160.00 | 0.30 | 48.00 |
| | LAF | Receive and review Johnson fee objection; e-mail Mr. Draper regarding same. | 160.00 | 0.20 | 32.00 |

```
                                                            Page: 4
    Golden Oil Company                               June 11, 2004
                                            Account No: 2871-17926M
                                            Statement No:    15072
    Golden Oil Company
```

| | | | | | |
|---|---|---|---|---:|---:|
| | LAF | Continue work on response to fee objections. | | 160.00 | 0.40 | 64.00 |
| 05/13/2004 | | | | | |
| | LAF | Continue work on response to fee objections. | | 160.00 | 2.50 | 400.00 |
| | | | | ----- | -------- |
| | | Linda A. Faucheux | | 7.35 | 1,176.00 |
| 05/03/2004 | | | | | |
| | DH | Receive and review e-filings from Court regarding confirmation of pleadings filed. | | 80.00 | 0.40 | 32.00 |
| 05/04/2004 | | | | | |
| | DH | Receive and review e-filings from Court regarding confirmation of pleadings filed. | | 80.00 | 0.60 | 48.00 |
| 05/05/2004 | | | | | |
| | DH | Receive and review e-filings from Court regarding confirmation of pleadings filed. | | 80.00 | 0.60 | 48.00 |
| 05/06/2004 | | | | | |
| | DH | Receive and review e-filings from Court regarding confirmation of pleadings filed. | | 80.00 | 0.40 | 32.00 |
| 05/07/2004 | | | | | |
| | DH | Receive and review e-filings from Court regarding confirmation of pleadings filed. | | 80.00 | 0.20 | 16.00 |
| 05/10/2004 | | | | | |
| | DH | Receive and review e-filings from Court regarding confirmation of pleadings filed. | | 80.00 | 0.20 | 16.00 |

```
                                                             Page:    5
Golden Oil Company                                    June 11, 2004
                                              Account No:  2871-17926M
                                              Statement No:     15072
Golden Oil Company
```

| Date | | Description | | | |
|---|---|---|---|---|---|
| 05/20/2004 | | | | | |
| | DH | Receive and review e-filings from Court regarding confirmation of pleadings filed. | 80.00 | 0.20 | 16.00 |
| 05/21/2004 | | | | | |
| | DH | Receive and review e-filings from Court regarding confirmation of pleadings filed. | 80.00 | 1.40 | 112.00 |
| | DH | E-file Heller Draper's Objection to Plan Confirmation; serve same. | 80.00 | 0.50 | 40.00 |
| | DH | E-file Unsecured Creditors Committee's Objection to Confirmation of Joint Plan; serve same. | 80.00 | 0.50 | 40.00 |
| 05/24/2004 | | | | | |
| | DH | Receive and review e-filings from Court regarding confirmation of pleadings filed. | 80.00 | 0.80 | 64.00 |
| 05/27/2004 | | | | | |
| | DH | Receive and review e-filings from Court regarding confirmation of pleadings filed. | 80.00 | 4.00 | 320.00 |
| 05/28/2004 | | | | | |
| | DH | Receive and review e-filings from Court regarding confirmation of pleadings filed. | 80.00 | 2.80 | 224.00 |
| | | Deborah Hepting | | 12.60 | 1,008.00 |
| 05/07/2004 | | | | | |
| | MD | Non-Billable - Miscellaneous - Retrieve from files Heller Draper fee app; Application to Employ Heller Draper and order regarding | | | |

```
                                                              Page:  6
Golden Oil Company                                       June 11, 2004
                                                 Account No: 2871-17926M
                                                 Statement No:    15072
Golden Oil Company
```

