**HELLER, DRAPER, HAYDEN, PATRICK & HORN, L.L.C.**

2500 POYDRAS CENTER
650 POYDRAS STREET
NEW ORLEANS, LOUISIANA 70130-6103
FED. I.D.# 72-1421930

# Statement

Page: 1
August 19, 2004
Account No: 2871-17926M
Statement No: 15628

Golden Oil Company
4011 Mesa Verde
NE Albuquerque   NM   87110

Attn: Mr. George Lotspeich

Golden Oil Company

Payments received on or after October 1, 2004 will be reflected on your next statement.
Please reference the appropriate account number on all payments. Thank You.

Previous Balance                                      $138,739.80

Fees

| Date | Atty | Description | Rate | Hours | Amount |
|---|---|---|---:|---:|---:|
| 07/26/2004 | | | | | |
| | DSD | Travel to Houston. | 162.50 | 1.00 | 162.50 |
| | DSD | Attend hearing regarding fee application. | 325.00 | 4.00 | 1,300.00 |
| | DSD | Travel to New Orleans. | 162.50 | 1.00 | 162.50 |
| 07/29/2004 | | | | | |
| | DSD | Prepare fee app order; forward to H. Ray for approval. | 325.00 | 0.60 | 195.00 |
| | | Douglas S. Draper | | 6.60 | 1,820.00 |
| 07/25/2004 | | | | | |
| | WH | Review of pleadings - interim application for compensation, oppositions filed by debtor and creditors, McElvenny, et al - preparation for hearing on Heller, Draper application for compensation | 275.00 | 2.50 | 687.50 |
| | WH | Draft/prepare direct examination of Mr. Draper in connection with hearing on Heller, Draper interim application for compensation | 275.00 | 1.50 | 412.50 |

```
                                                              Page: 2
Golden Oil Company                                   August 19, 2004
                                              Account No: 2871-17926M
                                              Statement No:    15628
Golden Oil Company
```

| Date | Atty | Description | Rate | Hours | Amount |
|---|---|---|---|---|---|
| 07/26/2004 | | | | | |
| | WH | Travel to Houston for hearing on Heller, Draper interim application for compensation | 137.50 | 2.50 | 343.75 |
| | WH | Meet with Mr. Draper - prepare his direct examination for hearing on Heller, Draper interim application for compensation | 275.00 | 1.20 | 330.00 |
| | WH | Appearance - attend hearing on Heller, Draper interim application for compensation | 275.00 | 3.50 | 962.50 |
| | WH | Travel back to New Orleans from Houston - hearing on Heller, Draper interim application for compensation | 137.50 | 2.50 | 343.75 |
| | | Warren Horn | | 13.70 | 3,080.00 |
| 07/06/2004 | | | | | |
| | LAF | Search docket regarding rescheduled fee hearing/objection. | 160.00 | 0.30 | 48.00 |
| 07/09/2004 | | | | | |
| | LAF | Office discussion with Ms. Collins and draft of response to Mr. Draper. | 160.00 | 0.10 | 16.00 |
| 07/12/2004 | | | | | |
| | LAF | Review draft received from Mr. Draper regarding responses to be filed and final adjustments to same (.40); address service issues regarding same with Ms. Dolan and regarding exhibits (.30). | 160.00 | 0.70 | 112.00 |
| | | Linda A. Faucheux | | 1.10 | 176.00 |

```
                                                              Page:  3
     Golden Oil Company                                August 19, 2004
                                                 Account No: 2871-17926M
                                                 Statement No:    15628
     Golden Oil Company
```

