UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| IN RE: | * | CASE NO. 03-36974-H2-11 |
| GOLDEN OIL COMPANY | * | |
| DEBTOR | * | CHAPTER 11 |

ORDER GRANTING FINAL APPLICATION OF
THE LAW FIRM OF HELLER, DRAPER, HAYDEN, PATRICK & HORN, L.L.C.
FOR COMPENSATION AND REIMBURSEMENT OF EXPENSES
AS COUNSEL TO THE COMMITTEE OF UNSECURED CREDITORS

Came on for consideration the Final Application for Compensation for the Period February 1, 2004 through September 30, 2004 by the Law Firm of Heller, Draper, Hayden, Patrick & Horn, L.L.C., Counsel to the Committee of Unsecured Creditors, and proper notice having been given pursuant to Bankruptcy Rule 2002 as set forth in the Proof of Service filed by the Applicant of notice of a full and complete detail of the services provided to the Committee of Unsecured Creditors, and notice to other parties-in-interest, and any objection or request for hearing having been resolved or overruled, and the professional fees requested appearing to be reasonable compensation for actual and necessary services rendered, and that good cause existing to grant the same; it is therefore

**ORDERED** that the Law Firm of Heller, Draper, Hayden, Patrick & Horn, L.L.C. be and hereby is awarded attorneys' fees in the amount of **$33,913.00,** together with reimbursement of out-of-pocket expenses in the amount of **$3,163.48,** for the period from February 1, 2004 through September 30, 2004; and it is further

02871.17926/123197 v.1

**ORDERED** that said compensation and all compensation previously awarded to the Law Firm of Heller, Draper, Hayden, Patrick & Horn, L.L.C. in this case be and same hereby is granted as final; and it is further

**ORDERED** that the professional fees and expenses awarded herein shall be paid at this time.

Signed this _____ day of _____, 2004.

_____
UNITED STATES BANKRUPTCY JUDGE

ENTRY REQUESTED:
/s/ Douglas S. Draper
Douglas S. Draper (La. Bar No. 5073)
**HELLER, DRAPER, HAYDEN, PATRICK & HORN, L.L.C.**
650 Poydras Street, Suite 2500
New Orleans, Louisiana  70130-6103
Phone: (504) 568-1888
Counsel to Committee of Unsecured Creditors