IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| IN RE: | § | |
| | § | |
| GOLDEN OIL COMPANY, | § | CASE NO. 03-36974-H2-11 |
| | § | Chapter 11 |
| Debtor. | § | |

## ORDER APPROVING
## FIRST AND FINAL FEE APPLICATION OF DEBTOR'S SPECIAL PURPOSE COUNSEL FOR ALLOWANCE OF COMPENSATION FOR SERVICES AND REIMBURSEMENT OF EXPENSES FOR THE PERIOD BEGINNING JUNE 8, 2004 THROUGH OCTOBER 12, 2004

[Pertaining to Docket No. 406 ]

Upon consideration of the application (the "Application") of WEYCER, KAPLAN, PULASKI & ZUBER, P.C. ("Applicant") for an order Approving First and Final Application of Debtor's Special Purpose Counsel for Allowance of Compensation and for Reimbursement of Expenses for the period from June 8, 2004 through October 12, 2004 (the "First and Final Period"), and the Court being satisfied that the relief requested in the Application is in the best interests of the Debtor and its estate; and it appearing that due notice of this Application has been given and that no other or further notice be given and sufficient cause appearing therefore, it is

ORDERED that:

1. The Application is granted;

2. The Court authorizes payment and reimbursement to Applicant of the sum of $91,382.50 in fees and $3,335.39 in expenses, plus $2,500.00 for the preparation and copying of the final fee application, which is the aggregate sum of $97,217.89 less the amount of $31,464.22 (which represents the

{L \gol051\00001\0351194.WPD,1\KJM}

aggregate amount of the retainer account) for a final balance due of $65,753.67.

3. The Court authorizes the Debtor (or Reorganized Debtor) to make payment from any funds currently available.

DATED: *Nov. 22, 2004*.

_____
UNITED STATES BANKRUPTCY JUDGE