UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| IN RE: | § | |
| | § | |
| GOLDEN OIL COMPANY | § | CASE NO. 03-36974-H2-11 |
| | § | |
| | § | (CHAPTER 11) |
| Debtor. | § | |

### ORDER ON FINAL FEE APPLICATION OF FINANCIAL CONSULTANT FOR THE DEBTOR FOR ALLOWANCE OF COMPENSATION FOR SERVICES AND REIMBURSEMENT OF EXPENSES FOR THE PERIOD BEGINNING OCTOBER 8, 2003 THROUGH OCTOBER, 18 2004

[This pertains to Document No. 416 ]

On this day, came on for consideration the Final Fee Application for Allowance of Compensation for Services and Reimbursement of Expenses (the "Final Fee Application"), filed by the MICHAEL E. LUTTRELL (the "Applicant"), in his capacity as financial consultant for the DEBTOR, for the period October 8, 2003 through October 8, 2004, and the Court having reviewed the Final Fee Application requesting the allowance of compensation for services rendered and reimbursement for expenses, and it appearing that notice of the Final Fee Application having been given to the Debtor, all creditors, and those parties requesting notice, and that no requests for hearing or objections having been filed, and it further appearing that all of the services rendered and costs advanced by the Applicant on behalf of the Debtor, as set forth in the Application, were reasonable, actual and necessary; it is, therefore,

ORDERED that:

1. The Fee Application is approved.

2. The Court authorize payment and reimbursement to Applicant of the sum of

$22,550.00 in fees (including cost of preparation of this fee application in the amount of $500) and $45.00 in expenses, less Debtor's payment of $13,000.00 (interim disbursement pursuant to the Order [Docket No. 215] approving the first interim fee application in the total amount of $18,690.00), which is the aggregate sum of $9,595.00.

3. The Court authorize the Debtor to make payment from any funds currently available; and

4. The Court approves Applicant's previous interim allowances as final together with compensation awarded Applicant by this Application.

SIGNED: Dec. 13, 2004

_____
UNITED STATES BANKRUPTCY JUDGE

APPROVED AND ENTRY REQUESTED:

WEYCER, KAPLAN, PULASKI & ZUBER, P.C.

By: /s/ Edward L. Rothberg
Edward L. Rothberg
Texas State Bar No. 17313990
Eleven Greenway Plaza, Suite 1400
Houston, Texas 77046
Telephone: (713) 961-9045
Facsimile: (713) 961-5341

SPECIAL COUNSEL FOR THE DEBTOR