IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| IN RE: | § | |
| | § | |
| GOLDEN OIL COMPANY, | § | CASE NO. 03-36974-H2-11 |
| | § | (Chapter 11) |
| Debtor. | § | |

**ORDER APPROVING
FIRST AND FINAL FEE APPLICATION OF DEBTOR'S SPECIAL
PURPOSE COUNSEL FOR ALLOWANCE OF COMPENSATION FOR
SERVICES AND REIMBURSEMENT OF EXPENSES FOR THE PERIOD
BEGINNING FEBRUARY 4, 2004 THROUGH OCTOBER 28, 2004**

[Pertaining to Docket No. 418 ]

Upon consideration of the application (the "Application") of CAMPBELL, GEORGE and STRONG, LLP ("Applicant") for an order Approving First and Final Application of Debtor's Special Purpose Counsel for Allowance of Compensation and for Reimbursement of Expenses for the period from February 4, 2004 through October 28, 2004 (the "First and Final Period"), and the Court being satisfied that the relief requested in the Application is in the best interests of the Debtor and its estate; and it appearing that due notice of this Application has been given and that no other or further notice be given and sufficient cause appearing therefore, it is

ORDERED that:

1. The Application is granted;

2. The Court authorizes payment and reimbursement to Applicant of the sum of $51,836.00 in fees (including cost of preparation of this fee application

{L:\mce004\00001\0352922.DOC;1\KJM}

1

in the amount of $1,500) and $4,103.04.00 in expenses, less the retainer amount of $15,000.00, which is the aggregate sum of $40,934.04.

3. The Court authorizes the Debtor (or Reorganized Debtor) to make payment from any funds currently available.

DATED:    *Dec. 13, 2004* .

                 /s/ Wesley W. Steen
                 UNITED STATES BANKRUPTCY JUDGE