SERVICE LIST
GOLDEN OIL COMPANY
BKR: 03-36974

Golden Oil Company
550 Post Oak, S-550
Houston, TX 77027

Peter Johnson, Attorney
Law Office of Peter Johnson
2200 Post Oak Blvd., Suite 720
Houston, Texas 77056

Hector Duran, Trustee
Office of the U.S. Trustee
515 Rusk Street, Suite #3516
Houston, Texas 77002

N.M. Taxation/Rev. Dept. Oil & Gas Bureau
1200 south St. Francis Dr.
POB 5374
Santa Fe, NM 87502
Attn: Mr. Valdean Severson

Aeropanel Corporation
550 Post Oak Blvd., Ste 525
Houston, TX 77027

Instrument Specialties Co., Inc.
550 Post Oak Blvd., Ste 525
Houston, TX 77027

Ralph T. McElvenny, Jr.
550 Post Oak Blvd, Ste 550
Houston, TX 77027

Mineral Management Service
Bureau of Land Management of Dept of
Interior
POB 5810 T.A.
Denver, CO 80217

State of New Mexico
Oil Conservation Division
1000 Rio Brazos Road
Aztek, NM 87410

Nortex Corporation
1415 Louisiana, Ste 3100
Houston, TX 77002

Taurus Expoloration USA
2198 Bloomfield Hwy
Farmington, NM 87401

Amoco Production Company
POB 841521
Dallas, TX 75284

N.M. & AZ Land Co.
3033 North 44th St., #270
Phoenix, AZ 85018

Brown Development
5600 W. Lovers Lane, Ste 305
Dallas, TX 75209

Enron Oil & Gas Co.
POB 840321
Dallas, TX 75234

Hanson-McBride Petroleum
POB 1515
Roswell, NM 88201

Scythian, Ltd.
300 N. Marienfeld, Ste 850
Midland, TX 79701

George O. Lotspeich
4011 Mesa Verde N.E.
Albuquerque, NM 87110

Oxy USA, Inc.
POB 841735
Houston, TX 75284

Ron J. Gordon
4900 Modoc Road
Las Cruces, NM 88011

Davis, Graham & Stubbs
POB 185
Denver, CO 80201

Triple P Well Services
POB 107
Farmington, NM 87401

Cimarron Oilfield Services, Inc.
POB 3235
Farmington, NM 87499

Compressor Systems, Inc.
POB 841807
Dallas, TX 75284

Jicarilla Apache Nation
POB 950
Dulce, NM 87528

**PARTIES REQUESTING NOTICE**

Christopher D. Shaw
Dolan & Domenici, P.C.
6100 Seagull St., Ste 205
Albuquerque, Nm 87109

Robert M. Fiser, P.C.
6100 Seagull St., NE, Ste 205
Albuquerque, NM 87109

John P. Dillman
Linebarger Goggan Blair & Sampson, LLP
POB 3064
Houston, TX 77253-3064

Michael A.Bisone
11939 Brook Meadows
Stafford, TX   77477

Attn: Cherry M. Mallard,
Minerals Mgmt. Service
Office of Enforcement
PO Box 25165, Mail Stop 370b2
Denver,CO 80225

James S. Simko
Judith Matlock
Davis Graham & Stubbs LLP
1550 Seventeenth St., Ste 500
Denver, CO 80202

Phillip Eisenberg, Esquire
Elizabeth Freeman, Esquire
Locke Liddell & Sapp, LLP
600 Travis St., 3400 Chase Tower
Houston, TX 77002

W. Hunter Shurtleff, Esquire
Coats, Rose, Yale, Ryman & Lee
1001 Fannin, S 800
Houston, TX 77002

OXY USA
Douglas Muller
5 Greenway Plaza, Suite 1700
Houston, TX 77046

Edward L. Rothberg
Hugh M. Ray, III
Weycer, Kaplan, Pulaski & Zuber
11 E. Greenway Plaza, Suite 1400
Houston, TX 77046

Adam Q. Voyles
Heard, Robins, Cloud
910 Traivs, Suite 2020
Houston, TX 77002
Doyglas s. Draper

Heller, Draper, Hayden, Patrick & Horn LLC
650 Poydras, #2500
New Horleans, LA 70130

DeAnn L. Owen
Office of the solicitor
Rocky Mountain Region
755 Parfet St., Ste 151
Lakewood, CO 80215