IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| In re: | § | |
| | § | CASE NO. 03-36974-H2-11 |
| GOLDEN OIL COMPANY, | § | |
| | § | |
| Debtor. | § | |

## **ORDER**

Debtor's Second Motion to Modify/Vacate Protective Order is DENIED.

SIGNED this _____ day of _____, 2005.


_____
WESLEY W. STEEN
UNITED STATES BANKRUPTCY JUDGE