IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| In re: | § | |
| | § | |
| GOLDEN OIL COMPANY, | § | Case No. 03-36974-H2-11 |
| | § | Chapter 11 |
| Debtor. | § | |

### DEBTOR'S OMNIBUS OBJECTION TO PARTNERSHIP CLAIMS

GOLDEN OIL COMPANY, the reorganized Debtor in this case ("Debtor" or "Golden"), files this Debtor's Omnibus Objection to Partnership Claims (the "Objection") and in support thereof, respectfully states as follows:

### I. FACTUAL BACKGROUND

1. This Chapter 11 case was filed on May 12, 2003 ("Petition Date").

2. An order confirming the Third Amended and Restated Joint Chapter 11 Plan ("Plan") was entered on or about October 6, 2004 ("Confirmation Order"). The effective date was October 18, 2004. The Plan dissolved 23 partnerships of which the Debtor had been the general partner, removing intra-partnership indebtedness.[1]

3. The Debtor had previously scheduled amounts owing to the Partnerships. However, the partnerships had been disregarded on the Debtor's books. The Debtor previously accounted for working interests and well royalties due the partnerships as if the limited partners of the partnership owned their own interest in the wells, and will continue to do so.

---

[1] Plan at P. 15 section 8. Under Section 1.33 of the plan:
Partnerships Shall include partnerships holding working interests of wells in New Mexico or Apache lands, of which GOCO is a general partner, as successor general partner to Chace Oil Company, including specifically partnerships named and numbered "Chace Limited I" through and including those numbered "Chace Limited XXV", created at various times between 1979 and 1990.

4.  Thus, the Debtor's corrected schedules reflected intra-partnership debt resulting from the Debtor's practice of paying the members of the partnership directly. Under the Plan, the partnerships are dissolved. The limited partners of the Partnerships now own their respective percentage interest in the wells directly, and will continue to be accounted for as before, as working interest owners. This brings the Debtor's accounting into compliance with its billing practices.

5.  The Debtor believes that the correct process to effectuate Section 8 of the confirmed Plan is to object to the scheduled partnership indebtedness.

6.  This Court has jurisdiction to grant the relief requested under 11 U.S.C. §502 and 28 U.S.C. §1332. This is a core proceeding under 28 U.S.C. §157(b)(2)(B). Venue is proper in this district under 28 U.S.C. §1409, as the main case is proceeding here.

## II. **OBJECTION**

7.  Debtor hereby objects to the indebtedness reflected on the Debtor's schedules to Chace Partnership I through Chace Partnership XXV, inclusive. Debtor, as the former general partner, may have previously been liable for intra-partnership indebtedness. However, the Plan (and the realities of the situation) require a discharge of the intra-partnership claims. This is, however, only a technical objection.

8.  The former limited partners of the Partnerships are being served with a copy of this pleading, along with the former general partner, Golden Oil.

WHEREFORE, the Debtor prays that this Court enter an order sustaining the Objection as to the scheduled claims of the Partnerships, and grant such other and further relief as is just and proper, in law or equity.

Respectfully submitted,

WEYCER, KAPLAN, PULASKI & ZUBER, P.C.

By: _____
EDWARD L. ROTHBERG
State Bar No. 17313990
HUGH M. RAY, III
State Bar No. 24004246
1400 Summit Tower
Eleven Greenway Plaza
Houston, Texas 77046
Telephone: (713) 961-9045
Facsimile: (713) 961-5341
ATTORNEYS FOR DEBTOR

### Certificate of Service

Today, January 14, 2005, the undersigned mailed a copy of this pleading to the former general partner of each of the Chace Partnerships (the Debtor, Golden Oil), and to each former limited partner each Chace Partnerships, as shown by the attached service list.

