IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| IN RE: | § | |
| | § | |
| GOLDEN OIL COMPANY | § | CASE NO. 03-36974-H2-11 |
| | § | |
| | § | (CHAPTER 11) |
| Debtor. | § | |

**ORDER APPROVING THE FINAL FEE APPLICATION OF
SHANNON, MARTIN, FINKELSTEIN & SAYRE, P.C.**   #415

Upon consideration of the application (the "Application") of SHANNON, MARTIN, FINKELSTEIN & SAYRE, P.C. ("Applicant") for an order Approving the Final Fee Application, and the Court being satisfied that the relief requested in the Application is in the best interests of the Debtor and its estate; and it appearing that due notice of this application has been given and that no other or further notice be given and sufficient cause appearing therefore, it is

ORDERED that:

1. The Application is granted;

2. The Court authorizes payment and reimbursement to Applicant of the sum of $26,418.00 in fees and $1,600.51 in expenses.

3. The Court authorizes the *payment to be made according to law and the confirmed plan.* ~~Debtor (or Reorganized Debtor) to make payment of any amounts not already paid to Applicant from any funds currently available.~~

Signed this 23d day of Jan, 2005

_____
THE HONORABLE WESLEY W. STEEN
UNITED STATES BANKRUPTCY JUDGE

- 2 -

ENTRY REQUESTED:

/s/ Jeffery R. Koch

───────────────────────────────
Jeffery R. Koch
Texas Bar No. 11645250
2400 Two Houston Center
909 Fannin Street
Houston, Texas 77010
(713) 646-5593 (Telephone)
(713) 752-0337 (Facsimile)

**SPECIAL COUNSEL FOR
GOLDEN OIL COMPANY**