IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| In re: | § § | |
| GOLDEN OIL COMPANY, | § § | Case No. 03-36974-H2-11 |
| Debtor. | § § | Chapter 11 |

## AGREED ORDER REGARDING FEE APPLICATION OF HELLER, DRAPER
### (Resolves Docket 412)

On consideration of the objection to the Joint Objection to the Final Fee Application of Heller Draper, the objecting parties and the Applicant have reached agreement on the objection and have agreed to allowance of a reduced final fee application as follows, which the Court hereby orders:

1) The previously granted interim fee application is confirmed;

2) The final fee application is granted in the total amount of $25,000.00, for all fees and expenses sought therein; and

3) The Debtor is to pay half of this final fee application amount on or before February 9, 2005, with the remaining payment due March 1, 2005.

DATED: February 2, 2005

Signed: /s/ Wesley W. Steen
WESLEY W. STEEN,
UNITED STATES BANKRUPTCY JUDGE

L:\mce004\00001\0357286.WPD;1\HMR

Agreed as to form and substance

WEYCER, KAPLAN, PULASKI & ZUBER, P.C.

_____
Edward L. Rothberg
State Bar No. 17313990
Hugh M. Ray, III
State Bar No. 24004246
Eleven E. Greenway Plaza
Suite 1400
Houston, Texas 77046
Telephone: 713.961.9045
Facsimile: 713.961.5341
ATTORNEY FOR GOLDEN OIL COMPANY


Heller Draper

[see attached]


DOLAN & DOMENICI

BY: _____
Peter V. Domenici, Jr.
Dolan & Domenici
6100 Seagull NE, Suite 205
Albuquerque, New Mexico 87109
COUNSEL FOR FORMER COMMITTEE MEMBERS

L:\mce004\00001\0357286.WPD;1\HMR

Agreed as to form and substance

WEYCER, KAPLAN, PULASKI & ZUBER, P.C.

_____
Edward L. Rothberg
State Bar No. 17313990
Hugh M. Ray, III
State Bar No. 24004246
Eleven E. Greenway Plaza
Suite 1400
Houston, Texas 77046
Telephone: 713.961.9045
Facsimile: 713.961.5341
ATTORNEY FOR GOLDEN OIL COMPANY


HELLER, DRAPER, HAYDEN, PATRICK & HORN, L.L.C.

_____
Douglas S. Draper (LA Bar #5073)
650 Poydras Street, Suite 2500
New Orleans, LA 70130
Telephone: (504) 581-9595
Facsimile: (504) 525-3761


DOLAN & DOMENICI

BY:_____
Peter V. Domenici, Jr.
Dolan & Domenici
6100 Seagull NE, Suite 205
Albuquerque, New Mexico 87109
COUNSEL FOR FORMER COMMITTEE MEMBERS