| Date | Atty | Description | Rate | Hours | Amount |
|---|---|---|---:|---:|---:|
| | | same; copy same; copy Objection to fee app; distribute all to G. Brouphy, J. Cangelosi and K. Roche for review. | | 4.00 | n/c |
| 05/10/2004 | MD | Office discussion with L. Faucheux regarding deadline date for response to objection to Heller Draper fee app; telephone call to J. Kell, case administrator, regarding same. | 80.00 | 0.30 | 24.00 |
| 05/11/2004 | MD | Office discussion with L. Faucheux regarding additional objections filed to Heller Draper fee app; review docket for same; retrieve objection of P. Johnson. | 80.00 | 0.50 | 40.00 |
| 05/14/2004 | MD | Receive e-mail from L. Faucheux regarding hearing date for objection to Heller Draper fee app; review docket (several times) for same. | 80.00 | 0.20 | 16.00 |
| | | Mary Dolan | | 1.00 | 80.00 |
| 05/12/2004 | AS | Review and analyze pleadings correspondence and other related documents for content; index and update files regarding same. | 45.00 | 2.50 | 112.50 |
| 05/21/2004 | AS | Review and analyze pleadings correspondence and other related documents for content; index and update files regarding same. | 45.00 | 2.00 | 90.00 |

```
                                                           Page:   7
       Golden Oil Company                              June 11, 2004
                                                 Account No: 2871-17926M
                                                 Statement No:     15072
       Golden Oil Company
```

| Date | Init | Description | Rate | Hours | Amount |
|---|---|---|---|---|---|
| 05/28/2004 | AS | Respond to request from K. Roche regarding fee applications. | 45.00 | 2.00 | 90.00 |
| | | Angela Serpas | | 6.50 | 292.50 |
| 05/25/2004 | GMB | Telephone conference with F. Vincent regarding Plan ballots and case status (multi). | 200.00 | 0.50 | 100.00 |
| | | Greta M. Brouphy | | 0.50 | 100.00 |
| 05/27/2004 | AR | Receipt of e-notification - administration of email notice from court - open, print, copy attachment and distribute to appropriate party (Document # 268-291) | 45.00 | 2.40 | 108.00 |
| | | Almondo Romero | | 2.40 | 108.00 |
| 05/03/2004 | CA | Receipt of e-notification - administration of email notice from court - open, print, copy attachment and distribute to appropriate party documents 232, 233. | 45.00 | 0.20 | 9.00 |
| 05/04/2004 | CA | Receipt of e-notification - administration of email notice from court - open, print, copy attachment and distribute to appropriate party documents 234, 235. | 45.00 | 0.20 | 9.00 |

```
                                                            Page:  8
     Golden Oil Company                                 June 11, 2004
                                                Account No: 2871-17926M
                                                Statement No:     15072
     Golden Oil Company
```

| Date | | Description | | | |
|---|---|---|---|---|---|
| 05/05/2004 | CA | Receipt of e-notification - administration of email notice from court - open, print, copy attachment and distribute to appropriate party documents 236, 237, 241. | 45.00 | 0.30 | 13.50 |
| 05/06/2004 | CA | Receipt of e-notification - administration of email notice from court - open, print, copy attachment and distribute to appropriate party documents 242, 243. | 45.00 | 0.20 | 9.00 |
| 05/07/2004 | CA | Receipt of e-notification - administration of email notice from court - open, print, copy attachment and distribute to appropriate party documents 244. | 45.00 | 0.10 | 4.50 |
| 05/10/2004 | CA | Receipt of e-notification - administration of email notice from court - open, print, copy attachment and distribute to appropriate party documents 245. | 45.00 | 0.10 | 4.50 |
| 05/19/2004 | CA | Receipt of e-notification - administration of email notice from court - open, print, copy attachment and distribute to appropriate party documents 246. | 45.00 | 0.10 | 4.50 |

```
                                                           Page:   9
        Golden Oil Company                             June 11, 2004
                                                 Account No: 2871-17926M
                                                 Statement No:     15072
        Golden Oil Company
```