| Date | | Description | Rate | Hours | Amount |
|---|---|---|---:|---:|---:|
| 07/01/2004 | DH | Receive and review e-filings from Court regarding confirmation of pleadings filed. | 80.00 | 0.40 | 32.00 |
| 07/06/2004 | DH | Receive and review e-filings from Court regarding confirmation of pleadings filed. | 80.00 | 0.20 | 16.00 |
| 07/07/2004 | DH | Receive and review e-filings from Court regarding confirmation of pleadings filed. | 80.00 | 0.20 | 16.00 |
| 07/12/2004 | DH | Receive and review e-filings from Court regarding confirmation of pleadings filed. | 80.00 | 0.60 | 48.00 |
| 07/13/2004 | DH | Receive and review e-filings from Court regarding confirmation of pleadings filed. | 80.00 | 0.20 | 16.00 |
| 07/15/2004 | DH | Receive and review e-filings from Court regarding confirmation of pleadings filed. | 80.00 | 0.60 | 48.00 |
| 07/19/2004 | DH | Receive and review e-filings from Court regarding confirmation of pleadings filed. | 80.00 | 0.20 | 16.00 |
| 07/20/2004 | DH | Receive and review e-filings from Court regarding confirmation of pleadings filed. | 80.00 | 0.20 | 16.00 |

```
                                                             Page:    4
    Golden Oil Company                              August 19, 2004
                                                Account No:  2871-17926M
                                                Statement No:     15628
    Golden Oil Company
```

| Date | | Description | | | |
|---|---|---|---|---|---|
| 07/22/2004 | DH | Receive and review e-filings from Court regarding confirmation of pleadings filed. | 80.00 | 0.20 | 16.00 |
| 07/26/2004 | DH | Receive and review e-filings from Court regarding confirmation of pleadings filed. | 80.00 | 0.20 | 16.00 |
| 07/27/2004 | DH | Receive and review e-filings from Court regarding confirmation of pleadings filed. | 80.00 | 0.20 | 16.00 |
| 07/28/2004 | DH | Receive and review e-filings from Court regarding confirmation of pleadings filed. | 80.00 | 0.20 | 16.00 |
| 07/29/2004 | DH | Receive and review e-filings from Court regarding confirmation of pleadings filed. | 80.00 | 0.20 | 16.00 |
| 07/30/2004 | DH | Receive and review e-filings from Court regarding confirmation of pleadings filed. | 80.00 | 0.20 | 16.00 |
| | | Deborah Hepting | | 3.80 | 304.00 |
| 07/07/2004 | MD | Review docket for order setting date for motion to continue hearing on fee application. | 80.00 | 0.20 | 16.00 |

```
                                                            Page:  5
         Golden Oil Company                         August 19, 2004
                                                Account No:  2871-17926M
                                               Statement No:      15628
         Golden Oil Company
```

| Date | | Description | Rate | Hours | Amount |
|---|---|---|---|---|---|
| 07/12/2004 | MD | Prepare exhibit to Response to Golden Oil Fee Application objection; office discussion with L. Faucheux regarding service. | 80.00 | 0.30 | 24.00 |
| 07/13/2004 | MD | Scan exhibits to fee application (.20); call to J. Kell regarding filing of same (.10); prepare certificate of service for fee application served without exhibits and file same (.30). | 80.00 | 0.60 | 48.00 |
| 07/19/2004 | MD | Telephone conversation with M. Rios regarding filing of Amended Exhibit H; file Amended Exhibit A; request service; prepare certificate of service regarding same; file with court. | 80.00 | 0.60 | 48.00 |
| | | Mary Dolan | | 1.70 | 136.00 |
| 07/09/2004 | AS | Review and analyze pleadings correspondence and other related documents for content; index and update files regarding same. | 45.00 | 3.00 | 135.00 |
| 07/23/2004 | AS | Review and analyze pleadings correspondence and other related documents for content; index and update files regarding same. | 45.00 | 2.00 | 90.00 |
| 07/30/2004 | AS | Review and analyze pleadings correspondence and other related documents for content; index and update files regarding same. | 45.00 | 3.00 | 135.00 |
| | | Angela Serpas | | 8.00 | 360.00 |

```
                                                              Page:   6
         Golden Oil Company                           August 19, 2004
                                                Account No:  2871-17926M
                                                Statement No:     15628
         Golden Oil Company
```