_____
Hugh M. Ray, III

AMOCO PRODUCTION COMPANY
P.O. BOX 841521
DALLAS, TX 75284-1521

CAROL SUE BARKOFF
1325 MORNINGSIDE N.E.
ALBUQUERQUE, NM 87110

DR. JOEL R. BARKOFF
1325 MORNINGSIDE N.E.
ALBUQUERQUE, NM 87110

GARY BERKSHIRE
P.O. BOX 295
ESTANCIA, NM 87016

GARY & BABETTE BERKSHIRE
P.O. BOX 295
ESTANCIA, NM 87016

ANDRE BIRDSELL
236 FREDERICK
AZTEC, NM 87410

MARIAN BLACK
3705 N.E. 188TH AVENUE
SEATTLE, WA 98155

H.J. BLEAKLEY
4951 GULF SHORE BLVD. NORTH
NAPLES, FL 33940

EUGENE & LORNA BODIAN
15 CLOVER DRIVE
GREAT NECK, NY 11021

BOYLE IRREVOCABLE TRUST
1425 STAGECOACH ROAD S.E.
TRUSTEE: JORGE MUGUEL DEL LA TORRE
ALBUQUERQUE, NM 87123

BROWN DEVELOPMENT CO.
5600 LOVERS LANE
SUITE 305
DALLAS, TX 75209

J.C. & ALICE H. BROWN
BOX 395
BLOOMFIELD, NM 87413

SAM BROWN
4525 17TH STREET
LUBBUCK, TX 79416

BURLINGTON RESOURCES CO.
P.O. BOX 840656
DALLAS, TX 75284

ADRIENNE SUE CHAPMAN
2975 BOOKCLIFF AVENUE
GRAND JUNCTION, CO 81504

JOE CHRISTESSON
2301 SOUTHSIDE RIVER ROAD
FARMINGTON, NM 87401

CONSOLIDATED NORTH AMERICAN RESO. INC.
820 PIEDRA VISTA N.E.
ALBUQUERQUE, NM 87123

ROBERT COOGAN
1325 MORNINGSIDE N.E.
ALBUQUERQUE, NM 87110

CANDACE L. KEATON COX
17 ELIZABETH WAY
CONCORD, MA 01742

W.R. OR LILLIAN CRABTREE
1201 EAST 16TH STREET
FARMINGTON, NM 87401

RUTH MARIE CRAIN
P.O. BOX 1156
CEDAR CREST, NM 87008-1156

ERIN DAILEY
4029 CROCKERS LAKE BLVD.
#1821
SARASOTA, FL 34238

HELEN & FELIX DASHEN
13398 KOKANEE DRIVE
REDDING, CA 96001

DORTHY R. DAY
1402 CR 231
VALLEY VIEW, TX 76272

GEORGE DEMAS
309-A WASHINGTON S.E.
ALBUQUERQUE, NM 87108

ARCH W. DEUEL
P.O. BOX 1606
CASPER, WY 82602

ROSS EASTERLING, JR.
708 PRINCE ALY
EAGLE, CO 80306

EL PAMCO
P.O. BOX 14738
ALBUQUERQUE, NM 87191

EL SOL CORPORATION
P.O. BOX 1257
BOULDER, CO 80306

D.J. & DAVE P. ELKINS
P.O. BOX 1326
AZTEC, NM 87410

LYNN E. ELKINS
P.O. BOX 1377
GRANTS, NM 87020

ELM RIDGE EXPLORATION CO.
4925 GREENVILLE AVENUE
#1305
DALLAS, TX 75206

ENERDYNE, LLC
12814 CENTRAL AVENUE S.E.
ALBUQUERQUE, NM 87123

EOG RESOURCES
600 17TH STREET
SUITE 1100 NORTH
DENVER, CO 80202

RAY EYESTONE
4010 CARLISLE NE
ALBUQUERQUE, NM 87110

OLIVE M. FARMER TRUST
ROGER J. BOLAN TRUSTEE
2510 DUNLAP AVE., SUITE 242
PHOENIX, AZ 85021

MARGARET FARMER
49 ST. GEORGE ROAD
STATEN ISLAND, NY 10306

ELIZABETH A. FARRIS
8912 N. MAY AVENUE
OKLAHOMA CITY, OK 73120

FDIC
ATTN: JIM ASKINS
P.O. BOX 9349
NEWORT BEACH, CA 92658

GEORGIA LEE BRIGHT FERGEN
R.R. #4 BOX 826
LUBBOCK, TX 79424

AUDREY FOSTER
10841 CHERRY HILLS DRIVE
SUN CITY, AZ 85351

ALBERT W. FRANK
1611 E. 31ST STREET
FARMINGTON, NM 87401

J.R.G. FULCHER
IRREVOCABLE FAMILY TRUST
235 WEST MONTEANO