| | | | | | |
|---|---|---|---|---|---|
| 05/21/2004 | | | | | |
| | CA | Receipt of e-notification - administration of email notice from court - open, print, copy attachment and distribute to appropriate party documents 247 - 251, claims 74. | 45.00 | 0.70 | 31.50 |
| 05/24/2004 | | | | | |
| | CA | Receipt of e-notification - administration of email notice from court - open, print, copy attachment and distribute to appropriate party documents 254 - 257. | 45.00 | 0.40 | 18.00 |
| 05/25/2004 | | | | | |
| | CA | Receipt of e-notification - administration of email notice from court - open, print, copy attachment and distribute to appropriate party documents 258 - 264. | 45.00 | 0.70 | 31.50 |
| 05/26/2004 | | | | | |
| | CA | Receipt of e-notification - administration of email notice from court - open, print, copy attachment and distribute to appropriate party documents 265 - 267. | 45.00 | 0.30 | 13.50 |
| 05/28/2004 | | | | | |
| | CA | Receipt of e-notification - administration of email notice from court - open, print, copy | | | |

```
                                                          Page:  10
Golden Oil Company                                   June 11, 2004
                                              Account No:  2871-17926M
                                              Statement No:    15072
Golden Oil Company
```

```
         attachment and distribute to
         appropriate party documents 292 -
         304.                                45.00   1.30    58.50
                                                     ----   ------
         Chris Adams                                 4.60   207.00

                                                     -----  ---------
         For Current Professional Services Rendered  70.40 11,967.75
```

```
                         Recapitulation
Timekeeper                        Hours      Rate      Total
Douglas S. Draper                 13.45    $325.00  $4,046.25
Leslie A. Collins                 22.00     225.00   4,950.00
Linda A. Faucheux                  7.35     160.00   1,176.00
Deborah Hepting                   12.60      80.00   1,008.00
Mary Dolan                         1.00      80.00      80.00
Angela Serpas                      6.50      45.00     292.50
Greta M. Brouphy                   0.50     200.00     100.00
Almondo Romero                     2.40      45.00     108.00
Chris Adams                        4.60      45.00     207.00
```

```
                              Expenses

05/01/2004 Charges For Toll Call Services - Cypress
           Communications - 04/01/2004 - 04/30/2004           0.59
05/07/2004 Express Mail Deliveries - Jean Kell - Airbill #
           790609219027 - 04/14/2004                         14.05
05/24/2004 Facsimile Service - received - 05/24/04            2.00
05/25/2004 Facsimile Service - received - 05/25/04            2.00
05/26/2004 Facsimile Service - received - 05/26/04            2.00
05/27/2004 Facsimile Service - received 05/27/04              2.00
05/31/2004 Reproduction - Office - 277 copies - 05/01/04
           through 05/31/2004                                69.25
                                                            -----
           Total Expenses                                    91.89
```

```
                                                       Page: 11
Golden Oil Company                                June 11, 2004
                                        Account No: 2871-17926M
                                        Statement No:     15072
Golden Oil Company
```

                              Advances

05/24/2004 Reproduction Expense (900.00) Choice
           Professional Overnight - reproduction expense -
           312 A copies - Straight Run; 39 Mailouts -
           Items Mailed; 39 Postage - 05/24/2004                    67.61
                                                                   -----
           Total Advances                                           67.61

           Total Current Work                                   12,127.25

           Balance Due                                        $137,549.75
                                                              ===========

**HELLER, DRAPER, HAYDEN, PATRICK & HORN, L.L.C.**
2500 POYDRAS CENTER
650 POYDRAS STREET
NEW ORLEANS, LOUISIANA 70130-6103
FED. I.D.# 72-1421930