| | | | | | |
|---|---|---|---|---:|---:|---:|
| 07/23/2004 | | | | | |
| | AR | Receipt of e-notification - administration of email notice from court - open, print, copy attachment and distribute to appropriate party (Pleading # 371) | 45.00 | 0.10 | 4.50 |
| 07/26/2004 | | | | | |
| | AR | Receipt of e-notification - administration of email notice from court - open, print, copy attachment and distribute to appropriate party (Pleading # 372) | 45.00 | 0.10 | 4.50 |
| 07/27/2004 | | | | | |
| | AR | Receipt of e-notification - administration of email notice from court - open, print, copy attachment and distribute to appropriate party (Document #  373) | 45.00 | 0.10 | 4.50 |
| 07/28/2004 | | | | | |
| | AR | Receipt of e-notification - administration of email notice from court - open, print, copy attachment and distribute to appropriate party (Document #  374) | 45.00 | 0.10 | 4.50 |
| 07/29/2004 | | | | | |
| | AR | Receipt of e-notification - administration of email notice from court - open, print, copy attachment and distribute to appropriate party (Document # 375, 376) | 45.00 | 0.20 | 9.00 |
| 07/30/2004 | | | | | |
| | AR | Receipt of e-notification - administration of email notice from court - open, print, copy | | | |

```
                                                              Page:    7
       Golden Oil Company                                August 19, 2004
                                                   Account No: 2871-17926M
                                                   Statement No:    15628
       Golden Oil Company




               attachment and distribute to
               appropriate party (Document # 377)    45.00    0.10     4.50
                                                              ----    -----
               Almondo Romero                                 0.70    31.50

07/01/2004
     CA        Receipt of e-notification -
               administration of email notice from
               court - open, print, copy
               attachment and distribute to
               appropriate party documents 352 -
               353.                                  45.00    0.20     9.00

07/06/2004
     CA        Receipt of e-notification -
               administration of email notice from
               court - open, print, copy
               attachment and distribute to
               appropriate party documents 354.      45.00    0.10     4.50

07/07/2004
     CA        Receipt of e-notification -
               administration of email notice from
               court - open, print, copy
               attachment and distribute to
               appropriate party documents 355.      45.00    0.10     4.50

07/12/2004
     CA        Receipt of e-notification -
               administration of email notice from
               court - open, print, copy
               attachment and distribute to
               appropriate party documents 356 -
               358.                                  45.00    0.30    13.50

07/13/2004
     CA        Receipt of e-notification -
               administration of email notice from
               court - open, print, copy
               attachment and distribute to
               appropriate party documents 359.      45.00    0.10     4.50
```

```
                                                              Page:   8
     Golden Oil Company                                 August 19, 2004
                                                 Account No: 2871-17926M
                                                 Statement No:    15628
     Golden Oil Company
```

| Date | | Description | Rate | Hours | Amount |
|---|---|---|---|---|---|
| 07/15/2004 | CA | Receipt of e-notification - administration of email notice from court - open, print, copy attachment and distribute to appropriate party documents 361, 364, 365. | 45.00 | 0.30 | 13.50 |
| 07/19/2004 | CA | Receipt of e-notification - administration of email notice from court - open, print, copy attachment and distribute to appropriate party documents 366. | 45.00 | 0.10 | 4.50 |
| 07/20/2004 | CA | Receipt of e-notification - administration of email notice from court - open, print, copy attachment and distribute to appropriate party documents 368. | 45.00 | 0.10 | 4.50 |
| 07/22/2004 | CA | Receipt of e-notification - administration of email notice from court - open, print, copy attachment and distribute to appropriate party documents 376. | 45.00 | 0.10 | 4.50 |
| | | Chris Adams | | 1.40 | 63.00 |
| | | For Current Professional Services Rendered | | 37.00 | 5,970.50 |