P.O. BOX 31189
SEA ISLAND, GA 31561

MRS. FAYE E. GARDNER
10500 ACADEMY, N.M. #331
ALBUQUERQUE, NM 87111

ALAN GHITTERMAN
510 ANOCAPA STREET
SANTA BARBARA, CA 93101

RON J. GORDON
4900 MODOC ROAD
LAS CRUCES, NM 88011

PAUL GOLDENBERG
1010 SOLEDAD CT. S.E.
ALBUQUERQUE, NM 87123

MARK OR ELSIE GONZALES
1100 JUAN TABO N.E.
ALBUQUERQUE, NM 87112

ALMA F. FRIESEDIECK TRUST
BOATMENS TRUST COMPANY
P.O. BOX 500673
ST. LOUIS, MO 63150-0673

WILLIAM N. HAGLER
4421 BELLA VISTS CIRCLE
FARMINGTON, NM 87401

HANSON-MCBRIDE PETROLEUM
P.O. BOX 1515
ROSWELL, NM 88201

HALL-JORDAN TRUST
E.O. JORDAN RAINBOLT TRUSTEE
6308 CURZON
FORT WORTH, TX 76116

JACK R. HAMMACK
118 WEST 116TH STREET
KANSAS CITY, MO 64114

SHIRLEY M. HOOPER
255 THE ESPLANADE N.
#701
VENICE, FL 34285-1519

GENEVA W. HUFF
408 CIMARRON TRAIL
CARLSBAD, NM 88220

HYDRO NUCLEAR CORP.
4011 MESA VERDE NW
ALBUQUERQUE, NM 87107
ATTN: GEORGE LOTSPEICH

PAULINE HYDER
7373 RIO GRANDE BLVD. N.W.
ALBUQUERQUE, NM 87107

STEVEN HYDER
7373 RIO GRANDE BLVD. N.W.
ALBUQUERQUE, NM 87107

ARTHUR C. ILFELD
920 RIVERVIEW DRIVE S.E.
#269
RIO RANCHO, NM 87124-0969

INCA OIL CORPORATION
P.O. BOX 52069
TULSA, OK 74152

| | |
|---|---|
| BRIAN H. & MARY T. JARCHOW<br>3580 W. OAK TRAIL ROAD<br>SANTA YNEZ, CA 93460 | J JOHNSON REV. TRUST<br>P.O. BOX 1305<br>ALBUQUERQUE, NM 87103 |
| WYNEMA JOHNSON<br>P.O. BOX 170<br>BELLVILLE, TX 77418 | WILLIAM KAISER TRUST<br>P.O. BOX 13461<br>ALBUQUERQUE, NM 87192 |
| KEITH KLEIST<br>12032 NORTH 114TH WAY<br>SCOTTSDALE, AZ 85259 | KLEINEGGER CITFARM<br>P.O. BOX 898<br>FARMINGTON, NM 87499 |
| L.G. KREIGER TRUST ESTATE<br>PEOPLE'S BANK & TRUST CO.<br>9635 MONTVIEW BOULEVARD<br>AURORA, CO 80010 | GEORGE O. LOTSPEICH<br>4011 MESA VERDE N.E.<br>ALBUQUERQUE, NM 87110 |
| THOMAS E. LUEBBEN<br>211 12TH STREET NW<br>ALBUQUERQUE, NM 87102 | LYLE R. MAHN<br>14316 SKYLINE N.E.<br>ALBUQUERQUE, NM 87123 |
| JOHN J. MARK<br>100 N. WESTHAVEN DRIVE<br>SUITE D<br>OSHKOSH, WI 54904 | FRED J. MATTEUCCI<br>P.O. BOX 91782<br>ALBUQUERQUE, NM 87199-1782 |
| PAMELA M. MAYHEW<br>P.O. BOX 14738<br>ALBUQUERQUE, NM 87191 | WILLIAM J. MAYHEW<br>P.O. BOX 14738<br>ALBUQUERQUE, NM 87191 |
| H.F. JR. & E.K. MCKAY TRUST<br>P.O. BOX 14738<br>ALBUQUERQUE, NM 87191 | J.T. MICHELSON<br>5001 RIO GRANDE N.W.<br>ALBUQUERQUE, NM 87107 |
| R.O. & K.M. MCCLELLAN<br>13701 QUAKING ASPEN PLACE N.E.<br>ALBUQUERQUE, NM 87191 | DORTHY R. DAY<br>PERSONAL REPRESENTATIVE FOR THE ESTATE OF<br>ROYCE MCCARY<br>1402 CR 231<br>VALLEY VIEW, TX 76272 |
| CAMILLE MCRAE JV<br>1801 MIRACERROS PLACE N.E.<br>ALBUQUERQUE, NM 87106 | JOSEPHINE MICHAEL<br>P.O. BOX 2636<br>MILAN, NM 87021 |