# Statement

```
                                                         Page: 1
    Golden Oil Company                            July 16, 2004
    4011 Mesa Verde                       Account No: 2871-17926M
    NE Albuquerque   NM   87110           Statement No:     15316

    Attn: Mr. George Lotspeich

    Golden Oil Company



       Payments received on or after October 1, 2004 will be
       reflected on your next statement.
       Please reference the appropriate account number on
       all payments.  Thank You.



       Previous Balance                             $137,549.75

                              Fees

                                           Rate    Hours
06/01/2004
       DH    Receive and review e-filings from
             Court regarding confirmation of
             pleadings filed.                 80.00   0.20    16.00

06/03/2004
       DH    Receive and review e-filings from
             Court regarding confirmation of
             pleadings filed.                 80.00   0.80    64.00

06/14/2004
       DH    Receive and review e-filings from
             Court regarding confirmation of
             pleadings filed.                 80.00   1.00    80.00

06/15/2004
       DH    Receive and review e-filings from
             Court regarding confirmation of
             pleadings filed.                 80.00   0.60    48.00


       DH    Prepare Certificate of Service on
             Motion to Continue hearing
             regarding Heller Draper fee app;
             e-file same and serve.           80.00   0.70    56.00

06/16/2004
       DH    Receive and review e-filings from
             Court regarding confirmation of
```

```
                                                              Page: 2
        Golden Oil Company                                July 16, 2004
                                                  Account No: 2871-17926M
                                                  Statement No:    15316
        Golden Oil Company


        pleadings filed.                   80.00    0.60      48.00

06/18/2004
   DH   Receive and review e-filings from
        Court regarding confirmation of
        pleadings filed.                   80.00    0.60      48.00

06/21/2004
   DH   Receive and review e-filings from
        Court regarding confirmation of
        pleadings filed.                   80.00    1.00      80.00

06/23/2004
   DH   Receive and review e-filings from
        Court regarding confirmation of
        pleadings filed.                   80.00    0.40      32.00

06/24/2004
   DH   Receive and review e-filings from
        Court regarding confirmation of
        pleadings filed.                   80.00    0.20      16.00

06/25/2004
   DH   Receive and review e-filings from
        Court regarding confirmation of
        pleadings filed.                   80.00    0.40      32.00

06/28/2004
   DH   Receive and review e-filings from
        Court regarding confirmation of
        pleadings filed.                   80.00    0.20      16.00
                                                   ----     ------
        Deborah Hepting                            6.70     536.00


06/07/2004
   MD   File Motion to Continue Fee
        Hearing; request service.          80.00    0.40      32.00

   MD   Non-Billable - Miscellaneous - work
        on editing fee statements.                  2.00       n/c

06/08/2004
   MD   Telephone call to Ms. J. Kell
        regarding filing of motion to
        continue fee hearing.              80.00    0.10       8.00
                                                   ----      -----
        Mary Dolan                                 0.50      40.00
```

```
                                                              Page:   3
        Golden Oil Company                                July 16, 2004
                                                   Account No:  2871-17926M
                                                 Statement No:       15316
        Golden Oil Company


06/04/2004
    AS      Review and analyze pleadings
            correspondence and other related
            documents for content;  index and
            update files regarding same.           45.00    3.00    135.00

06/17/2004
    AS      Review and analyze pleadings
            correspondence and other related
            documents for content;  index and
            update files regarding same.           45.00    2.00     90.00

06/24/2004
    AS      Review and analyze pleadings
            correspondence and other related
            documents for content;  index and
            update files regarding same.           45.00    2.00     90.00
                                                           ----    ------
            Angela Serpas                                  7.00    315.00

06/21/2004
    AR      Receipt of e-notification -
            administration of email notice from
            court - open, print, copy
            attachment and distribute to
            appropriate party (338-342)            45.00    0.50     22.50
                                                           ----    -----
            Almondo Romero                                 0.50     22.50


06/01/2004
    CA      Receipt of e-notification -
            administration of email notice from
            court - open, print, copy
            attachment and distribute to
            appropriate party documents 305.       45.00    0.10      4.50

06/03/2004
    CA      Receipt of e-notification -
            administration of email notice from
            court - open, print, copy
            attachment and distribute to
            appropriate party documents 306,
            309, 310.                              45.00    0.30     13.50

06/07/2004
    CA      Receipt of e-notification -
            administration of email notice from
```

```
                                                                Page:     4
         Golden Oil Company                                 July 16, 2004
                                                   Account No: 2871-17926M
                                                   Statement No:     15316
         Golden Oil Company
```

| Date | | Description | | | |
|---|---|---|---|---|---|
| | | court - open, print, copy attachment and distribute to appropriate party documents 311 - 312. | 45.00 | 0.20 | 9.00 |
| 06/09/2004 | CA | Receipt of e-notification - administration of email notice from court - open, print, copy attachment and distribute to appropriate party documents 314 - 319. | 45.00 | 0.60 | 27.00 |
| 06/10/2004 | CA | Receipt of e-notification - administration of email notice from court - open, print, copy attachment and distribute to appropriate party documents 320. | 45.00 | 0.10 | 4.50 |
| 06/12/2004 | CA | Receipt of e-notification - administration of email notice from court - open, print, copy attachment and distribute to appropriate party documents 321, 323. | 45.00 | 0.20 | 9.00 |
| 06/14/2004 | CA | Receipt of e-notification - administration of email notice from court - open, print, copy attachment and distribute to appropriate party documents 322, 324 - 327. | 45.00 | 0.50 | 22.50 |
| 06/15/2004 | CA | Receipt of e-notification - administration of email notice from court - open, print, copy attachment and distribute to appropriate party documents 328 - 330. | 45.00 | 0.30 | 13.50 |
| 06/16/2004 | CA | Receipt of e-notification - administration of email notice from court - open, print, copy | | | |

```
                                                            Page:   5
          Golden Oil Company                            July 16, 2004
                                                  Account No: 2871-17926M
                                                  Statement No:    15316
          Golden Oil Company
```