Recapitulation

| Timekeeper | Hours | Rate | Total |
|---|---|---|---|
| Douglas S. Draper | 6.60 | $325.00 | $1,820.00 |
| Warren Horn | 13.70 | 275.00 | 3,080.00 |
| Linda A. Faucheux | 1.10 | 160.00 | 176.00 |
| Deborah Hepting | 3.80 | 80.00 | 304.00 |
| Mary Dolan | 1.70 | 80.00 | 136.00 |
| Angela Serpas | 8.00 | 45.00 | 360.00 |

```
                                                        Page:  9
      Golden Oil Company                           August 19, 2004
                                                Account No:   2871-17926M
                                                Statement No:       15628

      Golden Oil Company




      Almondo Romero                      0.70        45.00        31.50
      Chris Adams                         1.40        45.00        63.00


                                    Expenses

07/01/2004 Charges For Toll Call Services - Cypress long
           distance 06/01/04 through 06/30/04                       2.62
07/01/2004 Computer Research Services - Pacer - 04/01/2004
           thru 06/30/2004                                         34.72
07/29/2004 Facsimile Service - Hugh M Ray - 07/29/04                2.00
07/29/2004 Facsimile Service - Hugh M Ray - 07/29/04                2.00
07/31/2004 Reproduction - Office - 493 copies - 07/01/04
           through 07/31/04                                       123.25
                                                                 ------
           Total Expenses                                         164.59

                                    Advances

07/01/2004 Airfare (279.00) American Express - airfare -
           Southwest Airlines - Houston to New Orleans -
           departure:  05/28/04 - 05/20/04                        146.60
07/14/2004 Reproduction Expense (900.00) Choice
           Professional Overnight - reproduction expense -
           254 A copies - Straight Run; 32 Mailouts -
           Items Mailed; 32 Postage - 07/14/2004                   55.30
07/14/2004 Reproduction Expense (900.00) Choice
           Professional Overnight - reproduction expense -
           497 A copies - Straight Run; 7 Mailouts - Items
           Mailed; 7 Postage - 07/14/2004                          58.64
07/18/2004 Mileage/Parking/Tolls (279.00) American Express
           - parking at New Orleans Airport - 06/18/2004           25.00
07/20/2004 Reproduction Expense (900.00) Choice
           Professional Overnight - reproduction expense -
           520 A copies - Straight Run; 8 Mailouts - Items
           Mailed; 8 Postage - 07/20/2004                          72.03
07/26/2004 Mileage/Parking/Tolls (1142.00) Douglas S.
           Draper - petty cash #684 - taxi fares in
           Houston - 07/26/04                                     100.00
07/26/2004 Travel Expense - Miscellaneous (1142.00)
           Douglas S. Draper - petty cash #684 -
```

```
                                                              Page:    10
Golden Oil Company                                     August 19, 2004
                                                 Account No:  2871-17926M
                                                 Statement No:     15628
Golden Oil Company
```

|  |  |  |
|---|---|---|
|  | miscellaneous travel charges - food, etc. - 07/26/04 | 50.00 |
| 07/28/2004 | Airfare (571.00) Warren Horn - airfare - Southwest Airlines - Warren Horn - New Orleans to Houston to New Orleans - departure: 07/26/04 - trip to attend hearing on interim application for compensation - 07/26/2004 | 229.70 |
| 07/28/2004 | Mileage/Parking/Tolls (571.00) Warren Horn - parking at New Orleans Airport - trip to attend hearing on interim application for compensation - 07/26/2004 | 15.00 |

```
            Total Advances                                       752.27

            Total Current Work                                 6,887.36


            Balance Due                                     $145,627.16
                                                            ===========
```

**HELLER, DRAPER, HAYDEN, PATRICK & HORN, L.L.C.**
2500 POYDRAS CENTER
650 POYDRAS STREET
NEW ORLEANS, LOUISIANA 70130-6103
FED. I.D.# 72-1421930