TOBY MICHAEL
4617 RIO GRANDE BLVD., N.W.
ALBUQUERQUE, NM 87107

JOSEPHINE MOSEY
9108 BALCONES CLUB DRIVE
AUSTIN, TEXAS 78750

MT PARTNERS II
C/O BUTLER COMPANY
6501 PRAIRIE ROAD N.E.
ALBUQUERQUE, NM 87109-1932

MW PETROLEUM CORPORATION (CIJV)
2200 POST OAK BLVD.
#100
HOUSTON, TEXAS 77056

LARRY NEWMAN
9948 E. BAYVIEW DRIVE
SCOTTSDALE, AZ 85258

NORTEX CORPORATION
1415 LOUISIANNA
SUITE 1300
HOUSTON, TX 77002

MICHAEL & LINDA OBERG
   ADDRESS UNKNOWN

D.C. & A. L. OLSON
1632 SPEAKMAN S.E.
ALBUQUERQUE, NM 87123

WALTER W. ORTER
P.O. BOX 7902
HORSESHOE BAY, TX 78654

OXY USA INC.
P.O. BOX 841735
HOUSTON, TX 75284-1735

B.W. OR MARY JANE MILLER
1409 STAGECOACH LANE S.E.
ALBUQUERQUE, NM 87123

JAMES C. MOORE
1720 EAST NIAGARA
MONTROSE, CO 81401

THOMAS C. MUCHMORE
7450 E PLEASANT RUN
SCOTTSDALE, AZ 85258-3122

N M & ARIZONA LAND CO
3033 NORTH 44TH STREET
SUITE 270
PHOENIX, AZ 85018-7228

J.L. NICHOLS
P.O. BOX 782
ANNA MARIE, FL 34216

R.S. NUNNALLY
17 SANDIA HEIGHTS DRIVE N.E.
ALBUQUERQUE, NM 87122

OIL VENTURES #4
C/O BRITTON SMITH
300 W. ARLINGTON
SUITE 300
FARMINGTON, NM 87401

LEONA M. OLIVER TRUSTEE
9505 BEARCLAW
BAKERSFIELD, CA 93312

DAVID J. OTTENSMEYER
2815 RIDGECREST DRIVE S.E.
ALBUQUERQUE, NM 87108

P & P RESOURCES
C/O BILL PAYNE
P.O. BOX 1331
ENGLEWOOD, CO 80150

TIMOTHY PACHECO
516 COUNTY ROAD 325
IGNACIO, CO 81137

JAMES R. & JEAN PAYNE
614 PASEO DEL BOSQUE N.W.
ALBUQUERQUE, NM 87114

HELEN B. PERKINS
06054 COUNTY ROAD 8
DOVE CREEK, CO 81324

LARRY R. PERKINS
227 ZAHRT DRIVE
IGNACIO, CO 81137-9629

GRACE R. RAWDON
12201 KEY WEST N.E.
ALBUQUERQUE, NM 87111

REYNOLDS METAL CO.
615 LEOPARD
SUITE 630
CORPUS CHRISTI, TX 78476

GUERRIE B. ROBERTSON
2126 HARBOR LANE
VERO BEACH, FL 32963

ROCKY MOUNTAIN GEOTECH
C/O MATTHEW J. TERRY
825 PENNSYLVANIA N.E.
ALBUQUERQUE, NM  87110

PATRICK O. RUSSELL
5839 KINGSFIELD AVENUE
EL PASO, TX 79912

D.L. AND/OR M.K. SEIP
P.O. BOX 898
FARMINGTON, NM 87499

JOANN SCHMIDT
7466 FIREWEED CIRCLE
CITRUS HEIGHTS, CA 95610

MARCEL SCHIESS
R.R. 2 BOX #174B
CANTON, PA 17724

DR. ALBERT G. SIMMS II
P.O. BOX 2470
SANTA FE, NM 87504

JOHN R. SCOTT, JR.
P.O. BOX 1255
MILES CITY, MT 59301

R.D. SIMMONS
5704 VILLA VIEW DRIVE
FARMINGTON, NM 87401

JOHN MICHAEL SINGER
P.O. BOX 52069
TULSA, OK 74152