| Date | | Description | | | |
|---|---|---|---|---|---|
| | | attachment and distribute to appropriate party documents 332 - 334. | 45.00 | 0.30 | 13.50 |
| 06/17/2004 | CA | Receipt of e-notification - administration of email notice from court - open, print, copy attachment and distribute to appropriate party documents 335 - 336. | 45.00 | 0.20 | 9.00 |
| 06/18/2004 | CA | Receipt of e-notification - administration of email notice from court - open, print, copy attachment and distribute to appropriate party documents 337. | 45.00 | 0.10 | 4.50 |
| 06/22/2004 | CA | Receipt of e-notification - administration of email notice from court - open, print, copy attachment and distribute to appropriate party documents 343 - 344. | 45.00 | 0.20 | 9.00 |
| 06/23/2004 | CA | Receipt of e-notification - administration of email notice from court - open, print, copy attachment and distribute to appropriate party documents 345 - 346. | 45.00 | 0.20 | 9.00 |
| 06/24/2004 | CA | Receipt of e-notification - administration of email notice from court - open, print, copy attachment and distribute to appropriate party documents 347. | 45.00 | 0.10 | 4.50 |
| 06/25/2004 | CA | Receipt of e-notification - administration of email notice from court - open, print, copy attachment and distribute to appropriate party documents 349 - | | | |

```
                                                                    Page:    6
         Golden Oil Company                                  July 16, 2004
                                                 Account No:   2871-17926M
                                                 Statement No:       15316
         Golden Oil Company


         350.                                   45.00       0.20        9.00

06/28/2004
    CA   Receipt of e-notification -
         administration of email notice from
         court - open, print, copy
         attachment and distribute to
         appropriate party document 351.       45.00       0.10        4.50
                                                           ----      ------
         Chris Adams                                       3.70       166.50

                                                          -----    --------
         For Current Professional Services Rendered       18.40    1,080.00




                             Recapitulation
    Timekeeper                         Hours          Rate         Total
    Deborah Hepting                     6.70         80.00        536.00
    Mary Dolan                          0.50         80.00         40.00
    Angela Serpas                       7.00         45.00        315.00
    Almondo Romero                      0.50         45.00         22.50
    Chris Adams                         3.70         45.00        166.50

                                    Expenses

06/01/2004  Charges For Toll Call Services - Cypress
            Communication - 05/01/04-05/31/04                        3.11
06/07/2004  Facsimile Service - Hugh M Ray, III - 06/07/04           2.00
06/07/2004  Postage - 06/07/04                                       1.80
06/07/2004  Facsimile Service - Peter Johnson - 06/07/04             2.00
06/18/2004  Postage - 06/18/04                                       0.87
06/30/2004  Reproduction - Office - 29 copies - 06/01/2004
            through 06/30/2004                                       7.25
                                                                    -----
            Total Expenses                                          17.03

                                    Advances

06/08/2004  Reproduction Expense (900.00) Choice
            Professional Overnight - reproduction expense -
            234 A copies - Straight Run; 39 Mailouts -
            Items Mailed; 39 Postage - 06/08/2004                   51.84
06/16/2004  Reproduction Expense (900.00) Choice
```

```
                                                        Page: 7
Golden Oil Company                                July 16, 2004
                                          Account No: 2871-17926M
                                          Statement No:    15316
Golden Oil Company


Professional Overnight - reproduction expense -
84 A copies - Straight Run; 42 Mailouts - Items
Mailed; 42 Postage - 06/16/2004                            41.18
                                                          ------
Total Advances                                             93.02

Total Current Work                                      1,190.05


Balance Due                                          $138,739.80
                                                     ===========
```