# *Statement*

```
                                                      Page: 1
Golden Oil Company                       September 24, 2004
4011 Mesa Verde                       Account No: 2871-17926M
NE Albuquerque  NM  87110             Statement No:    15856

Attn: Mr. George Lotspeich

Golden Oil Company



     Payments received on or after October 1, 2004 will be
     reflected on your next statement.
     Please reference the appropriate account number on
     all payments.  Thank You.



     Previous Balance                            $145,627.16

                          Fees

                                    Rate    Hours
08/26/2004
     DSD  Letter to H. Ray regarding Order
          regarding fees.           325.00   0.75    243.75
                                             ----   ------
          Douglas S. Draper                  0.75    243.75

08/03/2004
     DH   Receive and review e-filings from
          Court regarding confirmation of
          pleadings filed; calendar dates.  80.00   0.20     16.00

08/05/2004
     DH   Receive and review e-filings from
          Court regarding confirmation of
          pleadings filed; calendar dates.  80.00   0.20     16.00
                                                    ----    -----
          Deborah Hepting                           0.40     32.00

08/03/2004
     AS   Review and analyze pleadings
          correspondence and other related
          documents for content;  index and
          update files regarding same.      45.00   3.00    135.00
```

```
                                                          Page:    2
     Golden Oil Company                           September 24, 2004
                                                 Account No: 2871-17926M
                                                 Statement No:      15856
     Golden Oil Company
```

```
08/11/2004
     AS    Review and analyze pleadings
           correspondence and other related
           documents for content;  index and
           update files regarding same.        45.00    3.00     135.00

08/30/2004
     AS    Review and analyze pleadings
           correspondence and other related
           documents for content;  index and
           update files regarding same.        45.00    3.00     135.00
                                                        ----     ------
           Angela Serpas                                9.00     405.00

08/03/2004
     AR    Receipt of e-notification -
           administration of email notice from
           court - open, print, copy
           attachment and distribute to
           appropriate party (Document # 378 &
           379)                                 45.00    0.20      9.00
                                                        ----     ----
           Almondo Romero                                0.20      9.00

                                                       -----    ------
           For Current Professional Services Rendered   10.35    689.75

                           Recapitulation
     Timekeeper                        Hours       Rate        Total
     Douglas S. Draper                  0.75    $325.00     $243.75
     Deborah Hepting                    0.40      80.00       32.00
     Angela Serpas                      9.00      45.00      405.00
     Almondo Romero                     0.20      45.00        9.00


                                Expenses

08/01/2004 Charges For Toll Call Services - Cypress
           Communications - 07/01/04 through 07/31/04          0.83
08/03/2004 Express Mail Deliveries - Jean Kell - Airbill #
           791886710413 - 07/14/04                            13.28
```

```
                                                            Page:     3
         Golden Oil Company                         September 24, 2004
                                                  Account No: 2871-17926M
                                                Statement No:     15856
         Golden Oil Company




08/26/2004 Facsimile Service - Hugh M Ray - 08/26/04              2.00
                                                                 -----
           Total Expenses                                        16.11

                          Advances

08/17/2004 Airfare (279.00) American Express - airfare -
           Southwest Airlines - Douglas Draper - New
           Orleans to Houston - departure:  07/26/2004          264.70
                                                                ------
           Total Advances                                       264.70

           Total Current Work                                   970.56


           Balance Due                                      $146,597.72
                                                            ===========
```

**HELLER, DRAPER, HAYDEN, PATRICK & HORN, L.L.C.**

2500 POYDRAS CENTER
650 POYDRAS STREET
NEW ORLEANS, LOUISIANA 70130-6103
FED. I.D.# 72-1421930

# Statement

Page: 1
October 22, 2004

Golden Oil Company
4011 Mesa Verde
NE Albuquerque   NM   87110

Account No: 2871-17926M
Statement No:            15898

Attn: Mr. George Lotspeich

Golden Oil Company


Payments received on or after October 1, 2004 will be
reflected on your next statement.
Please reference the appropriate account number on
all payments.  Thank You.


Previous Balance                                   $146,597.72

                        Fees

                                      Rate   Hours
09/01/2004
    DSD   Receive and review fax from Mr.
          McElveny regarding fee issues.  325.00   0.25    81.25

    DSD   Letter to H. Ray regarding fee app
          Order.                          325.00   0.10    32.50

09/02/2004
    DSD   Revise and finalize fee application
          order.                          325.00   0.10    32.50

09/03/2004
    DSD   Letter to W. Steen regarding fee
          order.                          325.00   0.20    65.00
                                                   ----   ------
          Douglas S. Draper                        0.65   211.25

09/27/2004
    WH    Prepare for conference with Court
          on fee application              275.00   1.00   275.00