DAVID SLADE
10400 ACADEMY, N.E.
SUITE 130
ALBUQUERQUE, NM 87111

LOUIS SLUSKY
C/O ELLIOTT SLUSKY
2200 SOUTHWEST FREEWAY #311
HOUSTON, TX 77098

LOUIS SLUSKY
C/O ELLIOTT SLUSKY
3782 PLUMB STREET
HOUSTON, TX 77005

J.D. SPHAR
P.O. BOX 2438
CORRALES, NM 87048

R.C. OR DOROTHY STARRETT
4004 CRISTO REY
FARMINGTON, NM 87401

CURTIS STERLING
5211 BROWNFIELD HIGHWAY
SUITE 200
LUBBOCK, TX 79407-3501

J. COLEMAN STREATER
844 ROSEMONT AVENUE
LITTLETON, CO 80124-3165

LLOYD N. STROSNEDER
11009 DOUBLE EAGLE N.E.
ALBUQUERQUE, NM 87111

THE TANAGER COMPANY
5700 HARPER N.E.
SUITE 320
ALBUQUERQUE, NM 87109

ENERGEN RESOURCES CORPORATION
LAND DEPARTMENT
605 R. ARRINGTON BOULEVARD, NORTH
BIRMINGHAM, AL 35203
ATTN: MR. PAUL ROTE

TEAM RESOURCES CORPORATION
646 EDGEWATER ROAD
WICHITA, KS 67230

ELIZABETH THOMPSON, TRUSTEE
TRUST U/W CHARLES THOMPSON
P.O. BOX 166
HENDERSON, KY 42420

D.B. & G.L. TRUBEY
1380 DEER CREEK DRIVE
P.O. BOX 609
CEDAREDGE, CO 81413

JEROME TRUSKOWSKI
33939 134TH AVENUE S.E.
AUBURN, WA 98002

ARNOLD VAN NOY
BOX 163
FARMINGTON, NM 87401

UPSTART EXPLORATION, INC.
339 N. STERLING STREET
SUITE V
LAFAYETTE, LA 70501

MICHAEL A. VILLELLA
679 ROUNDUP DRIVE
GRAND JUNCTION, CO 81503-9796

ADELINE E. WATSON
5693 BOARDLEY
HOUSTON, TX 77056

DONALD J. WELKER
P.O. BOX 947
ELEPHANT BUTTE, NM 87935

COMPASS BANK
505 MARQUETTE N.W.
ALBUQUERQUE, NM 87102

WESTERN DISTRIBUTING COMPANY
EMPLOYEE'S TRUST
P.O. BOX 5542 T.A.
DENVER, CO 80217

JAMES P. YOUNG
4715 SHERWOOD N.E.
ALBUQUERQUE, NM 87109

ANTHONY ZARLENGO
2601 STUART STREET
DENVER, CO 80212

F.R. ZEMKE
7313 RIO GRANDE BOULEVARD, N.W.
ALBUQUERQUE, NM 87107

TAURUS EXPLORATION INC.
2198 BLOOMFIELD HIGHWAY
FARMINGTON, NM 87401

TAURUS EXPLORATION INC.
2198 BLOOMFIELD HIGHWAY
FARMINGTON, NM 87401

SCYTHIAN LTD.
300 N. MARIENFELD
SUITE 850
MIDLAND, TX 79701

FREDDIE PERKINS
06054 COUNTY ROAD 8
DOVE CREEK, CO 81324

DANIEL ENGLEHARDT
P.O. BOX 17309
CLEARWATER, FL 33762

TERRY WADE
P.O. BOX 3004
FARMINGTON, NM 87499

ERNEST SICHLER JV
227 SICHLER DRIVE
LOS LUNAS, NM 87031

LUCILLE BROWN SHOOK
5044 SANTORINI WAY
OCEAN HILLS
OCEANSIDE, CA 92056

SYLVIA HERRING TRUST
P.O. BOX 209871
HOUSTON, TX 77216

ENRON
P.O. BOX 1188
HOUSTON, TX 77002

DON THOMPSON
P.O. BOX 656
HENDERSON, KY 42426