    WH    Telephone conference with Judge
          Steen                           275.00   0.50   137.50
                                                   ----   ------
          Warren Horn                             1.50   412.50

```
                                                           Page:   2
     Golden Oil Company                              October 22, 2004
                                                 Account No: 2871-17926M
                                                 Statement No:    15898
     Golden Oil Company
```

| Date | Init | Description | Rate | Hours | Amount |
|---|---|---|---|---|---|
| 09/02/2004 | DH | Telephone conference with Court regarding filing of Order. | 80.00 | 0.30 | 24.00 |
|  | DH | E-file Order regarding fee application. | 80.00 | 0.50 | 40.00 |
| 09/03/2004 | DH | Receive and review e-filings from Court regarding confirmation of pleadings filed concerning docket number 382. | 80.00 | 0.20 | 16.00 |
| 09/07/2004 | DH | Receive and review e-filings from Court regarding confirmation of pleadings filed concerning docket number 383. | 80.00 | 0.20 | 16.00 |
| 09/09/2004 | DH | Receive and review e-filings from Court regarding confirmation of pleadings filed concerning docket number 385. | 80.00 | 0.20 | 16.00 |
| 09/13/2004 | DH | Receive and review e-filings from Court regarding confirmation of pleadings filed concerning docket numbers 387, 386. | 80.00 | 0.40 | 32.00 |
| 09/27/2004 | DH | Telephone discussion with Laura in Judge Steen's office regarding conference call today; email W. Horn regarding same. | 80.00 | 0.30 | 24.00 |
|  |  | Deborah Hepting |  | 2.10 | 168.00 |

```
                                                              Page:   3
Golden Oil Company                                    October 22, 2004
                                                Account No: 2871-17926M
                                                Statement No:    15898

Golden Oil Company




09/22/2004
     AS      Review and analyze pleadings
             correspondence and other related
             documents for content;  index and
             update files regarding same.       45.00     3.00    135.00
                                                          ----    ------
             Angela Serpas                                3.00    135.00

09/24/2004
     KF      Review and analyze pleadings and
             correspondence; index and update
             files.                             80.00     4.50    360.00
                                                          ----    ------
             Kelly Fritscher                             4.50    360.00

09/03/2004
     AR      Receipt of e-notification -
             administration of email notice from
             court - open, print, copy
             attachment and distribute to
             appropriate party (Document # 382) 45.00     0.10      4.50

09/07/2004
     AR      Receipt of e-notification -
             administration of email notice from
             court - open, print, copy
             attachment and distribute to
             appropriate party (Document # 383 &
             Hearing Scheduled Notice)          45.00     0.20      9.00

09/09/2004
     AR      Receipt of e-notification -
             administration of email notice from
             court - open, print, copy
             attachment and distribute to
             appropriate party (Document # 385) 45.00     0.10      4.50

09/13/2004
     AR      Receipt of e-notification -
             administration of email notice from
             court - open, print, copy
```

```
                                                              Page:  4
    Golden Oil Company                                October 22, 2004
                                                 Account No: 2871-17926M
                                                 Statement No:    15898
    Golden Oil Company




    attachment and distribute to
    appropriate party (Document # 386,
    387)                                     45.00      0.20       9.00
                                                        ----      -----
    Almondo Romero                                      0.60      27.00
                                                       -----    --------
    For Current Professional Services Rendered         12.35   1,313.75

                        Recapitulation
  Timekeeper                             Hours        Rate       Total
  Douglas S. Draper                       0.65     $325.00     $211.25
  Warren Horn                             1.50      275.00      412.50
  Deborah Hepting                         2.10       80.00      168.00
  Angela Serpas                           3.00       45.00      135.00
  Kelly Fritscher                         4.50       80.00      360.00
  Almondo Romero                          0.60       45.00       27.00


                             Expenses

09/01/2004 Facsimile Service - Hugh M Ray - 09/01/04                 2.00
09/01/2004 Facsimile Service - received - 09/01/04                   2.00
09/01/2004 Charges For Toll Call Services - Cypress
           Communications - 08/01/04 through 08/31/04                0.16
09/02/2004 Facsimile Service - Hugh M Ray - 09/02/04                 2.00
09/03/2004 Facsimile Service - Hugh M Ray, Peter Johnson -
           09/03/04                                                  4.00
09/09/2004 Express Mail Deliveries - Jean Wesley Steam -
           Airbill # 847364782970 - 09/07/04                         9.92
09/30/2004 Reproduction - Office - 33 copies - 09/01/2004
           through 09/30/2004                                        8.25
                                                                   -----
           Total Expenses                                          28.33

           Total Current Work                                   1,342.08

           Balance Due                                       $147,939.80
                                                             ===========
```